AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 4:21-cv-12568-VAR-JJCG

This summons for *(name of individual and title, if any)* Genesee County Road Commission MR. FRED PEIVANDI, MANAGING DIRECTOR

was received by me on *(date)* 11/29/2021

[ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[✓] I served the summons on *(name of individual)* FRED PEIVANDI, who is designated by law to accept service of process on behalf of *(name of organization)* Genesee County Road Commission on *(date)* 11/30/2021; or

[ ] I returned the summons unexecuted because _____; or

[ ] Other: *(specify)*: _____

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.

I declare under the penalty of perjury that this information is true.

Date: 12/20/2021

Server's Signature: Gerald T. Williams JR

Printed Name and Title: Gerald T. Williams JR

Server's address: 2437 Green Pine Drive Apt#2, Burton, MI 48519

KRISTEN A. WISE
NOTARY PUBLIC, STATE OF MI
COUNTY OF GENESEE
MY COMMISSION EXPIRES Dec 8, 2024
ACTING IN COUNTY OF Genesee

Additional information regarding attempted service, etc.:
Gerald T. Williams appeared before me on this 20th day of December 2021 to sign the instrument above. Kristen Wise

Kristen Wise