UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA POPLAR,

    Plaintiff,

v

GENESEE COUNTY ROAD
COMMISSION and FRED F. PEIVANDI, in
his individual Capacity,

    Defendants.

CASE NO:  2:21-cv-12568-VAR-JJCG

HON. VICTORIA A. ROBERTS

| | |
|---|---|
| Charis Lee (P84127)<br>LEE LEGAL GROUP, PLLC<br>Attorney for Plaintiff<br>117 W. Flint Park Blvd.<br>Flint, MI 48505<br>(810) 513-9257<br>charis@leebusinesslaw.com | Andrew A. Cascini (P76640)<br>HENN LESPERANCE PLC<br>Attorneys for Defendants<br>32 Market Ave., SW, Suite 400<br>Grand Rapids, MI  49503<br>(616) 551-1611<br>aac@hennlesperance.com |
| Julie A. Gafkay (P53680)<br>GAFKAY LAW, PLC<br>Co-Counsel for Plaintiff<br>604-A S. Jefferson Ave.<br>Saginaw, MI 48607<br>(989) 652-9240<br>jgafkay@gafkaylaw.com | |

## INDEX OF EXHIBITS AND OTHER DOCUMENTS

    Defendant Genesee County Road Commission and Defendant Fred Peivandi submit the following Index of Exhibits and Other Documents, which is intended to accompany their

Motion for Summary Judgment in the above-captioned case.

<u>Index of Exhibits</u>

1. C. Lange Investigation Report

2. D. Poplar 02/04/2019 EEOC Charge

3. D. Poplar 05/10/2021 EEOC Charge

4. D. Poplar 01/28/2021 Internal Complaint to GCRC Board

5. D. Poplar 08/26/2021 Internal Complaint to GCRC Board

6. July 23, 2018 GCRC Board Meeting Minutes

7. D. Poplar Resume

8. *Joubran v. County of Genesee*

9. *Shriner v. The Herald Co.* Opinion

10. *Poplar v. City of Flint* Opinion

11. D. Poplar – October 2016 Employment Agreement

12. D. Poplar – February 2017 Employment Agreement

13. HR Administrative Assistant Budget Request and Needs Analysis

14. D. Poplar – December 2017 Employment Agreement

15. *Branch v. Genesee County Road Commission* Opinion

16. May 15, 2018 GCRC Board Meeting Minutes

17. August 27, 2018 Email – Poplar Accommodation Request

18. August 29, 2018 Letter – Peivandi Accommodation Inquiry

19. Poplar / Peivandi Secret Recording Transcript

20. December 6, 2018 Email – Administrative Assistant Wage Discussion

21. Administrative Assistant Budget Transfer Request

22. January 8, 2019 GCRC Board Meeting Minutes

23. January 31, 2019 Email – Poplar to Board re Wage Rate

24. June 27, 2019 Email – Peivandi to Poplar re Full Time

25. August 12, 2019 Email – Poplar to Peivandi re Full Time Denial

26. August 23, 2019 Email – Poplar to Mandelaris re Full Time Position

27. *Branch v. Genesee County* Complaint

28. February 9, 2021 GCRC Board Meeting Minutes

29. May 18, 2021 GCRC Board Meeting Minutes

30. C. Lange Investigation Summary Letter

31. 7/1/21 Directives to Poplar

32. August 16, 2021 Email – Poplar to Peivandi re COVID-19

33. August 17, 2021 COVID-19 Memorandum

34. August 19, 2021 Disciplinary Action Notice – Suspension

35. September 6, 2021 Notice of Administrative Leave

36. September 28, 2021 Letter – Poplar's Attorney to Board

37. October 6, 2021 GCRC Board Meeting Minutes

38. November 2, 2021 GCRC Board Meeting Minutes

39. August 5, 2021 Right to Sue Notice (re Second EEOC Charge)

40. 2023 Fiscal Year Budget

41. Human Resources Director Job Description

Index of Other Documents

A. Statement of Material Facts

B. 07/14/22 Deposition Transcript – Fred Peivandi

C. 09/22/20 Deposition Transcript – Donna Poplar

D. 07/19/22 Deposition Transcript – John Mandelaris

E. 07/14/22 Deposition Transcript – Randy Dellaposta

F. 06/10/22 Deposition Transcript – Donna Poplar

G. 06/12/15 Deposition Transcript – Donna Poplar

H. 09/23/22 Deposition Transcript – John Daly

I. 07/21/20 Deposition Transcript – Anthony Branch

J. 07/22/20 Deposition Transcript – John Daly

K. 07/21/22 Deposition Transcript – Cloyce Dickerson

L. 09/16/22 Deposition Transcript – Monica Pearson

Dated:  November 21, 2022

/s/ Andrew A. Cascini
Andrew A Cascini
HENN LESPERANCE PLC
32 Market Ave SW, Ste. 400
Grand Rapids, Michigan 49503
(616) 551-1611
aac@hennlesperance.com

HENN LESPERANCE PLC