`

**GENESEE COUNTY ROAD COMMISSION**

**SPECIAL BOARD MEETING**
Grand Blanc Township Hall
5371 S. Saginaw St.
Grand Blanc, MI 48480
July 23, 2018

**MINUTES**

**CALL TO ORDER**

Chairperson Kautman-Jones called the Special Board Meeting of the Genesee County Board of Road Commissioners to order 8:40 a.m. The meeting was held in the auditorium of the Grand Blanc Township Hall, 5371 S. Saginaw St., Grand Blanc MI, 48480.

**ROLL CALL**

Present:

      Shirley Kautman-Jones, Chairperson
      John Mandelaris, Vice-Chairperson
      Robert Johnson, Commissioner
      David Arceo, Commissioner
      Cloyce Dickerson, Commissioner

Absent:      None

Others Present: Cheryl Ronk, President, Michigan Society of Association Executives (MSAE), Attorney Tom Derderian, Linda Kossak, Secretary of the Board of Road Commissioners

**PLEDGE OF ALLEGIANCE**

The Pledge of Allegiance was led by Chairperson Kautman-Jones.

**PUBLIC ADDRESS THE BOARD**

No members of the public were present.

**APPROVAL OF AGENDA**

**ACTION TAKEN** - Motion by Mr. Dickerson, seconded by Mr. Johnson, to approve the July 23, 2018 agenda, as printed and presented.

**MOTION CARRIED.**

`

**BOARD OF COMMISSIONERS' DECISIONS**

**DISCUSSION**

<u>Manager Director Interviews with the Board of County Road Commissioners and Ms. Cheryl Ronk</u> - Ms. Cheryl Ronk, CAE, CMP and President of the Michigan Society of Association Executives thanked the Board members for attending this morning's Special Board meeting. Ms. Ronk stated that we are here this morning to perform the 2nd round interviews for the top three candidates chosen for the Manager-Director position. Each of the three candidates have had their references checked and verified by Ms. Ronk. As part of the interview process, each candidate filled out a personality profile and Ms. Ronk shared the results of those personality tests with the Board this morning.

At 9:00 a.m., at the start of the interviews, the Board asked each of the three top candidates specific questions including what their plan of action will be during the first 90 days as the new Manager-Director. The candidates also submitted a writing sample to the Board. After the interviews, candidates were allowed to ask the Board members questions regarding the Road Commission.

When the interviews were finalized, the Board discussed the candidates and shared their thoughts on those interviewed. The Board then ranked the candidates from top candidate to bottom candidate based on their interview answers, experience, strengths and leadership skills. Ms. Ronk then compiled the rankings.

After a lengthy discussion, the Board unanimously chose Mr. Fred Peivandi as their top candidate for the Manager-Director position and to extend an offer to Mr. Peivandi. The Board then discussed the salary with Ms. Ronk and Attorney Tom Derderian. Ms. Ronk presented an offer to Mr. Peivandi via telephone.

Mr. Peivandi requested that the Board extend the time for him to accept or deny the offer until Wednesday, July 26, 2018, which the Board approved.

Chairperson Kautman-Jones thanked Ms. Ronk for all her hard work conducting the executive search for the Manager-Director position.

Motion by Mr. Arceo, seconded by Mr. Dickerson, to adjourn the meeting.

**MOTION CARRIED.**

With no objections, Chairperson Kautman-Jones adjourned the meeting at 3:00 p.m.

JOHN J. GLEASON
Clerk/Register

_____
Linda B. Kossak, Secretary of the
Board of Road Commissioners
lbk, 7/23/18