**DONNA D. POPLAR**
**5277 KIMBERLYWOODS CIRCLE**
**FLINT, MICHIGAN 48504**
(810) 789-2630

## CAREER SUMMARY

An accomplished Senior with an extensive employment background with increasingly responsible positions in leading non-profit community human service agencies, working within municiple government, public & private sector. Twenty years of proven ability to provide proactive Executive level leadership in developing and utilizing organizational resources to secure effective management. Track record of success in managing federal, state and local grant funding, community human services non-profit prgrams, servicing the low to moderate income-families and the under serverd, HR/ Labor Relations, organizational development, strategic planning, policy development, recruitment, selection, compensation & benefits, diversity management, implementation, training/development, session planning, downsizing, restructuring, lean management and collective barganing agreement negotiation. Excellent presentation, leadership, and communication skills.

## AREAS OF EXPERTISE

| | |
|---|---|
| Strategic Planning | Human Resource Management |
| Organizations Management/Restructuring | Diversity Management |
| Budget & Finance Control | Performance Management/Development |
| Contract Negotiations/Compliance | Policy/Procedure Development |
| Collective barganing & Labor Relations | Conflict/ Dispute management |
| Human Services | Community Deveopment |

## PROFESSIONAL EXPERIENCE

**City of Flint Municipal Government** – Flint, Michigan                    2009-2011
**HUMAN RESOURCES and LABOR RELATIONS DIRECTOR**
Held accountable to guide and manage the overall provision of HR/LR, benefits & retirement , employee relations, ocupational health clinic and services for over 800 employees, 37 departments, 2,000 retirees, policy & procedure development. Directed HR/LR practices and objectives; in order to provide an employee-oriented, high performance culture, emphasizing on productivity and standards in the work place. Consulted with legal counsel as appropriate on HR/LR matters. Provided assistance for the recruitment and organizational structure of all departments. Eensured federal and state regulatory compliance. Served on the Mayor's executive management team. Maintained an affective working reatioship with Flint City Council, deparment heads, union leaders, elected & community leaders.

- Provided supervision to the HR/LR, Benefits, Retirement and the Health Clinic staff.
- Directed the implementation process for classification, compensation, benefits, recruitment selection, orientation, counseling and conducted grievance hearings.
- Served as the lead negotiator for seven collective bargaining agreement contracts.
- Provided direction for planning, monitoring, appraising, and reviewing performance contributions; determined productivity, quality, and customer-service strategies.
- Directed the planning, organizing, and development of all HR/LR systems, services, strategies, programs, practices, policies, procedures and revision.

- Advised the mayor and department managers on legal implications of HR issues related to discipline and employee grievances.
- Implemented monitoring systems for direct management of FMLA, MESC and worker compensation that amounted to significant cost savings..
- Implemented pursuant to contract agrrement the cancellation of medical and vision coverage to the non eligible surviving spouse of the City of Flint retirees. A cost savings of seven hundred thousand dollars.
- Resolved and closed over 600 grievence cases steming from 1979 and resolved 40 potential arbitration cases resuting in an cost saving of over one million dollars.

**Center for Progesssive Learning Inc.** – Troy, Michigan                     1999 – 2003
**HUMAN RESOURCE & TRAINING DEVELOPMENT DIRECTOR**
Held responsible for the overall administration, coordination and evaluation of HR,Training & Deelopment. Conducted annual reviews and made recommendations to executive management for improvement of the company's policies, procedures and practices on personnel matters to ensure proper compliance was followed.

- Provided Supervision to a 5 member HR & Training Devlopment staff
- Planned and oversaw the HR department budget.
- Effectively planned, designed, developed and evaluated Human Resource-, Training Development related initiatives that supported the company's strategic goals and expectations.
- Developed and maintained HR systems that met personnel information needs.
- Supervised and provided consultation to management on strategic staffing plans, compensation, benefits, training & development.
- Directed the development and implementation of the company's hiring, discipline, termination practices, training programs, employee orientation, policies and guidelines.
- Managed implications of HR issues related to discipline and employee grievances.

**Genesee County Municipal Government** - Flint, Michigan                     1992-1999
**EXECUTIVE DIRECTOR**
Held accountable for overseeing the Genesee County Non-Profit Community Action Agency (GCCAA) and managing the agency's twenty-five ($25,000,000) million-dollar operating budget. Had direct responsibility for the effective management of all aspects of the agency's human services and community development program operation for low to moderate income famiies and the indigent population. Adhered to all regulatory compliances.

Held responsible for the hiring, disciplining, training and developing of 9 directors and 300 employees. Including; strategic staffing plans, compensation, benefits, training & development.
- Provided strategic vision and leadership for 10 public human service departments, 31 federal, HUD, state, and local funded programs servicing low- to- moderate income families and the under served poplations and 5 public facility locations.
- Provided management for the agency's human resources, human service systems and programs.
- Expanded the agency's grant funding from $9 million dollars to $25 million dollar.
- Developed and administered community human services, healthcare continuum programs and healthcare and disease prevention promotion activities for Flint and Genesee County low-to-moderate income families, seniors and the indegent population.
- Managed, developed and implemented sound human resource and human service programs, policies, strategies, and practices including: planning, organizing, restructuring,

development, coordinating, directing employees, succession planning, lean management, diversity management, retention and dicipline.

**General Motors Service Parts Operation,** Flint, Michigan                              1985-1992
**OPERATIONS SUPERVISOR**
Held accountable for managing 100 UAW employees and day-to-day production operations. Broad scope of responsibility included budget control, production output, just-on-time product delivery, quality assurance, and meeting O.S.H.A. requirements. Participated in the diagnosis of employee's attitude, work performance, training and development, grievance and conflict resolution jointly with UAW.

- Supervised, motivated, and evaluated performance for 100 UAW hourly employees
- Assisted with the resolve of grievances between management and UAW employees
- Assisted and revised policy procedure development in setting quality standards for product development, product delivery and customer satisfaction
- Established methods of improving productivity by measuring individual performances and instituted team concepts to support training
- Dramatically improved employee satisfaction sick-leaves and absenteeism
- Improved customer service indicators, including on-time delivery and customer returns
- Assisted in the initiation of General Motors first diversity program

## EDUCATION

Central Michigan University – Mt. Pleasant, Michigan
Concentration: Human Resources
Degree earned: Master of Science in Administration-1987
Detroit College of Business – Flint, Michigan
Major: Business Administration
Degree earned: Bachelor of Business Administration –1985
Baker College – Flint, Michigan
Major: Business Management
Degree earned: Associate in Management-1979

## PERSONAL COMPUTER SKILLS

Microsoft Access-Microsoft Excel-Microsoft Word-Microsoft Power Point

## RELEVANT SEMINARS

| | |
|---|---|
| Management Leadership Training | Community & Economic Development |
| Intervention and Conflict Resolution/Mediation-Certificate | Building Effective Teams |
| Customer Service: *"An Approach to Excellence"* | Contract Negotiation |
| Achieving Diversity through Education and Awareness | Continuous Quality Improvement |

## CURRENT & PAST PROFESSIONAL AFFILIATIONS

Subscribing Life Member of the NAACP
National Association of Female Executives
Member of the Federal Housing Bank Board of Directors, 1996-1999

## REFERENCES UPON REQUEST