Poplar, Donna – Attachment 1B

| | |
|---|---|
| To: | Board of County Road Commissioners<br>Genesee County |
| From: | John Daly, III PhD., Manager- Director<br>Donna Poplar, Huma Resources and Admin Services Director<br>Coetta Adams, Finance and IT Director |
| Re: | Fiscal Year 2017 Budget Transfer |
| Date of Meeting: | January 24, 2017 |
| Date Prepared: | January 17, 2017 |
| Synopsis: | The Director of Human Resources and Administrative Services is in need of a part-time Administrative Assistance to perform a variety of administrative and clerical tasks. Duties include but not limit to providing support to the Director in assisting in daily office needs and managing general administrative activities in order to ensure the efficiency and smooth day-to-day operation of the Human Resources Department. There is $20,000 dollars in Contractual Services - Account Number 801.081 and $15,000 dollars from Finance – Labor to cover the salary for this position. |

Recommendation: That the Board approve the following budget transfer:

|  | Increase/(Decrease) |
|---|---|
| Dept. 60 HR and Admin Svcs – Contractual Services | $ 20,000 |
| Dept 70 Finance and Labor | $ 15,000 |
| Net Increase/Decrease to Fund Balance | $ |

POPLAR, DONNA - ATTACHMENT 4



# GENESEE COUNTY ROAI

*Serving the motorists of Genesee County for*

211 W. Oakley Street
Flint, MI 48503-3995
Website: www.gcrc.org
Board meetings: first and third Tuesdays at 10:00 A.M.

Phone: (810) 767-4920
Toll Free: (800) 249-4027
Fax (810) 767-5373 – Administration
Fax (810) 767-3634  Maintenance

February 8, 2017

## Human Resources Administrative Assistant Need Analysis

The human resources department is an essential part of Genesee County Road Commission (GCRC), as it plays an active role in almost every area of the Commission. The main focus of the department is to keep the GCRC strong, successful, functional, and free of costly litigation from lawsuits through sound policies and actions for handling personnel matters and to adhere to regulations and legal labor law compliances.

It is my understanding that many believe that the HR department has never had an Administrative Assistant, In part this might be true, in the fact that no person ever officially held the title. However, the reality is that for over 20-years the Administrative Assistant-Secretarial duties were either being carried out by the human resources coordinator without additional compensation and was clearly outside of the scope of what's "normally" expected of the human resources coordinator.

The added Administrative Assistant duties given to the human resources coordinator inevitably and unsurprisingly interfered with the main responsibilities of the human resources coordinator's essential job duties. And had a negative impact on the overall effectiveness of the human resources department. Many necessary human resources and clerical task was unfortunately left undone.

As the Human Resources Director, I have concluded that as a result of the GCRC human resources going years without a designated clerical support person who serves as the departments administrative assistant also, known as the secretary, the department has suffered years of backlog and have neglected to perform its full duty as a human resources department. For example the following key responsibilities is just a small example of task left undone:

- File maintenance; the filing system has not been purged or organized in over 20 plus years
- Policies and Procedures; have not been purged, modified and updated in over 20 plus years.
- Work Rules; have not been purged, updated and modified in over 20 plus years.
- There has never been a performance evaluation plan in place since the history of the GCRC.
- There is No professional development training program in place.
- In 20-plus years there has been No system in place to ensure legal and labor laws regulatory compliances and updates.

*Our mission, as Genesee County Road Commission employees, is to collectively provide and maintain a safe, cost-efficient and quality county road system for the motorists in Genesee County, Michigan*

DEFS RPD RESP 7 - 000049

- For over twenty (20) years there has been No record maintenance internal audit conducted.
- For over twenty (20) years there has been No internal human resources and benefits audit conducted

In an attempt to off-set some of the clerical duties the human resources department has used for over 20-years a union member to help with some of its clerical needs. This practice is unprecedented and puts at risk confidential information. It also, potentially could give the union's advantage of been privy to information that they should not be and could serve to weaken management's position during contract negotiations. It also has the potential of putting the commission in violation of regulations and legal labor law compliances and also, opens the door for potential litigation.

The Road Commission has five (5) Department Directors. Out of the five (5) Directors the Human Resources Director is the ONLY Director that don't have an Administrative Assistant-Secretary to support and provide the clerical duties of the department. Therefore, they don't suffer from clerical, administrative and secretarial deficiencies as the human resources department does. Not having an administrative assistant impede the human resources department from being efficien. This scenario is unfair by all mean and creates an unfair perception and labor practice.

For over 20-years the GCRC human resources department for too long has not been operating in a manner that reflects the 21st Century way of doing human resources tasks and functions. The human resources department in many ways is animated and is not in line with forward thinking practices of the modern day human resources systems and practices.

The long-term management of GCRC is essential to the success of the Commission. The human resources department aid in the evaluation of the future of the Commission and helps to create strategies, plans and goals to ensure that the GCRC has the resources necessary to be successful in the long term.

The Commission cannot afford to have a human resources department that fails to contribute to modern day thinking and contribute to enhancement the Commissions overall success. In order for me to successfully lead and provide undeniable performance and contribution to my role as the Human Resources and Administrative Services Director, and to exceed all expectations and job duties set forth in the human resources director's job description and transform the GCRC Human Resources department into a high performing department, the department need adequate clerical and administrative assistant support. The current Human Resources staff is very competent but they like myself are not required to be secretaries.

Therefore, I am requesting to transfer the funds as requested to hire a Temporary, Part-Time Administrative Assistant to accommodate the clerical and secretarial needs of the human resources department. Hiring a Temporary, Part-Time Administrative assistant would serve to be more cost effective for the Commission.

It is my hope that this Administrative Assistant Need Analysis provide greater insight and understanding for the human resources department need for a Temporary, Part-Time Administrative Assistant.

Submitted By,

*Donna Poplar*

Donna Poplar
Human Resources & Administrative Services Director

DEFS RPD RESP 7 - 000051