`

# GENESEE COUNTY ROAD COMMISSION

## BOARD MEETING MINUTES

### May 15, 2018

**CALL TO ORDER**

Chairperson Kautman-Jones called the meeting of the Genesee County Board of Road Commissioners to order at 10:00 a.m. The meeting was held in the Board Room of the Genesee County Road Commission, 211 W. Oakley St., Flint, Michigan 48503-3995.

**ROLL CALL**

| | |
|---|---|
| Present: | Shirley Kautman-Jones, Chairperson |
| | John Mandelaris, Vice-Chairperson |
| | Robert Johnson, Commissioner |
| | David Arceo, Commissioner |
| | Cloyce Dickerson, Commissioner |
| Absent: | None |

Others Present:  Anthony Branch, Fred Peivandi, Randy Dellaposta, Donna Poplar, Stephanie Jaeger (Genesee County Road Commission Staff), Attorney Tom Derderian (Michael R. Kluck & Associates), Bobbie Clayton Walton, Linda Kossak, Secretary of the Board of Road Commissioners

**PLEDGE OF ALLEGIANCE**

The Pledge of Allegiance was led by Chairperson Kautman-Jones.

**APPROVAL OF AGENDA**

May 15, 2018 – Agenda

**ACTION TAKEN** – Motion by Mr. Arceo, seconded by Mr. Mandelaris, to approve the agenda for May 15, 2018.

**MOTION CARRIED.**

**APPROVAL OF MINUTES**

April 17, 2018 – Board Meeting

**ACTION TAKEN** – Motion by Mr. Mandelaris, seconded by Mr. Dickerson, to approve the minutes for April 17, 2018, as printed and presented.

`

**MOTION CARRIED.**

**MEETINGS, PRESENTATIONS, HEARINGS, AND INFORMATION**

Tuesday, May 28, 2018
 GCRC closed (non-essential operations) in observance of the Memorial Day holiday.

Tuesday, June 05, 2018
 10:00 a.m. – Board Meeting

**PUBLIC ADDRESS THE BOARD**

Ms. Bobbi Walton-Clayton, 8412 Maple View Dr., Davison, addressed the Board this morning to announce her candidacy for Genesee County Commissioner, 9th District in the upcoming elections. Ms. Walton-Clayton gave a brief background of her experience and stated that if elected, she will work closely with the Road Commission to improve the communication between the County and the Road Commission. She thanked the Board for allowing her to speak this morning.

**CORRESPONDENCE**

**INCOMING**

Letter Correspondence from MDOT Director, Kirk Steudle – re: Road Commission's request to utilize remaining balance of Roads Risk Reserve Funds for a Culvert on Mt. Morris Road, Mt. Morris Township – In correspondence dated April 20, 2018, Mr. Kirk Steudle, Director, MDOT thanked Mr. Fred Peivandi, Co-Interim Manager Director/County Highway Engineer for his letter requesting to utilize the remaining balance from Genesee County's Roads Risk Reserve fund projects towards replacing a large culvert on Mt. Morris Road over Central Drain,  After reviewing the request, Mr. Steudle stated that the requested change has been approved. (Copy of memorandum filed with official minutes.)

Letter Correspondence from Ms. Joanna Johnson, CRA President and Managing Director, Road Commission of Kalamazoo County – In a letter dated April 26, 2018, Ms. Joanna Johnson, CRA President, stated that Mr. Fred Peivandi, Co-Interim Manager Director/County Highway Engineer has been selected as an alternate member of the Engineering Committee for the County Road Association of Michigan.   (Copy filed with official minutes.)

Letter Correspondence from the Board of Directors, County Road Association of Michigan – re: White Paper on 'best practices' for county road agencies addressing unfunded liabilities – In a letter dated April 27, 2018, the Board of Directors of the County Road Association of Michigan compiled a white paper on "best practices" for the county road agencies addressing unfunded liabilities. (Copy filed with official minutes.)

**OUTGOING**

`

Letter correspondence to State Senator Jim Ananich, 27th District - re: Thank you letter for State Senator Ananich's Letter of Support for the Roads Risk and Reserve Funding balance to replace a large culvert on Mt. Morris Road over Central Drain in Mt. Morris Township – In correspondence dated May 08, 2018, Mr. Fred Peivandi, Co-Interim Manager-Director/County Highway Engineer thanked State Senator Jim Ananich for his letter of support on moving the balance of the State Legislature Roads Risk and Reserve Funding to replace a large culvert on Mt. Morris Road over Central Drain in Mt. Morris Township. (Copy filed with official minutes.)

