POPLAR, DONNA - ATTACHMENT 6

**Poplar, Donna**

**From:** Poplar, Donna
**Sent:** Monday, August 27, 2018 2:45 PM
**To:** Peivandi, Fred
**Subject:** HR Assistant and Disability Concerns.

August 27, 2018

Good Morning Fred:

I have made many attempts to get approved for a HR Assistance for many relative HR operational reasons, and to aid in my visual disability accommodations. During my initial interview and at the point of hire, I disclosed the nature of my disability.

After I began serving in my current position as the GCRC Human Resources Director, The former Manager-Director, Mr. Daly and I had several formal discussions about my need to have an HR Assistant that could aid in helping to bring the HR Department up to the 21 Century, do cross training with the Senior Benefits Coordinator, the Senior HR Coordinator and serve as my visual reader and assist me and the staff in clerical support and other much needed ways. The former Manager-Director, John Daly, recognized the need and added advantages for an HR Assistant, who could also serve as a visual reader and accommodate me in other ways with my visual disability and limitations. Mr. Daly, also felt it only fair that I have an assistant for the same reasons my colleagues had. By doing so would make me equal to my colleagues in reference to clerical assistance.

Mr. Daly started the process of hiring an HR Assistant. He used cost effective in-house measures to convert the former purchasing office into an adjoining HR Assistant office. He moved forward in preparing the necessary requisition for GCRC Board approval. He made some reasonable and cost effective accommodations to accommodate my visual disability. For example he changed my parking place and the lighting in my office. Unfortunately, Mr. Daly retired before the approval for the HR Assistant could go before the GCRC Board for final approval.

Since Mr. Daly's retirement, I have made many request for a HR Assistant and most recently, I shared with you the importance of having an HR Assistant and the ways in which the HR department could benefit from having an HR Assistant and the ways in which I could receive visual accommodation. (For example help with endless hours of computer work and reading). I even shared with you the painful strain that I am putting on my eyes because of my excessive computer use. You denied me my request, and stated that you were sure the GCRC Board would not support me having an assistant.

Clearly, my request for an assistant or to at least have a visual reader who could assist me with reading and some computer work has fallen on deaf ears. As a result you instructed the Finance Director to remove the HR Assistant position from my 2018-2019 budget request, while allowing my colleagues to have reflected in their 2018-2019 budget their assistant positions.

As I have shared with you, for the first time in my career, I have requested FMLA and I have officially been approved for FMLA because of my vision disability. I think it is important that you and I get an understanding, I can only work within the constraints by which my vision disability will allow me to do. I am very grateful to be employed by GCRC, and refuse to let being denied an HR Assistant interfere with my commitment and dedication as the GCRC Human Resources and

Equal Opportunity Director. I will continue to take pride in my work, maintain my professionalism, my passion, and give GCRC undeniable performance and continue to be a strong team player.

Finally, it may take me a little longer than usual to carryout additional job assignments. Therefore, I am asking that I be given an advance notice and ample time be given to me to complete time sensitive assignments and projects. I do not expect to be subjected to reprisal or disciplinary action if I am not given ample and reasonable time to complete additional unforeseen assignments and task. In addition, I do not expect disciplinary action when I have exhausted my vacation and PDO time and need to use my allotted FMLA time for obvious medical reasons.

Respectfully,

Donna D. Poplar
Human Resources Director
Genesee County Road Commission
1-810-767-4920 ext.253