

# GENESEE COUNTY ROAD POPLAR, DONNA - ATTACHMENT 7

*Serving the motorists of Genesee County for*

211 W. Oakley Street
Flint, MI 48503-3995
Website: www.gcrc.org
Board meetings: first and third Tuesdays at 10:00 A.M.

Toll Free: (800) 249-4027
Fax (810) 767-5373 – Administration
Fax (810) 767-3634 – Maintenance

August 29, 2018

To: Donna Poplar, Director of Human Resources

From: Fred Peivandi, Manager-Director

Re: Request for reasonable accommodation

Thank you for your e-mail of August 27, 2018. The Road Commission will need certain documentation from you to properly evaluate your request for accommodation. Please provide written documentation from your healthcare professional describing your vision impairment; the nature, severity, and duration of the impairment; the activity or activities that the impairment limits; and the extent to which the impairment limits your ability to perform your job responsibilities. Upon receipt of this documentation, I will review same and discuss with you the types of accommodation which might be available to assist you in performing the essential functions of your position. I appreciate you bringing this matter to my attention and look forward to working with you to identify a reasonable accommodation which will assist you in remaining effective in your position.

*Our mission, as Genesee County Road Commission employees, is to collectively provide and maintain a safe, cost-efficient and quality county road system for the motorists in Genesee County, Michigan*

POPLAR V GCRC ET AL - DEFS RPD III RESP P - 000052