# CONVERSATION BETWEEN FRED PEIVANDI & DONNA POPLAR

Prepared by



depos@networkreporting.com
Phone: 800.632.2720
Fax: 800.968.8653
www.networkreporting.com

*Let us assist you GLOBALLY for all of your deposition needs.*

CONVERSATION BETWEEN FRED PEIVANDI & DONNA POPLAR

STATE OF MICHIGAN

GENESEE COUNTY, MICHIGAN

IN-PERSON
CONVERSATION BETWEEN   -   FRED PEIVANDI

                          and

                          DONNA POPLAR

HELD AT   -   211 WEST OAKLEY STREET
                FLINT, MICHIGAN 48503

HELD ON   -   UNKNOWN DATE

Transcribed by   -   Denise Bowers, CER 4106
                Certified Electronic Recorder
              Network Reporting Corporation
              Firm Registration Number 8151
              1-800-632-2720

Page 1



CONVERSATION BETWEEN FRED PEIVANDI & DONNA POPLAR

Page 2

```
 1        Flint, Michigan
 2     UNKNOWN FEMALE SPEAKER:  Good morning.
 3     MS. POPLAR:  How are you; how are you?
 4     UNKNOWN FEMALE SPEAKER:  I'm good.  How you doing?
 5     MS. POPLAR:  I'm fine.
 6     UNKNOWN FEMALE SPEAKER:  (Inaudible)
 7     MS. POPLAR:  Is he in?
 8     UNKNOWN FEMALE SPEAKER:  Yeah, he's in there.
 9     MR. POPLAR:  Hi.  How are you?
10     UNKNOWN FEMALE SPEAKER 2:  Hi.  Good.
11     MS. POPLAR:  Fred.
12     MR. PEIVANDI:  What's up?
13     MS. POPLAR:  This goes back to you.
14     MR. PEIVANDI:  All right.  Yeah.  We're going to
15  do this, if you don't mind, and then, when we do the needs
16  study, they said we have to open up additional revenue for
17  the position.  They kind of talked -- talked about it, I
18  guess, so --
19     MS. POPLAR:  Yeah, but -- I have no problem with
20  that.  The only concern I had is this:  it's just not
21  because there's a fight over this position, you know.  You
22  say to me that --
23     MR. PEIVANDI:  Yeah.
24     MS. POPLAR:  -- why should you hire somebody to
25  accommodate me for my disability when you can hire somebody
```

Page 3

```
 1  who don't have a disability.  What's really going on?  Be
 2  honest with me here.  That's what I want.
 3     MR. PEIVANDI:  Well --
 4     MS. POPLAR:  Well, when you made the statement --
 5  why would you -- why would you say to me, why should you
 6  hire somebody to assist me with my disability when you can
 7  just hire somebody who don't have a disability, you know,
 8  like hire an HR director without a disability?
 9     MR. PEIVANDI:  No; no.  Well, that's --
10     MS. POPLAR:  Why would you say that to me?
11     MR. PEIVANDI:  This is the discussion we had --
12  talked to Lisa (phonetic) about?
13     MS. POPLAR:  Sure.
14     MR. PEIVANDI:  I'm -- I was talking in general.
15  If it was a private company, what would they do?
16     MS. POPLAR:  Whether it's a private company or
17  not, I have a disability, Fred, you know.
18     MR. PEIVANDI:  Well, that's why --
19     MS. POPLAR:  And I didn't bring this blindness on
20  myself.  You know, it's something that just happened.  And
21  so for you, as my boss, to tell me why should you bring
22  somebody on board to accommodate me when you could just hire
23  somebody without the disability, how do you think that makes
24  me feel?  I mean, you asked me to be open and honest with
25  you, and that's what I'm being.  And so then everything
```

Page 4

```
 1  that's evolved around it --
 2     MR. PEIVANDI:  Well, I'm willing to --
 3     MS. POPLAR:  -- is a problem.
 4     MR. PEIVANDI:  -- accommodate you with a part-time
 5  employee to come in and help you.
 6     MS. POPLAR:  But it doesn't -- it doesn't
 7  explain -- why would you even make the statement like that
 8  to me?  What was on your mind when you did that?
 9     MR. PEIVANDI:  No.  I'm talking about -- in the
10  real world, I'm talking about.  It's just a fact.  I mean,
11  it's just a fact of life.  In the real world -- I don't know
12  if you're recording me or if you have been.
13     MS. POPLAR:  No.  I'm not going to -- why would I
14  record you?
15     MR. PEIVANDI:  I don't know.  In real life --
16  okay? -- if I own a company, just between you and I -- all
17  right? --
18     MS. POPLAR:  Sure.
19     MR. PEIVANDI:  -- who would you hire?  Would you
20  hire somebody who can -- you're not going to hire somebody
21  that's going to take one and a half persons to do the job or
22  two people to do the job.  This is talking between you and
23  I.
24     MS. POPLAR:  Sure.
25     MR. PEIVANDI:  The real world.  Okay?
```

Page 5

```
 1     MS. POPLAR:  I understand that.
 2     MR. PEIVANDI:  That's what -- that's what I was
 3  saying.
 4     MS. POPLAR:  Well, I was a bit -- I was feeling
 5  the vibe.  But let me explain to you this:  This is the real
 6  world, and I want you and I to be on the same page.
 7     MR. PEIVANDI:  Yeah.  I want to be on the same
 8  page with you.
 9     MS. POPLAR:  I -- I think -- I think we're -- I
10  think our relationship is --
11     MR. PEIVANDI:  Improving.
12     MS. POPLAR:  And my point is this, you've been
13  here 25 years.
14     MR. PEIVANDI:  Is it improving?
15     MS. POPLAR:  I think so.
16     MR. PEIVANDI:  Okay.
17     MS. POPLAR:  But you -- you've been here --
18     MR. PEIVANDI:  I've been here 25 and a half years.
19     MS. POPLAR:  -- 25 and a half years.
20     MR. PEIVANDI:  Yeah.
21     MS. POPLAR:  In 25 and a half years, Fred --
22     MR. PEIVANDI:  I've never had any --
23     MS. POPLAR:  -- all these departments have had
24  their executive secretary for you, administrative assistants
25  for everyone else.  Even if you take out the equation of my
```



CONVERSATION BETWEEN FRED PEIVANDI & DONNA POPLAR

**Page 6**

1 disability -- right? --
2 MR. PEIVANDI: Okay.
3 MS. POPLAR: -- you're talking to me -- and I
4 don't want to hear -- I don't want to hear the thoughts of
5 Shirley Kautman-Jones or Dave Arceo. I want to hear you. I
6 work for you. There's no justification for HR not to even
7 have an assistant, too. We have 600-and-something --
8 680 members that we deal with just on the benefit side
9 alone. You know your day -- sitting in this seat now, you
10 probably get all kind of interruptions all day long.
11 MR. PEIVANDI: Uh-huh (affirmative).
12 MS. POPLAR: We get that in HR all day long.
13 MR. PEIVANDI: Sure.
14 MS. POPLAR: We're responsible for everything
15 evolved around HR, HR systems. Everything starts with HR.
16 Everything ends with HR. If any one department needs an
17 assistant, it would be your HR department, and so, if I was
18 to do a wage study -- and we're going to do it -- on the
19 work that all the secretaries do right now, including
20 Vickie (phonetic), Linda, whatever, the work that they do
21 will never touch the amount of work that we do in the HR
22 department. We're nonstop, and so --
23 MR. PEIVANDI: Well, that's why we asked -- look.
24 We need to do a needs study --
25 MS. POPLAR: But I've been asking for an assistant

**Page 7**

1 for two years. And I almost had it through John. But the
2 thing is, the need for my assistant and the willingness to
3 give it to me didn't change since Shirley got on the board.
4 And it's almost like you have embraced that. I'm asking
5 you, when you deal with me, deal with me openly. I'm not
6 going to do anything to --
7 MR. PEIVANDI: I -- I am open, and I'm present,
8 and I know -- I try to help as much as I can.
9 MS. POPLAR: You're present, but you can say some
10 offensive things. When you say to me, why should you
11 bring --
12 MR. PEIVANDI: I apologize if I have said anything
13 offensive.
14 MS. POPLAR: That's --
15 MR. PEIVANDI: Okay?
16 MS. POPLAR: Well, that's what I want to hear. I
17 want to hear that apology.
18 MR. PEIVANDI: Yeah. If I -- if I said anything
19 offensive, I apologize.
20 MS. POPLAR: Well, it was offensive. When you're
21 telling me -- you're looking at a person who's -- who's
22 legally blind.
23 MR. PEIVANDI: Well, I'm also looking -- listen.
24 I'm also looking at -- you said -- you just said I was here
25 25 and a half years.

**Page 8**

1 MS. POPLAR: Sure.
2 MR. PEIVANDI: So I've gone through one, two,
3 three, four, five HR directors. None of them had any
4 assistants.
5 MS. POPLAR: And we've proved to you that was
6 wrong. Abunder (phonetic) -- I can't think of the guy's
7 name. Normally, they sit up in Human -- I can't think of
8 her name right now, but I'll get it to you. She was your
9 deputy in HR. That was HR. She was a deputy.
10 MR. PEIVANDI: You talking about Sue Jacobs?
11 MS. POPLAR: She was the deputy in HR, and she was
12 your -- that was your -- that was your HR number-two person.
13 MR. PEIVANDI: Well, there was only Sue Jacobs and
14 Rachel (phonetic), two people. But the -- the guy from
15 Southfield --
16 MS. POPLAR: Okay. And then watch this.
17 MR. PEIVANDI: What was his name?
18 MS. POPLAR: I can't remember his name.
19 MR. PEIVANDI: He was good, though.
20 MS. POPLAR: And the thing about it, when you look
21 at this year alone --
22 MR. PEIVANDI: Yeah.
23 MS. POPLAR: -- this -- this employee handbook --
24 MR. PEIVANDI: Uh-huh (affirmative).
25 MS. POPLAR: -- was only revised 18 years ago. It

**Page 9**

1 was never fully advised -- revised. There was no new
2 policies added, only the current policy that was there to
3 make sure they're still in compliance. I did that work.
4 MR. PEIVANDI: No. I -- I --
5 MS. POPLAR: It was a lot of work.
6 MR. PEIVANDI: -- give you credit for that. Yes,
7 it's a lot of -- it's a lot of work; yes.
8 MS. POPLAR: And then, when you look at the HR
9 department, when you've got systems that goes back 40 years,
10 shame on the people who sit in this HR director's seat --
11 MR. PEIVANDI: And didn't act on it.
12 MS. POPLAR: -- and didn't do -- do what I'm doing
13 right now. I've gotten this done in a -- well, a short
14 period of time. Look at this (indicating).
15 MR. PEIVANDI: Uh-huh (affirmative).
16 MS. POPLAR: They thought we could not get the
17 retirees -- the 200-and-something retirees to buy into the
18 Medicare Advantage. I did that. I -- I negotiated that and
19 got them in, and they got a buy-in. They saved this
20 agency -- or this operation $350,000 a year and a lot of
21 work. Turn around --
22 MR. PEIVANDI: I know.
23 MS. POPLAR: They didn't think we could get --
24 MR. PEIVANDI: I think you had a hand in changing
25 the benefits, too, just --

