POPLAR, DONNA - ATTACHMENT 14

**Poplar, Donna**

**From:** Peivandi, Fred
**Sent:** Thursday, December 06, 2018 11:53 AM
**To:** Poplar, Donna
**Subject:** RE: HR Part time Salary and Picture Frames

Hi Donna,
I'm thinking $15-$18 per hour depending on the experience.
Please bring me those certificates and I will get frame for them today. I believe we can use our postal service here in the mail room.
Fred

Sincerely,
Genesee County Road Commission
Fred F. Peivandi, P.E., Managing Director
County Highway Engineer
Office: 810-767-4920 ext 234
Fax: 810-767-6570
www.gcrc.org

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message in error, please immediately notify the sender and delete or destroy any copy of this message.*

**From:** Poplar, Donna
**Sent:** Thursday, December 06, 2018 8:56 AM
**To:** Peivandi, Fred
**Subject:** HR Part time Salary and Picture Frames

Good Morning Fred,

Just a follow-up to our conversation on yesterday, you instructed me to move forward with the posting of the Part-Time position for a HR Clerk. This posting will go out for this Sunday and will be posted for 2-Weeks. You also said you did not want to pay this person $26.000 dollars for 1040 hours a equivalent of $25.00 an hour. Please provide me the salary amount you want this position to be paid. In addition, we are completing the lamination of the retirement certificates, and need for you to purchase the frames as agreed. Please take a certificate with you, so you will know the correct size picture frame to be purchased. Also, we need to determine the postal cost for mailing and how will the postal cost be paid for.

Thank you,

Donna D. Poplar
Human Resources Director
Genesee County Road Commission
211 West Oakley Street
Flint, Michigan 48503
Phone: (810) 767-4920, Ext. 253
Fax: (810) 767-7459

1
POPLAR v GCRC ET AL - DEFS' RPD III RESP 7 - 000068