# GENESEE COUNTY ROAD COMMISSION
## Request for Budget Transfer

Amount of Adjustment $ 26,000

Reason for Request: Transfer funds to cover hiring of part-time Administrative Assistant in Human Resources Department.

| | | | | |
|---|---|---|---|---|
| **Transfer From:** | Department (Title and #) | Engineering – Dept. 15 | Original Budget: | $1,203,735 |
| | Budget line item (See below) | Labor | Amended Budget: | $1,177,735 |
| **Transfer To:** | Department (Title and #) | Human Resources – Dept. 60 | Original Budget: | $ 330,654 |
| | Budget line item (See below) | Labor | Amended Budget: | $ 356,654 |

Requested by: [signature] Department Head — 11-19-18 (Date)

Approved by: Coetta Adams — Coetta Adams, Finance Director — 11/19/18 (Date)

Approved by: [signature] Fred Peivandi, Manager-Director — 11/28/18 (Date)

Board Approval: ☐ YES ☐ NO ☐ NOT APPLICABLE

Board Chair signature (Date)

**EXAMPLE OF BUDGET LINE ITEMS:**

labor
overtime
fringes
Utilities
contracted svcs
materials

Office Supplies
equipment rental
other expenses
capital outlay
travel & training
Dues & Subscriptions

Blank
Printing & binding

Fund Balance