POPLAR, DONNA - ATTACHMENT 15

# GENESEE COUNTY ROAD COMMISSION

## BOARD MEETING

## JANUARY 08, 2019

## MINUTES

### CALL TO ORDER

Vice Chairperson Mandelaris called the meeting of the Genesee County Board of Road Commissioners to order at 10:00 a.m. The meeting was held in the Board Room of the Genesee County Road Commission, 211 W. Oakley, Flint, Michigan 48503-3995.

### ROLL CALL

Present:  John Mandelaris, Vice Chairperson
Robert Johnson, Commissioner
David M. Arceo, Commissioner
Cloyce Dickerson, Commissioner

Excused:  Shirley Kautman-Jones, Chairperson

Others Present:  Fred Peivandi, Eric Johnston, Donna Poplar, Anthony Branch, Randy Dellaposta, Stephanie Jaeger, Coetta Adams, Genesee County Road Commission Staff; Attorney Devin Sullivan, Zausmer, August & Caldwell, P.C.; Attorney Wendy Hardt, Michael Kluck & Associates; Vicki Bachakes, Secretary of the Board of Road Commissioners

### PLEDGE OF ALLEGIANCE

The Pledge of Allegiance was led by Vice Chairperson Mandelaris.

### APPROVAL OF AGENDA

January 08, 2019 – Agenda

**ACTION TAKEN** – Motion by Mr. Dickerson, seconded by Mr. Johnson, to approve the agenda for January 08, 2019 as printed and presented.

**MOTION CARRIED.**

1

**MOTION CARRIED.**

<u>Request for Work – Aggregate Resurfacing, Oak Road, Richfield Township</u> – In a memorandum dated December 20, 2018, staff requested Board approval to perform aggregate resurfacing on Oak Road between Carpenter Road and Coldwater Road in Richfield Township. (Copy of memorandum and cost estimate form filed with official minutes.)

**ACTION TAKEN** – Motion by Mr. Johnson, seconded by Mr. Dickerson, to authorize the Road Commission to perform aggregate resurfacing on Oak Road between Carpenter Road and Coldwater Road in Richfield Township with the funding as follows:

| | |
|---|---|
| Richfield Township | $26,748.76 |
| GCRC (Richfield Twp. Allocation Funds) | $26,748.76 |
| Total Project Cost | $53,497.52 |

**MOTION CARRIED.**

**MANAGING DIRECTOR REPORT**

Mr. Fred Peivandi presented to the Board an Award of Excellence received from Asphalt Paving Association of Michigan related to Phase I of the Iron Belle Trail (Vassar Road to Irish Road) non-motorized pathway. Zito Construction was the contractor and the trail owner is Genesee County Parks & Recreation Commission. GCRC is the Act 51 agency overseeing the project. Chairperson Mandelaris suggested that staff send a thank you letter to Asphalt Paving Association. Mr. Peivandi said that GCRC will receive a plaque in February from Michigan Concrete Association for the Linden Road (Lennon Road to Calkins Road) project.

Ms. Donna Poplar introduced Attorney Wendy Hardt from Michael Kluck & Associates. Ms. Hart is in attendance today for the policy and procedures handbook meeting immediately following the Board meeting.

Mr. Dickerson asked for an update on the part-time position in Human Resources approved by the Board. Ms. Poplar advised that the position was advertised and applications were received. The Board approved a position for 1,040 hours per year at a salary of $26,000 per year, which equates to $25 per hour. Ms. Poplar has been instructed that the position is only going to pay $18 per hour with no benefits. Ms. Poplar is concerned that it will be difficult to find a qualified person at this wage rate. Managing Director Peivandi stated that the person is supposed to function as a clerk and that a wage rate of $25 per hour is too high for a non-professional. Mr. Dickerson questioned why we would go in a different direction if the Board already decided upon $25 per hour. Mr. Peivandi stated the amount was an estimate. Ms. Poplar cannot go against what the Managing Director is now saying but requested clarification from the Board. Chairperson Mandelaris asked if the position will cause a problem with the unions. Ms. Poplar replied no, that it is not a union position and will not be doing union work. The person will shadow the HR staff, do research beyond the capabilities of existing staff, onboarding,

9

Turn Over

offboarding, process documents, job descriptions and needs to understand HR laws. Ms. Poplar finds it challenging to work at the same level of expectancy as her colleagues because she lacks this position. Chairperson Mandelaris does not think it is proper to compare this assistant with other department Director assistants.

**ACTION TAKEN** -- Motion by Mr. Johnson, supported by Mr. Dickerson, to pay the position $26,000 per year.

Mr. Arceo is of the opinion that this motion goes beyond the Board's activity. It is why the Board has a Managing Director to run this organization. Mr. Arceo will not be voting in favor of this motion. Mr. Dickerson questioned how Mr. Arceo can vote for the $150,000 salary of a new manager but not for an HR assistant salary of $26,000.

**ACTION TAKEN** - Mr. Arceo called for the question. No support. **MOTION FAILED.**

    VOTE ON ORIGINAL MOTION:
    Ayes:     Johnson, Dickerson, Mandelaris
    No:      Arceo

**MOTION CARRIED.**

Mr. Peivandi said that Commissioner Arceo is correct in saying that the Managing Director is responsible for hiring at firing at this organization, not the Board. Managing Director Peivandi stated that he disagrees that the position be paid $25 per hour. Chairperson Mandelaris said that the motion today is reaffirming the decision the Board made last year. Chairperson Mandelaris clarified that the person has to qualify for that amount of money.

### COMMISSIONER'S CONCERNS

Commissioner Dickerson welcomed everyone back and wished a Happy New Year.

Chairperson Mandelaris said that in 2018 a committee to work with the Interim Manager-Directors was established and questioned if the committee was still necessary. Managing Director Peivandi said that the committee is no longer necessary.

**ACTION TAKEN** -- Motion made by Mr. Dickerson, seconded by Mr. Arceo, to discontinue the ad hoc committee to assist the Managing Director.

**MOTION CARRIED.**

10