**INTERNAL**
(None.)

**INFORMATION**
(None.)

Request to Approve Correspondence:

**ACTION TAKEN** - Motion by Mr. Johnson, seconded by Mr. Dickerson, to receive and file the presented correspondence.

**MOTION CARRIED.**

**BOARD OF ROAD COMMISSIONERS' DECISIONS**

**DISCUSSION**

MDOT Contract No. 18-5197, Bristol Road Bridge at the Call Drain, Flint Township – In a memorandum dated May 07, 2018, staff requested the Board approve MDOT Contract No. 18-5197, for the Bristol Road Bridge at the Call Drain, Flint Township. (Copy filed with official minutes.)

**ACTION TAKEN** – Motion by Mr. Johnson, seconded by Mr. Dickerson, to approve the MDOT Contract No. 18-5197 for the removal and replacement of the Bristol Road Bridge over the Call Drain in Flint Township and further, direct both the Chairperson and Vice-Chairperson to sign the duplicate original contracts for and on behalf of the Board of County Road Commissioners.

| | |
|---|---|
| Federal MDOT Local Bridge Funds | $ 1,477,700.00 |
| GCRC Local Share | $    309,800.00 |
| Total Project Cost | $ 1,787,500.00 |

**MOTION CARRIED.**

Road Agreement for the Proposed Road Improvements to W. Court Street from Elms Road to the City of Flint limits – In a memorandum dated May 04, 2018, staff requested the Board approve the Road Agreement for the proposed road improvements to W. Court Street. (Copy filed with official minutes)

115

`

**ACTION TAKEN** – Motion by Mr. Arceo, seconded by Mr. Dickerson, to approve the Road Agreement for the proposed road improvements to W. Court Street from Elms Road to the City of Flint limits, as administered by Flint Township.

**MOTION CARRIED.**

Road Agreement for the Proposed Road Widening on Holly Road, 2500 feet to 3800 feet south of Baldwin Road, Grand Blanc Township – In a memorandum dated May 04, 2018, staff requested the Board approve the Road Agreement for the proposed road widening on Holly Road in Grand Blanc Township. (Copy of filed with official minutes.)

**ACTION TAKEN** – Motion by Mr. Dickerson, seconded by Mr. Johnson, to approve the Road Agreement for the proposed road widening on Holly Road 2500 feet south of Baldwin Road to 3800 feet, as administered by Holly Road Investment LLC, under the direction of the GCRC Permits Department.

**MOTION CARRIED.**

Selection of Consultant for Design Services, Mt. Morris Road over Central Drain Culvert, Mt. Morris Township – In a memorandum dated May 01, 2018, staff requested the Board approve assignment of Flint Surveying & Engineering (FSE), a consultant in Group 'A' category, to prepare construction plans for the proposed Mt. Morris Road over Central Drain Culvert Replacement Project. (Copy filed with official minutes.)

Human Resource Director, Ms. Donna Poplar, stated that she did not know if Flint Surveying & Engineering has a current EEOC Plan on file with the Road Commission.

At 10:24 a.m., Chairperson Kautman-Jones stated the Board will take a 3 minute recess while Purchasing Associate, Ms. Stephanie Jaeger checks on the EEOC Plan for Flint Surveying and Engineering.

Purchasing Associate, Ms. Stephanie Jaeger confirmed that Flint Surveying & Engineering does have a current EEOC Plan on file with the Road Commission.

At 10:27 a.m., the Board Meeting reconvened into its regular Board Meeting session.

**ACTION TAKEN** – Motion by Mr. Johnson, seconded by Mr. Mandelaris, to approve the assignment of Flint Surveying & Engineering (FSE), a consultant in Group 'A' category, to prepare construction plans for the proposed Mt. Morris Road over Central Drain Culvert Replacement Project, and further to direct the Chairperson to sign the Consultant Agreement when returned.

**MOTION CARRIED.**

Bid Results and Award of Contract for 2018 Primary Road Micro-Surfacing Proposal M-1, Vienna Charter Township – In a memorandum dated May 07, 2018, staff requested the Board accept the low bid as submitted by Pavement Maintenance Systems for the 2018 Micro-surfacing

`

Proposal M-1 Project. (Copy filed with official minutes.)

**ACTION TAKEN** – Motion by Mr. Mandelaris, seconded by Mr. Arceo, to accept the low bid of $193,363.26 and authorize the award, and sign the construction contract after staff has received and accepted the contract, bond and insurance submitted by Pavement Maintenance Systems, LLC for the 2018 Micro surfacing Proposal M-1 Project.

**MOTION CARRIED.**

Amendment of the Resolution, as adopted on February 04, 2003, regarding Electronic Transactions of Public Funds (Automated Clearing House [ACH] Transaction Policy) – Amendment of the Resolution regarding Electronic Transaction and Automated Clearing House [ACH] Transaction Policy as adopted on February 04, 2003. (Copy filed with official minutes.)