3 (Pages 6 to 9)



CONVERSATION BETWEEN FRED PEIVANDI & DONNA POPLAR

## Page 10

```
 1         MS. POPLAR:  All that.  So -- so, when you look
 2   at -- when you look at the other part --
 3         MR. PEIVANDI:  No.  I recognize that.
 4         MS. POPLAR:  -- we were able to negotiate -- I put
 5   that idea to the table, to get the union to agree that new
 6   hires would go into a retiree cash plan for their health
 7   care.  I did that.  I cannot say how hard I worked, the time
 8   I put in, and to -- and to allow people, for personal
 9   reasons -- personal and political reasons to try to -- it's
10   almost like, are you trying to make me suffer?
11         MR. PEIVANDI:  No; no.  It's not --
12         MS. POPLAR:  It's like -- I don't --
13         MR. PEIVANDI:  It's not personal.  Believe me.
14         MS. POPLAR:  How can it not be?
15         MR. PEIVANDI:  It's not --
16         MS. POPLAR:  Because it hasn't been due to budget.
17         MR. PEIVANDI:  We've never had an assistant
18   executive person --
19         MS. POPLAR:  Well, you've never --
20         MR. PEIVANDI:  -- in the charts, so I figured
21   that's why I want to do a needs study, to go through all
22   departments, and I also want to know how much everybody is
23   worth.  When you're telling me that this is, like, $25 an
24   hour, well, I've got an engineer A3 with a bachelor's degree
25   down there, with technical background, making 20 bucks an
```

## Page 11

```
 1   hour.  Do you know what I'm saying?
 2         MS. POPLAR:  Well, tell him to come work for me --
 3         MR. PEIVANDI:  That's what you pay --
 4         MS. POPLAR:  -- for $25 an hour, 40 hours a week.
 5   I'll take him.  I'll take one of those engineers just like
 6   that (indicating).  I'm sure they can do the work.  My thing
 7   is that, before we even -- we just recently started talking
 8   about the wage study a month ago.
 9         MR. PEIVANDI:  Right.
10         MS. POPLAR:  Matter of fact, this month, to be
11   exact.  So my thing is, I've been dealing with the need for
12   the disability for how long?  All I'm --
13         MR. PEIVANDI:  Well, I -- I tried to act on that
14   as soon as I could.
15         MS. POPLAR:  Yeah, but the thing is -- the point
16   that I have a concern with -- and I accept your apology --
17   is the fact that never --
18         MR. PEIVANDI:  Listen.  I'm not doing anything
19   against it, Donna.
20         MS. POPLAR:  Okay.  But never -- never -- whether
21   you deal with that problem or not --
22         MR. PEIVANDI:  I haven't talked to anybody else,
23   including Anthony.
24         MS. POPLAR:  Okay.  But -- I understand.  Never
25   tell anyone with a disability, Fred -- never -- this is
```

## Page 12

```
 1   for -- this is to your advantage.
 2         MR. PEIVANDI:  My advantage.  I know.
 3         MS. POPLAR:  -- that -- why accommodate --
 4         MR. PEIVANDI:  I'm so --
 5         MS. POPLAR:  -- the person with a disability when
 6   you can hire somebody who don't have a disability.
 7         MR. PEIVANDI:  I'm so straightforward, you know.
 8         MS. POPLAR:  I -- well, being straightforward --
 9         MR. PEIVANDI:  I'm so open, so transparent, and so
10   what?  I mean, that's the truth.  You know what I'm saying?
11   It -- I'm looking at the private standpoint.  If I was
12   running a show or a company, who would you hire?
13         MS. POPLAR:  Well, you can't discriminate --
14         MR. PEIVANDI:  I'm not -- no; no.
15         MS. POPLAR:  But you can't --
16         MR. PEIVANDI:  It's not -- you can't -- it
17   depends --
18         MS. POPLAR:  -- discriminate against a person with
19   a disability, though, Fred.
20         MR. PEIVANDI:  -- it depends; it depends.  Because
21   you could -- you could have some disabled -- yeah.  People
22   with disabilities do a beautiful job.  I've seen them in
23   some of the state government that they -- including MDOT.
24         MS. POPLAR:  And some of them are blind.
25         MR. PEIVANDI:  No.  I didn't see blind, but I saw
```

## Page 13

```
 1   people in the military doing technical stuff, mission work,
 2   transportation and the wealth of knowledge and the skills.
 3         MS. POPLAR:  Sure.  All I'm saying to you is that,
 4   be -- as we move forward, be careful because you're going to
 5   have --
 6         MR. PEIVANDI:  But you have to --
 7         MS. POPLAR:  You've got other people --
 8         MR. PEIVANDI:  You're going to have to kind of
 9   hold my hand --
10         MS. POPLAR:  Okay.  Be careful what you say to a
11   person with disability.  Never, ever again say to a person
12   with a disability, "Why should I hire you when I can hire
13   somebody without a disability?"  I'm just helping you.
14   Okay?  And I accept your apology.
15         MR. PEIVANDI:  Yeah -- no.  I do -- that's -- I
16   didn't mean to offend you at all, believe me -- at all.  I
17   was just giving you the reality of the world in private
18   business, a private company.
19         MS. POPLAR:  But that's not the reality, Fred.
20   People that are a part of this cannot discriminate against
21   people with disabilities.
22         MR. PEIVANDI:  I can tell -- I can tell you, go to
23   Kraft, Rowe, Wade Trim, CHMP, all these companies, they
24   wouldn't even hire me anymore.  You know why?  Because I'm
25   old.
```

4 (Pages 10 to 13)



NetworkReporting
STATEWIDE COURT REPORTERS
800-632-2720

CONVERSATION BETWEEN FRED PEIVANDI & DONNA POPLAR

```
 1         MS. POPLAR:  That's age --
 2         MR. PEIVANDI:  Seriously.
 3         MS. POPLAR:  That's age discrimination.
 4         MR. PEIVANDI:  Well, that's what I'm saying.
 5         MS. POPLAR:  They can get in trouble for that.
 6         MR. PEIVANDI:  But -- yeah.  I'm not going to go
 7   after them.  I'm just saying, if I do -- if I was, like,
 8   20 years younger, they would grab me in a heartbeat, but
 9   right now, they're going to come to me and talk to me and
10   say, "Well, how long are you going to be with us?"  They
11   want to make some assurance that I just don't go there; I
12   work there a year and then leave.  You know what I'm saying?
13         MS. POPLAR:  Well, the problem of it -- again, I
14   think that, you know, you and I can work things out.  But I
15   just -- you know, I have a problem with, you know, being
16   told that Shirley, you know, don't want to support the
17   position, you know; Arceo don't want to support the
18   position.
19         MR. PEIVANDI:  But this -- this -- I'm supportive
20   of it.  I just -- I was hesitant to do the job description
21   signature until we do the needs study because it sounded to
22   me that we were creating a new position.
23         MS. POPLAR:  No -- well, you are.
24         MR. PEIVANDI:  I don't want to do that --
25         MS. POPLAR:  You are.
                          Page 14
```

```
 1         MR. PEIVANDI:  -- in advance.
 2         MS. POPLAR:  You are.  Just like you're creating a
 3   new position for your -- I'm just going to tell you this to
 4   keep you -- there's never a job that has ever been created
 5   here or we had that don't have a job description created.  I
 6   do not think -- you do it how you want to do it.  It's not
 7   my recommendation because I know it's going to -- it's -- I
 8   know it's going to come back on you.  It's not my
 9   recommendation for you, as the managing director, to --
10         MR. PEIVANDI:  To pick an administrative assistant
11   that's, like, a technical, skilled --
12         MS. POPLAR:  Well, but apart -- you've got to have
13   them skilled.  You really need to -- I can't put nobody in
14   an HR department that's not skilled because they're going to
15   do -- they're going to do a variety of different things, not
16   just directly for me, but for the department at large, and
17   they're going to do it under 20 hours.  There's no way I can
18   work them above the 20 hours when this (indicating) only
19   approves 20 hours.
20         So it doesn't matter the scope of the job
21   description as long as I don't see the 20 hours.  So, for
22   you to go before this board, I don't think John Mandelaris,
23   of all people, is going to allow this to come through
24   without asking where the job description is at, you know.
25   So I can't -- I'm not going to go ahead of you.  You say no
                          Page 15
```

```
 1   job description, there's no job description.
 2         MR. PEIVANDI:  Well, Donna, I'm funding the
 3   clerical for now, though -- you see what I'm saying? --
 4   part-time clerical position.  You're calling it
 5   administrative assistant.  That's a little different.
 6         MS. POPLAR:  Well, the person is --
 7         MR. PEIVANDI:  It's like -- sounds as -- sounded
 8   to me like you -- now we have a new position.
 9         MS. POPLAR:  But it goes back to what was -- it
10   goes back to what John Mandelaris was approving last year
11   under John Daly.  It was an administrative assistant,
12   part-time position.  You're saying -- first of all, we've
13   never had a part-time position in the history of this
14   operation.  You've been here 25 years.  You don't bring them
15   in as part time.  This is the first time -- and this is why
16   I questioned why we're doing what we're doing.  This is the
17   first time ever you've brought a part-time person on board.
18   I'm willing to --
19         MR. PEIVANDI:  You're correct.
20         MS. POPLAR:  -- agree to that because, one, any
21   kind of help I can get for the HR department right now --
22         MR. PEIVANDI:  No; no.  I'm getting you help.
23         MS. POPLAR:  -- is a big help for us.
24         MR. PEIVANDI:  You're going to get help, yeah.
25         MS. POPLAR:  But you know, the thing is, it
                          Page 16
```

```
 1   doesn't make any difference whether we call a person a
 2   clerical person or we call them administrative assistant.
 3   They can't work beyond 20 hours.  I don't care what you call
 4   it.  They still can't work more than 20 hours.  The
 5   budget -- how are you going to pay them?
 6         MR. PEIVANDI:  The budget is estimated.
 7         MS. POPLAR:  Yeah.  But how will we pay them --
 8   watch this -- if you're -- under what authority would I work
 9   them longer than 20 hours and pay them?  You -- when the
10   board is going to approve for me to only have them here for
11   20 hours at $25 an hour, so where would the extra money
12   come?  That's not an estimate in my -- that is the actual
13   amount.  When a person takes on this job --
14         MR. PEIVANDI:  If you're paying 25 bucks an hour.
15         MS. POPLAR:  I'm telling them the salary is $25 an
16   hour.  Now, the other thing I got to look into, because the
17   law has changed -- that's why we started using seasonal
18   employees.  When you start using temporary employees or you
19   start using part-time employees --
20         MR. PEIVANDI:  Yeah.  That's my --
21         MS. POPLAR:  -- we've got to see about their
22   benefits.
23         MR. PEIVANDI:  Well, that's what my next question
24   is.  Are you going to hire or talk to an employment agency
25   to bring somebody in --
                          Page 17
```