Commissioner Mandelaris stated that the current Resolution as adopted by the Board of Road Commissioners on February 04, 2003, was outdated.

**ACTION TAKEN** – Motion by Mr. Arceo, seconded by Mr. Dickerson, to adopt the amended Electronic Transactions of Public Funds (Automated Clearing House [ACH] Transaction Policy) "nunc pro tunc" [now for then] and that the presented policy is adopted as the policy required to be adopted pursuant to Section 3 of 2002 Public Act 738 regarding said transactions of public funds.

VOTE ON MOTION:
    Yes:   Johnson, Dickerson, Arceo, Mandelaris, Kautman-Jones
    No:    None

**MOTION CARRIED**

Application for Waiver and Plan: Defined Benefit Pension Retirement Systems - In a memorandum dated May 08, 2018, staff requested the Board approve the attached Application for Waiver and Plan: Defined Benefit Pension Retirement System (Form 5583). (Copy of memorandum and Form 5583 filed with official minutes.)

**ACTION TAKEN** – Motion by Mr. Johnson, seconded by Mr. Mandelaris, to approve the Application for Waiver and Plan: Defined Benefit Pension Retirement System (Form 5583); and authorize the electronic submittal of application and all supporting documentation, by the Director of Finance to the State of Michigan, Department of Treasury.

**MOTION CARRIED.**

GCRC Manager-Director Job Description – Board approval of the Manager-Director Job Description for the Genesee County Road Commission. (Copy filed with official minutes.)

`

The job description of the GCRC Manager-Director was discussed with the Board and Attorney Tom Derderian during this morning's Board meeting and the Board made the following changes to the job description:

- Change Education 'and' Experience to Education 'or' Experience
- Change the word 'required' to 'desired'.  'Possession of a Bachelor's Degree in a field related to job functions is desired'.
- Add 'Should have' in front of Prior 5+ years' experience – 'Should have prior 5+ years in supervisory role and experience'.
- Change 'Must establish permanent residence' to 'Preferred to establish residency in Genesee County within 18 months of employment'.

**ACTION TAKEN** – Motion by Mr. Dickerson, seconded by Mr. Arceo, to approve the GCRC Manager-Director Job Description with changes, as discussed in the May 15, 2018, Board Meeting.

**MOTION CARRIED.**

Adoption of the Freedom of Information Act Policy and Procedures – Board approval of the Freedom of Information Act Policy and Procedures.  (Copy filed with official minutes.)

**ACTION TAKEN** – Motion by Mr. Johnson, seconded by Mr. Arceo, to approve the Freedom of Information Act Policy and Procedures.

**MOTION CARRIED.**

Whistleblowers Policy – Board approval and adoption of the Whistleblowers Policy. (Copy filed with official minutes.)

**ACTION TAKEN** – Motion by Mr. Dickerson, seconded by Mr. Mandelaris, to approve and adopt the Whistleblowers Policy.

**MOTION CARRIED.**

Property located at 310 W. Oakley Street, Flint Michigan – In a memorandum dated May 09, 2018, staff requested the Board of Road Commissioners decide to retain or sell the property at 310 W. Oakley Street, Flint, Michigan. (Copy filed with official minutes.)

The Board discussed the option of selling or retaining the property at 310 W. Oakley Street, Flint, MI. Mr. Randy Dellaposta, Fleet Maintenance & Facilities Director, stated that we have only had two parties that showed interest in the property to date.  Mr. Dellaposta also gave a condition of the building and the current maintenance costs associated with the building.

**ACTION TAKEN** – Motion by Mr. Dickerson, seconded by Mr. Arceo, to authorize Mr. Randy Dellaposta to create a Request for Proposal (RFP) to list the property at 310 W. Oakley Street, Flint MI for sale.

`

**MOTION CARRIED.**

At the request of Commissioner Mandelaris, Chairperson Kautman-Jones moved agenda item, 'Adoption of Roads into the County Road System' from Consent to Discussion.

Adoption of Roads into the County Road System – In a memorandum dated May 07, 2018, staff requested the Board approve the Resolution to adopt Peterson Road and Old Vienna Road into the Local Road System of Genesee County. (Copy filed with official minutes.)

**ACTION TAKEN** – Motion by Mr. Mandelaris, seconded by Mr. Arceo, to approve the Resolution adopting Peterson Road and Old Vienna Road, Section 21, in Vienna Township into the Local Road System of Genesee County.

**MOTION CARRIED.**

Ratification of Vouchers totaling $1,324,836.20 – (Copies filed with official minutes.)