5 (Pages 14 to 17)



CONVERSATION BETWEEN FRED PEIVANDI & DONNA POPLAR

Page 18

1  MS. POPLAR: Well, I'm -- what I'm doing now --
2  MR. PEIVANDI: -- or do you know somebody to bring
3  in?
4  MS. POPLAR: I don't know anyone. What I'm doing
5  now is just putting feelers out there because, if I put it
6  up here, we're going to get probably hundreds of
7  applications. We can't screen that. And just see -- if you
8  know somebody, anybody -- I don't care. I just need
9  somebody that's qualified, that's got an HR background
10 that's going to come into HR and help us do what we do in
11 HR.
12 MR. PEIVANDI: It won't be my daughter. I'll tell
13 you that.
14 MS. POPLAR: You can't bring her in. You're the
15 managing director.
16 MR. PEIVANDI: I know. No, I'm not going to.
17 MS. POPLAR: No. You can't bring her in. The
18 thing is, she's still got a lot to learn over there, you
19 know.
20 MR. PEIVANDI: Yeah. Apparently, she's getting
21 along with Makini (phonetic), I think. She hasn't
22 complained too much lately.
23 MS. POPLAR: As long as she -- as long as she
24 stay -- as long as she stay -- it's politics, Fred. Any
25 day, they can -- politics do what it does. I'm not getting

Page 19

1  any complaints about her. You know, I'm the reason she's
2  there.
3  MR. PEIVANDI: Now, what's -- whatever happened to
4  the other person who left --
5  MS. POPLAR: Tia (phonetic) -- Tia's gone on with
6  McLaren. She has a really good job with McLaren.
7  MR. PEIVANDI: Well, she's soon to go to the City,
8  though, I assume or -- I don't know. I assume; right?
9  Because she left under the hostile work environment, I
10 believe.
11 MS. POPLAR: Uh-huh (affirmative).
12 MR. PEIVANDI: Yeah. I don't -- I mean, I
13 don't --
14 MS. POPLAR: I don't -- I don't know if she's
15 pursuing that.
16 MR. PEIVANDI: I mean, I don't -- I believe --
17 now, I don't -- I don't blame her either because if it
18 was -- if Makini was my boss, I would have felt the same.
19 MS. POPLAR: I've not heard anything from --
20 MR. PEIVANDI: (Inaudible)
21 MS. POPLAR: No, I haven't -- I haven't heard
22 anything about your daughter. It's just she got a lot to
23 learn. She's -- she's trying to learn it. So that's all
24 she needs to do. Stay out of -- stay out of the politics
25 over there.

Page 20

1  MR. PEIVANDI: Yeah. She knows a lot of people
2  there.
3  MS. POPLAR: The people she knows, it doesn't
4  matter when it comes to politics. You know how that game
5  goes. They love you today and hate you the same day, so --
6  MR. PEIVANDI: Well, she learned that already --
7  MS. POPLAR: Yeah.
8  MR. PEIVANDI: -- because they promised her this
9  and that, but she never -- they never went through with it.
10 MS. POPLAR: All she can do is -- she's gotta hold
11 tight to November of next year and see who is going to be
12 the mayor.
13 MR. PEIVANDI: Mayor?
14 MS. POPLAR: You get a new mayor in and --
15 MR. PEIVANDI: Does the mayor have any authority
16 to select the HR directors and the other directors?
17 MS. POPLAR: Well, it's politics. The mayor had
18 the authority to tell the person she appointed if she
19 want -- if she wants your daughter gone, and just like that,
20 she's gone because she's -- you know, I wouldn't -- if I
21 were them, I wouldn't make that move because they open that
22 door --
23 MR. PEIVANDI: No. They usually tell their
24 cabinet members to get rid of the directors, not the regular
25 employees.

Page 21

1  MS. POPLAR: That's not it works, Fred. I was
2  HR director over there, and I'm telling you, when the mayor
3  don't want somebody amongst that working staff that's not
4  union --
5  MR. PEIVANDI: Yeah.
6  MS. POPLAR: -- tell the department head, "You
7  need to get rid of them," and they'll get rid of them.
8  Don't have to have no reason. They just do what they do.
9  All I'm telling you is to tell her to stay out of the
10 politics. Tell her not to talk HR business, stayed focused,
11 wait patiently and see what happens with the next
12 administration -- with the next -- with the next election.
13 MR. PEIVANDI: But she -- is it term-limited, the
14 mayor?
15 MS. POPLAR: No; no. Long as the people keep
16 putting them in there, they'll keep staying. Right now, I
17 don't know if anybody is going to really run against her
18 that can beat her at this point. No one really wants the
19 job is what I'm hearing.
20 MR. PEIVANDI: Who's this Gilchrist guy? What is
21 he? Is he, like, a -- runs-the-show man?
22 MS. POPLAR: He really -- he's really -- he's
23 really -- he has a lot of say-so, and the mayor's going to
24 do exactly what he says. He's the reason why she's the
25 mayor. So he's really like -- although you've got a city

6 (Pages 18 to 21)



CONVERSATION BETWEEN FRED PEIVANDI & DONNA POPLAR

```
 1   administrator, he's really your number two person.
 2       MR. PEIVANDI:  And then the city administrator
 3   after him?  Well, he's on a contract basis, so --
 4       MS. POPLAR:  That's correct.  But it doesn't
 5   matter.  He still runs the show.  The city administrator is
 6   there for -- in name only.  But Gilchrist calls those shots
 7   over there, and the mayor respects what he says.
 8       MR. PEIVANDI:  How is your -- did you go to the
 9   doctor today?
10       MS. POPLAR:  I took my CAT scan this morning, and
11   I'm waiting to go back at 12:45 because they did it all stat
12   so my doctor will have the results.
13       MR. PEIVANDI:  How are things going?
14       MS. POPLAR:  Good days, bad days.  I mean, you
15   know how it is.
16       MR. PEIVANDI:  Nothing major; right?
17       MS. POPLAR:  Could be, you know.  Looking at
18   cancer is nothing -- this is -- I've had it before, so --
19   breast cancer, but it's nothing you take lightly.
20       MR. PEIVANDI:  Yeah, I know.  That's why I changed
21   my -- when I go to every six months going to the doctor
22   instead of a year now.
23       MS. POPLAR:  Yeah.  That's important, especially
24   at your age now.  As we get older -- as we get older, we
25   should see the doctor more -- more frequently.
```

Page 22

```
 1   I'm taking PTO come Monday.
 2       MS. POPLAR:  Okay.
 3       MR. PEIVANDI:  I'm going to be in Canada.  So
 4   positive -- I have access to emails, but no phone calls.
 5       MS. POPLAR:  Okay.  Yeah.  I don't have this.
 6       MR. PEIVANDI:  So I'm going to get --
 7       MS. POPLAR:  I've never seen this (indicating).
 8       MR. PEIVANDI:  I'm going to get this thing
 9   reviewed -- finish reviewing it today.
10       MS. POPLAR:  Okay.
11       MR. PEIVANDI:  I've already done it once.  So I'm
12   going to go through this (indicating) book --
13       MS. POPLAR:  Okay; okay.
14       MR. PEIVANDI:  -- plus that and see what's
15   missing.
16       MS. POPLAR:  Okay.
17       MR. PEIVANDI:  And then I'll have all this
18   information ready for Tuesday morning when I come in.
19       MS. POPLAR:  Okay.  And then, when we do these,
20   well, we do -- we pretty much basically focus in on
21   what's -- what our ten major policies should be, and then we
22   add additional new policies.  You'll see new policies that I
23   added on that wasn't -- that I felt was relevant.
24       MR. PEIVANDI:  And then we're only limiting that
25   only to the employee policy -- employee-related policy, not
```

Page 24

```
 1       Okay.  I got a thing where Shirley wants to meet
 2   with us Tuesday maybe to talk about this (indicating)?
 3       MR. PEIVANDI:  Yes; yes.
 4       MS. POPLAR:  Those two policies that I looked at,
 5   I didn't even know those policies existed.  That was
 6   something that was done back in May.
 7       MR. PEIVANDI:  Yes.
 8       MS. POPLAR:  It wasn't brought to HR's attention.
 9   We don't even have a copy of it.
10       MR. PEIVANDI:  Yeah.  I got it right here
11   (indicating).
12       MS. POPLAR:  That was done through -- did the
13   board order that?
14       MR. PEIVANDI:  Yeah, right here (indicating).
15       MS. POPLAR:  Yeah, that never come through HR.
16       MR. PEIVANDI:  I don't see --
17       MS. POPLAR:  I think that's --
18       MR. PEIVANDI:  Really?
19       MS. POPLAR:  No.  We never seen these.
20       MR. PEIVANDI:  Then the FOIA -- is FOIA in there?
21       MS. POPLAR:  No, not in my HR.
22       MR. PEIVANDI:  That's what I'm doing today.  I'm
23   going to get --
24       MS. POPLAR:  Uh-huh (affirmative).
25       MR. PEIVANDI:  Because I'm not going to be able --
```

Page 23

```
 1   anything else?  Because --
 2       MS. POPLAR:  No.  I don't normally -- what other
 3   policies you guys do --
 4       MR. PEIVANDI:  Yeah.  We've got a maintenance
 5   policy.  We've got an engineering policy.
 6       MS. POPLAR:  No; no.  That's -- that's
 7   departmental policies.
 8       MR. PEIVANDI:  Yeah, that's different.  Yeah,
 9   that's departmental policies.
10       MS. POPLAR:  But I'm thinking -- and let me -- I'm
11   thinking --
12       MR. PEIVANDI:  It would be nice to have a handbook
13   for employees and then procedures and policies and
14   engineering, just like a thick book, all in one place like
15   this (indicating) one.
16       MS. POPLAR:  Well, that would be nice for probably
17   your office and maybe for the HR office or something coming
18   up, but I'm sure that -- and confirm -- I don't know.  You
19   can confirm it at our next meeting.  I would think that
20   every director who has separate, individual policies for
21   their department to operate, that they're giving those to
22   their employees.  And then that -- you have a copy --
23   because I don't have any of that information.
24       That's why I said that's one of the good things
25   about being able to actually start restructuring our HR
```