    Voucher #V-40360

**ACTION TAKEN** – Motion by Mr. Johnson, seconded by Mr. Arceo, to ratify Voucher #40360 in the amount of $754,681.11.

    VOTE ON MOTION:
    Yes:    Dickerson, Johnson, Arceo, Mandelaris, Kautman-Jones
    No:    None

**MOTION CARRIED.**

    Voucher #V-40361

**ACTION TAKEN** – Motion by Mr. Dickerson, seconded by Mr. Johnson, to ratify Voucher #40361 in the amount of $457,662.42.

    VOTE ON MOTION:
    Yes:    Dickerson, Johnson, Arceo, Mandelaris, Kautman-Jones
    No:    None

**MOTION CARRIED.**

    Voucher #V-40362

**ACTION TAKEN** – Motion by Mr. Johnson, seconded by Mr. Arceo, to ratify Voucher #40362 in the amount of $112,492.67.

    VOTE ON MOTION:
    Yes:    Dickerson, Johnson, Arceo, Mandelaris, Kautman-Jones
    No:    None

`

**MOTION CARRIED.**

**CONSENT**

Disposal of Equipment – 80 Ton Shop Press – In a memorandum dated April 27, 2018, staff requested the Board authorize the disposal of an 80 Ton Shop Press in the Equipment Department. (Copy filed with official minutes.)

**ACTION TAKEN** – Motion by Mr. Arceo, seconded by Mr. Dickerson, to authorize the disposal of an 80 Ton Shop Press. The machine is inoperable and has been replaced with a new 100 Ton Shop Press that is an electronic hydraulic smaller footprint press.

**MOTION CARRIED.**

Work Request for Mowing at Various Locations in Montrose Township – In a memorandum dated April 26, 2018, staff requested the Board approve the work request for mowing in Montrose Township at various locations. (Copy filed with official minutes.)

**ACTION TAKEN** – Motion by Mr. Arceo, seconded by Mr. Dickerson, to approve the work request for mowing at various locations in Montrose Township.  The Township will be paying 100% of the $22,004.80 mowing project.

**MOTION CARRIED.**

Work Request for Chip Seal on Glenmark Trail, north of Vienna Road (M-57) to the Cul-de-sac, Montrose Township – In a memorandum dated April 26, 2018, staff requested the Board approve the work request for chip seal on Glenmark Trail, north of Vienna Road (M-57) to the Cul-De-Sac, Montrose Township. (Copy filed with official minutes.)

**ACTION TAKEN** – Motion by Mr. Arceo, seconded by Mr. Dickerson, to approve the work request for Chip seal on Glenmark Trail, north of Vienna Road (M-57) to the Cul-De-Sac in Montrose Township.  The Township will be paying 100% of the $51,959.14 project for chip sealing.

**MOTION CARRIED.**

Work request for Paving Overlay on Duffield Road between Farrand Road and Lake Road, Montrose Township – In a memorandum dated April 26, 2018, staff requested the Board approve the work request for paving overlay on Duffield Road between Farrand Road and Lake Road in Montrose Township. (Copy filed with official minutes.)

**ACTION TAKEN** – Motion by Mr. Arceo, seconded by Mr. Dickerson, to approve the work request for paving overlay on Duffield Road between Farrand Road and Lake Road in Montrose Township.  The Township will be paying 100% of the $13,049.40 paving overlay project.

**MOTION CARRIED.**

`

<u>Equipment Item Nos. 1842 and 2112 to be sold on the Government Internet Auction Website</u> – In a memorandum dated May 10, 2018, staff requested Board approval to sell Equipment Items on the Government Internet Auction Website. (Copy filed with official minutes.)

**ACTION TAKEN** - Motion by Mr. Arceo, seconded by Mr. Dickerson, to approve the sale of Equipment Item No. 1842 - HP1050 Plotter with 3 Roll Unit and Item No. 2112 - KIP Printer, on the Government Internet Auction Website.

**MOTION CARRIED.**

**MANAGER-DIRECTOR REPORT**
(None)

**COMMISSIONERS CONCERNS**

Chairperson Kautman-Jones stated that she and Commissioner Arceo met with some of the Genesee County Commissioners to discuss the current timeline of the hiring of the Road Commission Manager-Director position. Chairperson Kautman-Jones stated it was a very good discussion and the Road Commission Board members will continue to meet with the County Board on a regular basis.

<u>Accumulated Vacation Time for GCRC Directors</u> - Chairperson Kautman-Jones stated that in June of 2010, a memorandum was written regarding accumulated vacation time for GCRC Directors. The Board will be discussing this memorandum and making revisions to this policy at a future Board Meeting.

With no objections, Chairperson Kautman-Jones adjourned the meeting at 11:45 a.m.

JOHN J. GLEASON
Clerk/Register

_____
Linda B. Kossak, Secretary of the
Board of Road Commissioners
lbk

5/15/18