Page 25



CONVERSATION BETWEEN FRED PEIVANDI & DONNA POPLAR

```
 1  department and having someone to come in and look at our
 2  systems because that's very important.  I think you've
 3  got -- I think you've got policies in the various
 4  departments that we haven't even allowed our attorney to
 5  look at and see if they're within legal compliance.  We just
 6  wrote up policies and what have you.  Then I know that
 7  there's certain policies that you probably -- especially
 8  engineering, that you probably get from MDOT and places like
 9  that that you've got to have.  Those are fine.
10         MR. PEIVANDI:  Yeah.  Most of those are -- those
11  are mostly its funding policies.
12         MS. POPLAR:  Okay.  So, if there's nothing else
13  outside of that, then, and you've not created your own
14  internal departmental policies, then you're safe.
15         MR. PEIVANDI:  And then the gifting policy is
16  already mentioned in here.
17         MS. POPLAR:  Yup.  I wrote that.  That -- I made
18  sure we're tight on that.
19         MR. PEIVANDI:  It's -- yeah.  It's on page -- I
20  forgot where --
21         MS. POPLAR:  Okay; okay.
22         MR. PEIVANDI:  So, no.  That's what I'm going to
23  do this afternoon.
24         MS. POPLAR:  Okay.
25         MR. PEIVANDI:  When I come back from lunch, I'm
                            Page 26
```

```
 1  going to sit down and go through this (indicating).
 2         MS. POPLAR:  Okay.
 3         MR. PEIVANDI:  I'm not going to go through the
 4  entire thing.
 5         MS. POPLAR:  You don't have to.
 6         MR. PEIVANDI:  But I definitely want to go make
 7  sure that everything that you have here --
 8         MS. POPLAR:  One of the things you may not want to
 9  look at is -- when you go through and you see policies
10  that's already been -- that has an adopted date already --
11         MR. PEIVANDI:  Right.
12         MS. POPLAR:  -- bypass that because that's already
13  pretty much been reviewed, and we just added it -- we just
14  kept it -- we made no changes.
15         MR. PEIVANDI:  Okay.
16         MS. POPLAR:  So let me give you an example to help
17  you so you don't have so much work.
18         MR. PEIVANDI:  Like this (indicating) one?
19         MS. POPLAR:  Okay.  Like this one, that's already
20  been --
21         MR. PEIVANDI:  Adopted?
22         MS. POPLAR:  -- adopted, so no changes have been
23  made.  Okay?
24         MR. PEIVANDI:  Okay.
25         MS. POPLAR:  That's why I said it.
                            Page 27
```

```
 1         MR. PEIVANDI:  So you do have some that are not
 2  adopted yet?
 3         MS. POPLAR:  That is correct.  Go back and see.
 4  There's several in here that we've done.  A lot of the work
 5  was done in your entry part that I did, but you have
 6  policies in here -- let me see.
 7         MR. PEIVANDI:  Okay.  I'll take a look.
 8         MS. POPLAR:  Yeah.  I have a hard time looking at
 9  that white paper.
10         MR. PEIVANDI:  That's a good point -- that's a
11  good point you're making.
12         MS. POPLAR:  Uh-huh (affirmative).
13         MR. PEIVANDI:  Anything that doesn't have an
14  adopted date --
15         MS. POPLAR:  Yeah, you can just --
16         MR. PEIVANDI:  -- yeah, I'll --
17         MS. POPLAR:  -- look at those.
18         MR. PEIVANDI:  Yeah.
19         MS. POPLAR:  Okay.
20         MR. PEIVANDI:  I'll look at those --
21         MS. POPLAR:  And that will save a lot of time for
22  you.
23         MR. PEIVANDI:  -- along with additional things
24  that -- that are in here to see -- to make sure that some of
25  the important stuff is included in it.
                            Page 28
```

```
 1         MS. POPLAR:  Yeah.  Like the whistleblower policy
 2  and the --
 3         MR. PEIVANDI:  The whistleblower policy, the FOIA
 4  policy.
 5         MS. POPLAR:  FOIA -- I've never seen that.  I've
 6  heard discussions about the FOIA policy --
 7         MR. PEIVANDI:  Yeah.  This was --
 8         MS. POPLAR:  -- via Shirley.
 9         MR. PEIVANDI:  -- via Shirley, so --
10         MS. POPLAR:  I was going to say, I was -- that's
11  not my work.
12         MR. PEIVANDI:  Well, these are my work.  That's
13  my -- I wrote these down.
14         MS. POPLAR:  No; no; no.  I'm saying I didn't
15  write these policies.
16         MR. PEIVANDI:  Oh.  Okay.  Who did, then?
17         MS. POPLAR:  I have no idea.  The fifth month --
18  it seems like John was gone.  You didn't -- Anthony was
19  interim.
20         MR. PEIVANDI:  Yeah.  But -- right.
21         MS. POPLAR:  So maybe that's something that the
22  board ordered.
23         MR. PEIVANDI:  Somebody provided this (indicating)
24  to me and Anthony, and then we just reviewed it.  I didn't
25  do the --
                            Page 29
```



8 (Pages 26 to 29)



CONVERSATION BETWEEN FRED PEIVANDI & DONNA POPLAR

**Page 30**

1  MS. POPLAR: I didn't do it.
2  MR. PEIVANDI: I didn't author this at all.
3  MS. POPLAR: It's not a part of any of our
4  records, so I don't know if that's been -- I don't know if
5  this (indicating) has been approved. Was this written by a
6  lawyer, or where did this come from?
7  MR. PEIVANDI: Yeah, probably looked at this.
8  MS. POPLAR: Who?
9  MR. PEIVANDI: Gail (phonetic) from -- what's his
10 name Michael Cronk (phonetic), Tom's --
11 MS. POPLAR: You mean Wendy?
12 MR. PEIVANDI: I mean Wendy.
13 MS. POPLAR: Yeah, we deal with Wendy.
14 MR. PEIVANDI: Who is Gail?
15 MS. POPLAR: Is Gail -- Gail is from --
16 McCrissif (phonetic)?
17 MR. PEIVANDI: Yeah, McCrissif.
18 MS. POPLAR: Uh-huh (affirmative).
19 MR. PEIVANDI: Yeah.
20 MS. POPLAR: So maybe this came from McCrissif.
21 MR. PEIVANDI: McCrissif. I think McCrissif
22 looked at it.
23 MS. POPLAR: Confirm that and let me know because
24 we don't have this (indicating), and I have no way of
25 knowing -- everything I do, I have to make sure it's gone

**Page 31**

1  through legal compliance.
2  MR. PEIVANDI: I'll see if Linda remembers how we
3  got this.
4  MS. POPLAR: The same thing with the
5  whistleblower.
6  MR. PEIVANDI: Whistleblower, I thought you guys
7  wrote this.
8  MS. POPLAR: I didn't write the whistleblower.
9  MR. PEIVANDI: Yeah. You sure it's not in here?
10 MS. POPLAR: It's -- it's not in there.
11 Whistleblower is not in here because it would not have
12 been -- I didn't write it.
13 MR. PEIVANDI: I'll double-check.
14 MS. POPLAR: I don't -- I don't think Wendy with
15 Tom's office is aware that the whistleblower -- I'm going
16 to, you know, make sure she gets it and add it to our policy
17 because it should be in there.
18 MR. PEIVANDI: Yeah.
19 MS. POPLAR: It's not one of the -- it's not one
20 of the -- because the law -- it's already law. The
21 whistleblower is already law. So it's not like it's one of
22 our required policies, but I will make sure that it's part
23 of this (indicating) book.
24 MR. PEIVANDI: Right. It should be part of this
25 book, too.

**Page 32**

1  MS. POPLAR: Uh-huh; uh-huh (affirmative).
2  MR. PEIVANDI: Make them all -- and then there's
3  some other ones that might -- may be some other ones, too,
4  like character policy is in there?
5  MS. POPLAR: That's in here (indicating).
6  MR. PEIVANDI: Is there --
7  MS. POPLAR: The only thing that I've seen that
8  was not in here was your whistleblower and your FOIA policy.
9  MR. PEIVANDI: Okay.
10 MS. POPLAR: Because other than that, this book
11 should have mimicked -- mimic what we already --
12 MR. PEIVANDI: Did we make any changes to the
13 credit card policy?
14 MS. POPLAR: No. I mean, it's already adopted.
15 MR. PEIVANDI: Because Shirley was talking about
16 limits, putting limits to how much money we can spend on
17 credit card.
18 MS. POPLAR: So, if she wants to do that, then she
19 needs to --
20 MR. PEIVANDI: We have to revise what --
21 MS. POPLAR: And we'll just revise it, uh-huh
22 (affirmative). That's not a problem. Anything that we feel
23 needs to be revised, that's not a problem at all.
24 MR. PEIVANDI: And then the creditor doesn't have
25 to do anything through a financial institution. We just

**Page 33**

1  have to make sure we do a policy that the --
2  MS. POPLAR: Which eliminates --
3  MR. PEIVANDI: -- employees will follow the
4  policy.
5  MS. POPLAR: Sure. That's not a problem.
6  MR. PEIVANDI: If it goes against it, then it will
7  be --
8  MS. POPLAR: And I know Shirley said she had some
9  things that she wanted to discuss --
10 MR. PEIVANDI: Yes.
11 MS. POPLAR: -- so that's fine.
12 MR. PEIVANDI: So we'll -- we'll -- she probably
13 will include John Mandelaris because she's had some
14 comments, too -- or he had some comments.
15 MS. POPLAR: Okay. Yeah. I seen his comments.
16 MR. PEIVANDI: Yeah. So there will be probably
17 four of us --
18 MS. POPLAR: Okay. That's fine.
19 MR. PEIVANDI: -- that plan on talking about this.
20 Okay?
21 MS. POPLAR: That's fine.
22 MR. PEIVANDI: And then you can go ahead and -- it
23 looks like -- you can hire somebody right now if you want.
24 MS. POPLAR: Okay. I need to get Eric to sign
25 this.

9 (Pages 30 to 33)



CONVERSATION BETWEEN FRED PEIVANDI & DONNA POPLAR

```
                                                    Page 34
 1         MR. PEIVANDI: Oh. Eric --
 2         MS. POPLAR: Okay; okay. Gotcha.
 3         MR. PEIVANDI: That's it?
 4         MS. POPLAR: Anything else from me? Any reports
 5  you need?
 6         MR. PEIVANDI: No.
 7         MS. POPLAR: I'm up to date pretty much. We're
 8  not going to do the job performance meeting with Devin
 9  Sullivan because we're going to do that through the
10  consultant?
11         MR. PEIVANDI: Correct.
12         MS. POPLAR: Okay. We are --
13         MR. PEIVANDI: Well, they can -- they can help us
14  if we need help. I probably should --
15         MS. POPLAR: And then you have --
16         MR. PEIVANDI: And he's not going to show up at
17  the board meeting either because they're going to be out in
18  Mount Pleasant.
19         MS. POPLAR: Okay. The other thing is,
20  Stephanie -- we do have the draft of the proposal. When
21  she's finished doing her part to it, then I'll bring it down
22  for you to look at.
23         MR. PEIVANDI: Save it for another day because I'm
24  going to finish reading this (indicating) today.
25         MS. POPLAR: Okay.
```

```
                                                    Page 35
 1         MR. PEIVANDI: And then I'll just take care of it
 2  next week.
 3         MS. POPLAR: Okay; okay.
 4         MR. PEIVANDI: Like I said, I'm not going to be in
 5  Monday, and this --
 6         MS. POPLAR: Okay. Gotcha.
 7         MR. PEIVANDI: And I would automatically
 8  (inaudible) I've just been tired. I won't be back until --
 9         MS. POPLAR: Okay. Well, the only thing I've got
10  pending, I still have to deal with the employee with the
11  odor problem. We're going to deal with him on Monday.
12         MR. PEIVANDI: Yeah. Did you have a conversation
13  with him?
14         MS. POPLAR: Not yet. Anthony and I are going to
15  sit down on Monday. I've thought about it because you've
16  got to be gentle on how you handle those kind of situations.
17         MR. PEIVANDI: Does this guy take showers?
18         MS. POPLAR: This is a problem every day. This is
19  an every day problem, so I'm going to do the investigation,
20  waiting for our interview with him. And it doesn't appear
21  as though a union rep -- chances are what I'm going to
22  probably do is probably have him go home and take a shower
23  and return back to work and let him know that, you know, we
24  expect him to come to work in the condition by which the
25  odor is not there that interferes with other people being
```

```
                                                    Page 36
 1  able to carry out their job functions and not have -- be
 2  distracted by that odor.
 3         MR. PEIVANDI: Did they notice --
 4         MS. POPLAR: Well, they said it's really, really
 5  bad.
 6         MR. PEIVANDI: I don't even know -- I may know who
 7  you're talking about. Heavy-set guy --
 8         MS. POPLAR: Yeah, heavy-set guy.
 9         MS. POPLAR: -- in the mechanics shop; right?
10  Yeah. I think I know who you're talking about.
11         MS. POPLAR: I don't know if he works for the
12  mechanics shop, or is -- do he work for -- he works for
13  Anthony. So he doesn't work in the mechanics shop. But he
14  is a heavy-set guy.
15         MR. PEIVANDI: Well, it's just a different person.
16  There's a guy I'm thinking of. He's a heavy-set guy who
17  basically puts air in my tire if I need him to. But he's in
18  the mechanics area.
19         MS. POPLAR: Okay; okay.
20         MR. PEIVANDI: I had a meeting with the foreman
21  yesterday about the 9-1-1, about the MISS DIG and all that
22  stuff.
23         MS. POPLAR: How did that turn out for you?
24         MR. PEIVANDI: Pretty good because I just wanted
25  to let them know, put them on notice that I'm going to be
```

```
                                                    Page 37
 1  watching them.
 2         MS. POPLAR: Okay.
 3         MR. PEIVANDI: So that way, if anything goes
 4  wrong, then I don't want them to be surprised.
 5         MS. POPLAR: And they're -- the other thing I
 6  think you should do, just for cautionary purposes and just
 7  for proper protocol, if those guys want to come to you and
 8  they should be on their jobsite --
 9         MR. PEIVANDI: Yeah.
10         MS. POPLAR: -- first thing you need to ask them,
11  did they get approval from Anthony to leave their jobsite.
12         MR. PEIVANDI: And Mike Yeager (phonetic) was here
13  talking to me about some district project for over by
14  (inaudible) for next year.
15         MS. POPLAR: He should be discussing that with
16  Anthony.
17         MR. PEIVANDI: I think he came here -- he had this
18  little envelope. (Inaudible) an envelope in the mail room,
19  and then on his way out, he saw my door open, so he came in
20  and talked to me.
21         MS. POPLAR: I would just be a little cautious of
22  that, you know. You want to make sure you -- that was just
23  a -- that was just an innocent situation, but where they
24  actually think they can just come directly to you, you need
25  to always ask them, have they --
```

10 (Pages 34 to 37)



CONVERSATION BETWEEN FRED PEIVANDI & DONNA POPLAR

```
 1          MR. PEIVANDI:  No.  We didn't talk anything
 2   special, or it wasn't anything, you know, sensitive.
 3          MS. POPLAR:  Sure.
 4          MR. PEIVANDI:  It was just a conversation --
 5          MS. POPLAR:  Sure.  I getcha.
 6          MR. PEIVANDI:  It's, like, you know, I go out and
 7   if somebody runs into me and starts talking to me.
 8          MS. POPLAR:  There's nothing wrong with that.
 9          MR. PEIVANDI:  That's -- and my --
10          MS. POPLAR:  There's nothing wrong with that.
11          MR. PEIVANDI:  -- my door is always open.
12          MS. POPLAR:  Yeah.  There's nothing wrong with
13   that; there's nothing wrong with that.
14          MR. PEIVANDI:  If it's sensitive, if they were
15   talking about the union or talking about disciplinary
16   actions, yeah --
17          MS. POPLAR:  Those are Anthony's.
18          MR. PEIVANDI:  -- that's when I (inaudible).
19          MS. POPLAR:  Okay.
20          MR. PEIVANDI:  But if he's talking to me about
21   (inaudible) because I ask him how's he doing, for example,
22   with the whole thing --
23          MS. POPLAR:  Uh-huh (affirmative).
24          MR. PEIVANDI:  "You guys are keeping up at
25   I-system," you know, that's one of the questions that I
```
Page 38

```
 1   have.  I want to make sure that they're on top of it.
 2          MS. POPLAR:  Okay.  Sounds good.
 3          MR. PEIVANDI:  But yeah, it was just -- he just
 4   ran into me.  That's all.
 5          MS. POPLAR:  Uh-huh (affirmative).
 6          MR. PEIVANDI:  All right.
 7          MS. POPLAR:  Yeah.  Okay.
 8          MR. PEIVANDI:  Take care of yourself and
 9   (inaudible) --
10          MS. POPLAR:  Got it.  Thanks, Fred.
11          MR. PEIVANDI:  Thank you.
12          MS. POPLAR:  I'm going to get a signature from
13   Eric, and I'll have Ruth give it back to you.
14          UNKNOWN FEMALE SPEAKER:  Okay.  All right.
15          MS. POPLAR:  I'm trying to feel that chocolate.
16   Hold this bag.  I'm going to tell you, it's got to get
17   better.  Can you get initials on Eric from this and give it
18   back to Linda for me, please?
19          UNKNOWN FEMALE SPEAKER:  Absolutely.
20          MS. POPLAR:  Okay.  I appreciate it.
21          UNKNOWN FEMALE SPEAKER:  You're walking all wrong.
22          MS. POPLAR:  Yeah.  I'm getting -- the more -- the
23   longer I sit, the stiffer it gets, you know.
24          UNKNOWN FEMALE SPEAKER:  Yeah.
25          (Recording concluded)
```
Page 39

I certify that this transcript, consisting of 39 pages, is a complete, true and correct record of the recording provided to Network Reporting Corporation.

August 4, 2022

Denise Bowers, CER 4106
Certified Electronic Recorder
Network Reporting Corporation
Firm Registration Number 8151
1-800-632-2720

Page 40

11 (Pages 38 to 40)

CONVERSATION BETWEEN FRED PEIVANDI & DONNA POPLAR

### A

**A3** 10:24
**able** 10:4 23:25 25:25 36:1
**Absolutely** 39:19
**Abunder** 8:6
**accept** 11:16 13:14
**access** 24:4
**accommodate** 2:25 3:22 4:4 12:3
**act** 9:11 11:13
**actions** 38:16
**actual** 17:12
**add** 24:22 31:16
**added** 9:2 24:23 27:13
**additional** 2:16 24:22 28:23
**administration** 21:12
**administrative** 5:24 15:10 16:5,11 17:2
**administrator** 22:1 22:2,5
**adopted** 27:10,21 27:22 28:2,14 32:14
**advance** 15:1
**advantage** 9:18 12:1,2
**advised** 9:1
**affirmative** 6:11 8:24 9:15 19:11 23:24 28:12 30:18 32:1,22 38:23 39:5
**afternoon** 26:23
**age** 14:1,3 22:24
**agency** 9:20 17:24
**ago** 8:25 11:8
**agree** 10:5 16:20
**ahead** 15:25 33:22
**air** 36:17
**allow** 10:8 15:23
**allowed** 26:4
**amount** 6:21 17:13
**Anthony** 11:23 29:18,24 35:14 36:13 37:11,16
**Anthony's** 38:17
**anybody** 11:22 18:8 21:17

**anymore** 13:24
**apart** 15:12
**apologize** 7:12,19
**apology** 7:17 11:16 13:14
**Apparently** 18:20
**appear** 35:20
**applications** 18:7
**appointed** 20:18
**appreciate** 39:20
**approval** 37:11
**approve** 17:10
**approved** 30:5
**approves** 15:19
**approving** 16:10
**Arceo** 6:5 14:17
**area** 36:18
**asked** 3:24 6:23
**asking** 6:25 7:4 15:24
**assist** 3:6
**assistant** 6:7,17,25 7:2 10:17 15:10 16:5,11 17:2
**assistants** 5:24 8:4
**assume** 19:8,8
**assurance** 14:11
**attention** 23:8
**attorney** 26:4
**August** 40:15
**author** 30:2
**authority** 17:8 20:15,18
**automatically** 35:7
**aware** 31:15

### B

**bachelor's** 10:24
**back** 2:13 9:9 15:8 16:9,10 22:11 23:6 26:25 28:3 35:8,23 39:13,18
**background** 10:25 18:9
**bad** 22:14 36:5
**bag** 39:16
**basically** 24:20 36:17
**basis** 22:3
**beat** 21:18
**beautiful** 12:22
**believe** 10:13 13:16 19:10,16

**benefit** 6:8
**benefits** 9:25 17:22
**better** 39:17
**beyond** 17:3
**big** 16:23
**bit** 5:4
**blame** 19:17
**blind** 7:22 12:24,25
**blindness** 3:19
**board** 3:22 7:3 15:22 16:17 17:10 23:13 29:22 34:17
**book** 24:12 25:14 31:23,25 32:10
**boss** 3:21 19:18
**Bowers** 1:12 40:16
**breast** 22:19
**bring** 3:19,21 7:11 16:14 17:25 18:2 18:14,17 34:21
**brought** 16:17 23:8
**bucks** 10:25 17:14
**budget** 10:16 17:5,6
**business** 13:18 21:10
**buy** 9:17
**buy-in** 9:19
**bypass** 27:12

### C

**cabinet** 20:24
**call** 17:1,2,3
**calling** 16:4
**calls** 22:6 24:4
**Canada** 24:3
**cancer** 22:18,19
**card** 32:13,17
**care** 10:7 17:3 18:8 35:1 39:8
**careful** 13:4,10
**carry** 36:1
**cash** 10:6
**CAT** 22:10
**cautionary** 37:6
**cautious** 37:21
**CER** 1:12 40:16
**Certified** 1:13 40:17
**certify** 40:5
**chances** 35:21
**change** 7:3
**changed** 17:17 22:20

**changes** 27:14,22 32:12
**changing** 9:24
**character** 32:4
**charts** 10:20
**CHMP** 13:23
**chocolate** 39:15
**city** 19:7 21:25 22:2 22:5
**clerical** 16:3,4 17:2
**come** 4:5 11:2 14:9 15:8,23 17:12 18:10 23:15 24:1 24:18 26:1,25 30:6 35:24 37:7 37:24
**comes** 20:4
**coming** 25:17
**comments** 33:14,14 33:15
**companies** 13:23
**company** 3:15,16 4:16 12:12 13:18
**complained** 18:22
**complaints** 19:1
**complete** 40:6
**compliance** 9:3 26:5 31:1
**concern** 2:20 11:16
**concluded** 39:25
**condition** 35:24
**confirm** 25:18,19 30:23
**consisting** 40:5
**consultant** 34:10
**contract** 22:3
**conversation** 1:4 35:12 38:4
**copy** 23:9 25:22
**Corporation** 1:13 40:7,18
**correct** 16:19 22:4 28:3 34:11 40:6
**COUNTY** 1:2
**created** 15:4,5 26:13
**creating** 14:22 15:2
**credit** 9:6 32:13,17
**creditor** 32:24
**Cronk** 30:10
**current** 9:2

### D

**Daly** 16:11

**date** 1:10 27:10 28:14 34:7
**daughter** 18:12 19:22 20:19
**Dave** 6:5
**day** 6:9,10,12 18:25 20:5 34:23 35:18 35:19
**days** 22:14,14
**deal** 6:8 7:5,5 11:21 30:13 35:10,11
**dealing** 11:11
**definitely** 27:6
**degree** 10:24
**Denise** 1:12 40:16
**department** 6:16,17 6:22 9:9 15:14,16 16:21 21:6 25:21 26:1
**departmental** 25:7 25:9 26:14
**departments** 5:23 10:22 26:4
**depends** 12:17,20 12:20
**deputy** 8:9,9,11
**description** 14:20 15:5,21,24 16:1,1
**Devin** 34:8
**difference** 17:1
**different** 15:15 16:5 25:8 36:15
**DIG** 36:21
**directly** 15:16 37:24
**director** 3:8 15:9 18:15 21:2 25:20
**director's** 9:10
**directors** 8:3 20:16 20:16,24
**disabilities** 12:22 13:21
**disability** 2:25 3:1,6 3:7,8,17,23 6:1 11:12,25 12:5,6 12:19 13:11,12,13
**disabled** 12:21
**disciplinary** 38:15
**discriminate** 12:13 12:18 13:20
**discrimination** 14:3
**discuss** 33:9
**discussing** 37:15
**discussion** 3:11

Page 1

CONVERSATION  BETWEEN FRED PEIVANDI & DONNA POPLAR

**discussions** 29:6
**distracted** 36:2
**district** 37:13
**doctor** 22:9,12,21
    22:25
**doing** 2:4 9:12 11:18
    13:1 16:16,16
    18:1,4 23:22
    34:21 38:21
**Donna** 1:6 11:19
    16:2
**door** 20:22 37:19
    38:11
**double-check** 31:13
**draft** 34:20
**due** 10:16

———— E ————
**either** 19:17 34:17
**election** 21:12
**Electronic** 1:13
    40:17
**eliminates** 33:2
**emails** 24:4
**embraced** 7:4
**employee** 4:5 8:23
    24:25 35:10
**employee-related**
    24:25
**employees** 17:18,18
    17:19 20:25 25:13
    25:22 33:3
**employment** 17:24
**ends** 6:16
**engineer** 10:24
**engineering** 25:5,14
    26:8
**engineers** 11:5
**entire** 27:4
**entry** 28:5
**envelope** 37:18,18
**environment** 19:9
**equation** 5:25
**Eric** 33:24 34:1
    39:13,17
**especially** 22:23
    26:7
**estimate** 17:12
**estimated** 17:6
**everybody** 10:22
**evolved** 4:1 6:15
**exact** 11:11
**exactly** 21:24

**example** 27:16
    38:21
**executive** 5:24 10:18
**existed** 23:5
**expect** 35:24
**explain** 4:7 5:5
**extra** 17:11

———— F ————
**fact** 4:10,11 11:10
    11:17
**feel** 3:24 32:22
    39:15
**feelers** 18:5
**feeling** 5:4
**felt** 19:18 24:23
**FEMALE** 2:2,4,6,8
    2:10 39:14,19,21
    39:24
**fifth** 29:17
**fight** 2:21
**figured** 10:20
**financial** 32:25
**fine** 2:5 26:9 33:11
    33:18,21
**finish** 24:9 34:24
**finished** 34:21
**Firm** 1:14 40:19
**first** 16:12,15,17
    37:10
**five** 8:3
**Flint** 1:8 2:1
**focus** 24:20
**focused** 21:10
**FOIA** 23:20,20 29:3
    29:5,6 32:8
**follow** 33:3
**foreman** 36:20
**forgot** 26:20
**forward** 13:4
**four** 8:3 33:17
**Fred** 1:4 2:11 3:17
    5:21 11:25 12:19
    13:19 18:24 21:1
    39:10
**frequently** 22:25
**fully** 9:1
**functions** 36:1
**funding** 16:2 26:11

———— G ————
**Gail** 30:9,14,15,15
**game** 20:4

**general** 3:14
**GENESEE** 1:2
**gentle** 35:16
**getcha** 38:5
**getting** 16:22 18:20
    18:25 39:22
**gifting** 26:15
**Gilchrist** 21:20 22:6
**give** 7:3 9:6 27:16
    39:13,17
**giving** 13:17 25:21
**go** 10:6,21 13:22
    14:6,11 15:22,25
    19:7 22:8,11,21
    24:12 27:1,3,6,9
    28:3 33:22 35:22
    38:6
**goes** 2:13 9:9 16:9
    16:10 20:5 33:6
    37:3
**going** 2:14 3:1 4:13
    4:20,21 6:18 7:6
    13:4,8 14:6,9,10
    15:3,7,8,14,15,17
    15:23,25 16:24
    17:5,10,24 18:6
    18:10,16 20:11
    21:17,23 22:13,21
    23:23,25 24:3,6,8
    24:12 26:22 27:1
    27:3 29:10 31:15
    34:8,9,16,17,24
    35:4,11,14,19,21
    36:25 39:12,16
**good** 2:2,4,10 8:19
    19:6 22:14 25:24
    28:10,11 36:24
    39:2
**Gotcha** 34:2 35:6
**gotta** 20:10
**gotten** 9:13
**government** 12:23
**grab** 14:8
**guess** 2:18
**guy** 8:14 21:20
    35:17 36:7,8,14
    36:16,16
**guy's** 8:6
**guys** 25:3 31:6 37:7
    38:24

———— H ————
**half** 4:21 5:18,19,21

    7:25
**hand** 9:24 13:9
**handbook** 8:23
    25:12
**handle** 35:16
**happened** 3:20 19:3
**happens** 21:11
**hard** 10:7 28:8
**hate** 20:5
**head** 21:6
**health** 10:6
**hear** 6:4,4,5 7:16,17
**heard** 19:19,21 29:6
**hearing** 21:19
**heartbeat** 14:8
**heavy-set** 36:7,8,14
    36:16
**HELD** 1:8,10
**help** 4:5 7:8 16:21
    16:22,23,24 18:10
    27:16 34:13,14
**helping** 13:13
**hesitant** 14:20
**Hi** 2:9,10
**hire** 2:24,25 3:6,7,8
    3:22 4:19,20,20
    12:6,12 13:12,12
    13:24 17:24 33:23
**hires** 10:6
**history** 16:13
**hold** 13:9 20:10
    39:16
**home** 35:22
**honest** 3:2,24
**hostile** 19:9
**hour** 10:24 11:1,4
    17:11,14,16
**hours** 11:4 15:17,18
    15:19,21 17:3,4,9
    17:11
**how's** 38:21
**HR** 3:8 6:6,12,15,15
    6:15,16,17,21 8:3
    8:9,9,11,12 9:8,10
    15:14 16:21 18:9
    18:10,11 20:16
    21:2,10 23:15,21
    25:17,25
**HR's** 23:8
**Human** 8:7
**hundreds** 18:6

———— I ————

**I-system** 38:25
**idea** 10:5 29:17
**important** 22:23
    26:2 28:25
**improving** 5:11,14
**IN-PERSON** 1:3
**inaudible** 2:6 19:20
    35:8 37:14,18
    38:18,21 39:9
**include** 33:13
**included** 28:25
**including** 6:19
    11:23 12:23
**indicating** 9:14 11:6
    15:18 23:2,11,14
    24:7,12 25:15
    27:1,18 29:23
    30:5,24 31:23
    32:5 34:24
**individual** 25:20
**information** 24:18
    25:23
**initials** 39:17
**innocent** 37:23
**institution** 32:25
**interferes** 35:25
**interim** 29:19
**internal** 26:14
**interruptions** 6:10
**interview** 35:20
**investigation** 35:19

———— J ————
**Jacobs** 8:10,13
**job** 4:21,22 12:22
    14:20 15:4,5,20
    15:24 16:1,1
    17:13 19:6 21:19
    34:8 36:1
**jobsite** 37:8,11
**John** 7:1 15:22
    16:10,11 29:18
    33:13
**justification** 6:6

———— K ————
**Kautman-Jones** 6:5
**keep** 15:4 21:15,16
**keeping** 38:24
**kept** 27:14
**kind** 2:17 6:10 13:8
    16:21 35:16
**know** 2:21 3:7,17,20

CONVERSATION BETWEEN FRED PEIVANDI & DONNA POPLAR

4:11,15 6:9 7:8
9:22 10:22 11:1
12:2,7,10 13:24
14:12,14,15,15,16
14:17 15:7,8,24
16:25 18:2,4,8,16
18:19 19:1,8,14
20:4,20 21:17
22:15,17,20 23:5
25:18 26:6 30:4,4
30:23 31:16 33:8
35:23,23 36:6,6
36:10,11,25 37:22
38:2,6,25 39:23
**knowing** 30:25
**knowledge** 13:2
**knows** 20:1,3
**Kraft** 13:23

**L**
**large** 15:16
**lately** 18:22
**law** 17:17 31:20,20
  31:21
**lawyer,or** 30:6
**learn** 18:18 19:23
  19:23
**learned** 20:6
**leave** 14:12 37:11
**left** 19:4,9
**legal** 26:5 31:1
**legally** 7:22
**life** 4:11,15
**lightly** 22:19
**limiting** 24:24
**limits** 32:16,16
**Linda** 6:20 31:2
  39:18
**Lisa** 3:12
**listen** 7:23 11:18
**little** 16:5 37:18,21
**long** 6:10,12 11:12
  14:10 15:21 18:23
  18:23,24 21:15
**longer** 17:9 39:23
**look** 6:23 8:20 9:8
  9:14 10:1,2 17:16
  26:1,5 27:9 28:7
  28:17,20 34:22
**looked** 23:4 30:7,22
**looking** 7:21,23,24
  12:11 22:17 28:8
**looks** 33:23

**lot** 9:5,7,7,20 18:18
  19:22 20:1 21:23
  28:4,21
**love** 20:5
**lunch** 26:25

**M**
**mail** 37:18
**maintenance** 25:4
**major** 22:16 24:21
**making** 10:25 28:11
**Makini** 18:21 19:18
**man** 21:21
**managing** 15:9
  18:15
**Mandelaris** 15:22
  16:10 33:13
**matter** 11:10 15:20
  20:4 22:5
**mayor** 20:12,13,14
  20:15,17 21:2,14
  21:25 22:7
**mayor's** 21:23
**McCrissif** 30:16,17
  30:20,21,21
**McLaren** 19:6,6
**MDOT** 12:23 26:8
**mean** 3:24 4:10
  12:10 13:16 19:12
  19:16 22:14 30:11
  30:12 32:14
**mechanics** 36:9,12
  36:13,18
**Medicare** 9:18
**meet** 23:1
**meeting** 25:19 34:8
  34:17 36:20
**members** 6:8 20:24
**mentioned** 26:16
**Michael** 30:10
**Michigan** 1:1,2,8
  2:1
**Mike** 37:12
**military** 13:1
**mimic** 32:11
**mimicked** 32:11
**mind** 2:15 4:8
**missing** 24:15
**mission** 13:1
**Monday** 24:1 35:5
  35:11,15
**money** 17:11 32:16
**month** 11:8,10

29:17
**months** 22:21
**morning** 2:2 22:10
  24:18
**Mount** 34:18
**move** 13:4 20:21

**N**
**name** 8:7,8,17,18
  22:6 30:10
**need** 6:24 7:2 11:11
  15:13 18:8 21:7
  33:24 34:5,14
  36:17 37:10,24
**needs** 2:15 6:16,24
  10:21 14:21 19:24
  32:19,23
**negotiate** 10:4
**negotiated** 9:18
**Network** 1:13 40:7
  40:18
**never** 5:22 6:21 9:1
  10:17,19 11:17,20
  11:20,24,25 13:11
  15:4 16:13 20:9,9
  23:15,19 24:7
  29:5
**new** 9:1 10:5 14:22
  15:3 16:8 20:14
  24:22,22
**nice** 25:12,16
**nonstop** 6:22
**normally** 8:7 25:2
**notice** 36:3,25
**November** 20:11
**number** 1:14 22:1
  40:19
**number-two** 8:12

**O**
**OAKLEY** 1:8
**odor** 35:11,25 36:2
**offend** 13:16
**offensive** 7:10,13,19
  7:20
**office** 25:17,17
  31:15
**Oh** 29:16 34:1
**okay** 4:16,25 5:16
  6:2 7:15 8:16
  11:20,24 13:10,14
  23:1 24:2,5,10,13
  24:13,16,19 26:12

26:21,21,24 27:2
27:15,19,23,24
28:7,19 29:16
32:9 33:15,18,20
33:24 34:2,2,12
34:19,25 35:3,3,6
35:9 36:19,19
37:2 38:19 39:2,7
39:14,20
**old** 13:25
**older** 22:24,24
**once** 24:11
**ones** 32:3,3
**open** 2:16 3:24 7:7
  12:9 20:21 37:19
  38:11
**openly** 7:5
**operate** 25:21
**operation** 9:20
  16:14
**order** 23:13
**ordered** 29:22
**outside** 26:13

**P**
**page** 5:6,8 26:19
**pages** 40:5
**paper** 28:9
**part** 10:2 13:20
  16:15 28:5 30:3
  31:22,24 34:21
**part-time** 4:4 16:4
  16:12,13,17 17:19
**patiently** 21:11
**pay** 11:3 17:5,7,9
**paying** 17:14
**PEIVANDI** 1:4
  2:12,14,23 3:3,9
  3:11,14,18 4:2,4,9
  4:15,19,25 5:2,7
  5:11,14,16,18,20
  5:22 6:2,11,13,23
  7:7,12,15,18,23
  8:2,10,13,17,19
  8:22,24 9:4,6,11
  9:15,22,24 10:3
  10:11,13,15,17,20
  11:3,9,13,18,22
  12:2,4,7,9,14,16
  12:20,25 13:6,8
  13:15,22 14:2,4,6
  14:19,24 15:1,10
  16:2,7,19,22,24

17:6,14,20,23
18:2,12,16,20
19:3,7,12,16,20
20:1,6,8,13,15,23
21:5,13,20 22:2,8
22:13,16,20 23:3
23:7,10,14,16,18
23:20,22,25 24:3
24:6,8,11,14,17
24:24 25:4,8,12
26:10,15,19,22,25
27:3,6,11,15,18
27:21,24 28:1,7
28:10,13,16,18,20
28:23 29:3,7,9,12
29:16,20,23 30:2
30:7,9,12,14,17
30:19,21 31:2,6,9
31:13,18,24 32:2
32:6,9,12,15,20
32:24 33:3,6,10
33:12,16,19,22
34:1,3,6,11,13,16
34:23 35:1,4,7,12
35:17 36:3,6,15
36:20,24 37:3,9
37:12,17 38:1,4,6
38:9,11,14,18,20
38:24 39:3,6,8,11
**pending** 35:10
**people** 4:22 8:14
  9:10 10:8 12:21
  13:1,7,20,21
  15:23 20:1,3
  21:15 35:25
**performance** 34:8
**period** 9:14
**person** 7:21 8:12
  10:18 12:5,18
  13:11,11 16:6,17
  17:1,2,13 19:4
  20:18 22:1 36:15
**personal** 10:8,9,13
**persons** 4:21
**phone** 24:4
**phonetic** 3:12 6:20
  8:6,14 18:21 19:5
  30:9,10,16 37:12
**pick** 15:10
**place** 25:14
**places** 26:8
**plan** 10:6 33:19
**Pleasant** 34:18

NetworkReporting
STATEWIDE COURT REPORTERS
800-632-2720

CONVERSATION BETWEEN FRED PEIVANDI & DONNA POPLAR

please 39:18
plus 24:14
point 5:12 11:15
    21:18 28:10,11
policies 9:2 23:4,5
    24:21,22,22 25:3
    25:7,9,13,20 26:3
    26:6,7,11,14 27:9
    28:6 29:15 31:22
policy 9:2 24:25,25
    25:5,5 26:15 29:1
    29:3,4,6 31:16
    32:4,8,13 33:1,4
political 10:9
politics 18:24,25
    19:24 20:4,17
    21:10
POPLAR 1:6 2:3,5
    2:7,9,11,13,19,24
    3:4,10,13,16,19
    4:3,6,13,18,24 5:1
    5:4,9,12,15,17,19
    5:21,23 6:3,12,14
    6:25 7:9,14,16,20
    8:1,5,11,16,18,20
    8:23,25 9:5,8,12
    9:16,23 10:1,4,12
    10:14,16,19 11:2
    11:4,10,15,20,24
    12:3,5,8,13,15,18
    12:24 13:3,7,10
    13:19 14:1,3,5,13
    14:23,25 15:2,12
    16:6,9,20,23,25
    17:7,15,21 18:1,4
    18:14,17,23 19:5
    19:11,14,19,21
    20:3,7,10,14,17
    21:1,6,15,22 22:4
    22:10,14,17,23
    23:4,8,12,15,17
    23:19,21,24 24:2
    24:5,7,10,13,16
    24:19 25:2,6,10
    25:16 26:12,17,21
    26:24 27:2,5,8,12
    27:16,19,22,25
    28:3,8,12,15,17
    28:19,21 29:1,5,8
    29:10,14,17,21
    30:1,3,8,11,13,15
    30:18,20,23 31:4
    31:8,10,14,19
    32:1,5,7,10,14,18
    32:21 33:2,5,8,11
    33:15,18,21,24
    34:2,4,7,12,15,19
    34:25 35:3,6,9,14
    35:18 36:4,8,9,11
    36:19,23 37:2,5
    37:10,15,21 38:3
    38:5,8,10,12,17
    38:19,23 39:2,5,7
    39:10,12,15,20,22
position 2:17,21
    14:17,18,22 15:3
    16:4,8,12,13
positive 24:4
present 7:7,9
pretty 24:20 27:13
    34:7 36:24
private 3:15,16
    12:11 13:17,18
probably 6:10 18:6
    25:16 26:7,8 30:7
    33:12,16 34:14
    35:22,22
problem 2:19 4:3
    11:21 14:13,15
    32:22,23 33:5
    35:11,18,19
procedures 25:13
project 37:13
promised 20:8
proper 37:7
proposal 34:20
protocol 37:7
proved 8:5
provided 29:23 40:6
PTO 24:1
purposes 37:6
pursuing 19:15
put 10:4,8 15:13
    18:5 36:25
puts 36:17
putting 18:5 21:16
    32:16

           Q
qualified 18:9
question 17:23
questioned 16:16
questions 38:25

           R
Rachel 8:14

ran 39:4
reading 34:24
ready 24:18
real 4:10,11,15,25
    5:5
reality 13:17,19
really 3:1 15:13
    19:6 21:17,18,22
    21:22,23,25 22:1
    23:18 36:4,4
reason 19:1 21:8,24
reasons 10:9,9
recognize 10:3
recommendation
    15:7,9
record 4:14 40:6
Recorder 1:13
    40:17
recording 4:12
    39:25 40:6
records 30:4
Registration 1:14
    40:19
regular 20:24
relationship 5:10
relevant 24:23
remember 8:18
remembers 31:2
rep 35:21
Reporting 1:13 40:7
    40:18
reports 34:4
required 31:22
respects 22:7
responsible 6:14
restructuring 25:25
results 22:12
retiree 10:6
retirees 9:17,17
return 35:23
revenue 2:16
reviewed 24:9 27:13
    29:24
reviewing 24:9
revise 32:20,21
revised 8:25 9:1
    32:23
rid 20:24 21:7,7
right 2:14 4:17 6:1
    6:19 8:8 9:13 11:9
    14:9 16:21 19:8
    21:16 22:16 23:10
    23:14 27:11 29:20

31:24 33:23 36:9
    39:6,14
room 37:18
Rowe 13:23
run 21:17
running 12:12
runs 22:5 38:7
runs-the-show
    21:21
Ruth 39:13

           S
safe 26:14
salary 17:15
save 28:21 34:23
saved 9:19
saw 12:25 37:19
say-so 21:23
saying 5:3 11:1
    12:10 13:3 14:4,7
    14:12 16:3,12
    29:14
says 21:24 22:7
scan 22:10
scope 15:20
screen 18:7
seasonal 17:17
seat 6:9 9:10
secretaries 6:19
secretary 5:24
see 12:25 15:21 16:3
    17:21 18:7 20:11
    21:11 22:25 23:16
    24:14,22 26:5
    27:9 28:3,6,24
    31:2
seen 12:22 23:19
    24:7 29:5 32:7
    33:15
select 20:16
sensitive 38:2,14
separate 25:20
Seriously 14:2
shame 9:10
Shirley 6:5 7:3
    14:16 23:1 29:8,9
    32:15 33:8
shop 36:9,12,13
short 9:13
shots 22:6
show 12:12 22:5
    34:16
shower 35:22

showers 35:17
side 6:8
sign 33:24
signature 14:21
    39:12
sit 8:7 9:10 27:1
    35:15 39:23
sitting 6:9
situation 37:23
situations 35:16
six 22:21
skilled 15:11,13,14
skills 13:2
somebody 2:24,25
    3:6,7,22,23 4:20
    4:20 12:6 13:13
    17:25 18:2,8,9
    21:3 29:23 33:23
    38:7
soon 11:14 19:7
sounded 14:21 16:7
sounds 16:7 39:2
Southfield 8:15
SPEAKER 2:2,4,6
    2:8,10 39:14,19
    39:21,24
special 38:2
spend 32:16
staff 21:3
standpoint 12:11
start 17:18,19 25:25
started 11:7 17:17
starts 6:15 38:7
stat 22:11
state 1:1 12:23
statement 3:4 4:7
stay 18:24,24 19:24
    19:24 21:9
stayed 21:10
staying 21:16
Stephanie 34:20
stiffer 39:23
straightforward
    12:7,8
STREET 1:8
study 2:16 6:18,24
    10:21 11:8 14:21
stuff 13:1 28:25
    36:22
Sue 8:10,13
suffer 10:10
Sullivan 34:9
support 14:16,17

NetworkReporting
STATEWIDE COURT REPORTERS
800-632-2720

CONVERSATION   BETWEEN FRED PEIVANDI & DONNA POPLAR

| | | | | |
|---|---|---|---|---|
| **supportive** 14:19<br>**sure** 3:13 4:18,24<br>  6:13 8:1 9:3 11:6<br>  13:3 25:18 26:18<br>  27:7 28:24 30:25<br>  31:9,16,22 33:1,5<br>  37:22 38:3,5 39:1<br>**surprised** 37:4<br>**systems** 6:15 9:9<br>  26:2<br><br>**T**<br>**table** 10:5<br>**take** 4:21 5:25 11:5<br>  11:5 22:19 28:7<br>  35:1,17,22 39:8<br>**takes** 17:13<br>**talk** 14:9 17:24<br>  21:10 23:2 38:1<br>**talked** 2:17,17 3:12<br>  11:22 37:20<br>**talking** 3:14 4:9,10<br>  4:22 6:3 8:10 11:7<br>  32:15 33:19 36:7<br>  36:10 37:13 38:7<br>  38:15,15,20<br>**technical** 10:25 13:1<br>  15:11<br>**tell** 3:21 11:2,25<br>  13:22,22 15:3<br>  18:12 20:18,23<br>  21:6,9,10 39:16<br>**telling** 7:21 10:23<br>  17:15 21:2,9<br>**temporary** 17:18<br>**ten** 24:21<br>**term-limited** 21:13<br>**Thank** 39:11<br>**Thanks** 39:10<br>**thick** 25:14<br>**thing** 7:2 8:20 11:6<br>  11:11,15 16:25<br>  17:16 18:18 23:1<br>  24:8 27:4 31:4<br>  32:7 34:19 35:9<br>  37:5,10 38:22<br>**things** 7:10 14:14<br>  15:15 22:13 25:24<br>  27:8 28:23 33:9<br>**think** 3:23 5:9,9,10<br>  5:15 8:6,7 9:23,24<br>  14:14 15:6,22<br>  18:21 23:17 25:19 | 26:2,3 30:21<br>  31:14 36:10 37:6<br>  37:17,24<br>**thinking** 25:10,11<br>  36:16<br>**thought** 9:16 31:6<br>  35:15<br>**thoughts** 6:4<br>**three** 8:3<br>**Tia** 19:5<br>**Tia's** 19:5<br>**tight** 20:11 26:18<br>**time** 9:14 10:7 16:15<br>  16:15,17 28:8,21<br>**tire** 36:17<br>**tired** 35:8<br>**today** 20:5 22:9<br>  23:22 24:9 34:24<br>**told** 14:16<br>**Tom's** 30:10 31:15<br>**top** 39:1<br>**touch** 6:21<br>**Transcribed** 1:12<br>**transcript** 40:5<br>**transparent** 12:9<br>**transportation** 13:2<br>**tried** 11:13<br>**Trim** 13:23<br>**trouble** 14:5<br>**true** 40:6<br>**truth** 12:10<br>**try** 7:8 10:9<br>**trying** 10:10 19:23<br>  39:15<br>**Tuesday** 23:2 24:18<br>**turn** 9:21 36:23<br>**two** 4:22 7:1 8:2,14<br>  22:1 23:4<br><br>**U**<br>**uh-huh** 6:11 8:24<br>  9:15 19:11 23:24<br>  28:12 30:18 32:1<br>  32:1,21 38:23<br>  39:5<br>**understand** 5:1<br>  11:24<br>**union** 10:5 21:4<br>  35:21 38:15<br>**UNKNOWN** 1:10<br>  2:2,4,6,8,10 39:14<br>  39:19,21,24<br>**usually** 20:23 | **V**<br>**variety** 15:15<br>**various** 26:3<br>**vibe** 5:5<br>**Vickie** 6:20<br><br>**W**<br>**Wade** 13:23<br>**wage** 6:18 11:8<br>**wait** 21:11<br>**waiting** 22:11 35:20<br>**walking** 39:21<br>**want** 3:2 5:6,7 6:4,4<br>  6:5 7:16,17 10:21<br>  10:22 14:11,16,17<br>  14:24 15:6 20:19<br>  21:3 27:6,8 33:23<br>  37:4,7,22 39:1<br>**wanted** 33:9 36:24<br>**wants** 20:19 21:18<br>  23:1 32:18<br>**wasn't** 23:8 24:23<br>  38:2<br>**watch** 8:16 17:8<br>**watching** 37:1<br>**way** 15:17 30:24<br>  37:3,19<br>**we'll** 32:21 33:12,12<br>**we're** 2:14 5:9 6:14<br>  6:18,22 16:16,16<br>  18:6 24:24 26:18<br>  34:7,9 35:11<br>**we've** 8:5 10:17<br>  16:12 17:21 25:4<br>  25:5 28:4<br>**wealth** 13:2<br>**week** 11:4 35:2<br>**Wendy** 30:11,12,13<br>  31:14<br>**went** 20:9<br>**WEST** 1:8<br>**whistleblower** 29:1<br>  29:3 31:5,6,8,11<br>  31:15,21 32:8<br>**white** 28:9<br>**willing** 4:2 16:18<br>**willingness** 7:2<br>**work** 6:6,19,20,21<br>  9:3,5,7,21 11:2,6<br>  13:1 14:12,14<br>  15:18 17:3,4,8<br>  19:9 27:17 28:4<br>  29:11,12 35:23,24 | 36:12,13<br>**worked** 10:7<br>**working** 21:3<br>**works** 21:1 36:11,12<br>**world** 4:10,11,25<br>  5:6 13:17<br>**worth** 10:23<br>**wouldn't** 13:24<br>  20:20,21<br>**write** 29:15 31:8,12<br>**written** 30:5<br>**wrong** 8:6 37:4 38:8<br>  38:10,12,13 39:21<br>**wrote** 26:6,17 29:13<br>  31:7<br><br>**X**<br><br>**Y**<br>**Yeager** 37:12<br>**yeah** 2:8,14,19,23<br>  5:7,20 7:18 8:22<br>  11:15 12:21 13:15<br>  14:6 16:24 17:7<br>  17:20 18:20 19:12<br>  20:1,7 21:5 22:20<br>  22:23 23:10,14,15<br>  24:5 25:4,8,8<br>  26:10,19 28:8,15<br>  28:16,18 29:1,7<br>  29:20 30:7,13,17<br>  30:19 31:9,18<br>  33:15,16 35:12<br>  36:8,10 37:9<br>  38:12,16 39:3,7<br>  39:22,24<br>**year** 8:21 9:20<br>  14:12 16:10 20:11<br>  22:22 37:14<br>**years** 5:13,18,19,21<br>  7:1,25 8:25 9:9<br>  14:8 16:14<br>**yesterday** 36:21<br>**younger** 14:8<br>**Yup** 26:17<br><br>**Z**<br><br>**0**<br><br>**1**<br>**1-800-632-2720**<br>  1:14 40:20 | **12:45** 22:11<br>**18** 8:25<br><br>**2**<br>**2** 2:10<br>**20** 10:25 14:8 15:17<br>  15:18,19,21 17:3<br>  17:4,9,11<br>**200-and-something**<br>  9:17<br>**2022** 40:15<br>**211** 1:8<br>**25** 5:13,18,19,21<br>  7:25 10:23 11:4<br>  16:14 17:11,14,15<br><br>**3**<br>**350,000** 9:20<br>**39** 40:5<br><br>**4**<br>**4** 40:15<br>**40** 9:9 11:4<br>**4106** 1:12 40:16<br>**48503** 1:8<br><br>**5**<br><br>**6**<br>**600-and-something**<br>  6:7<br>**680** 6:8<br><br>**7**<br><br>**8**<br>**8151** 1:14 40:19<br><br>**9**<br>**9-1-1** 36:21 |

NetworkReporting
STATEWIDE COURT REPORTERS
800-632-2720