POPLAR, DONNA - ATTACHMENT 16

**Poplar, Donna**

**From:** Poplar, Donna
**Sent:** Thursday, January 31, 2019 4:44 PM
**To:** 'johnmandelaris@gmail.com'; Robert Johnson
**Subject:** Part-Time HR Assistant Salary

Good After Noon Commissioner Mandelaris and Commissioner Johnson,

I would like to draw to your attention, that during Tuesday, January 8, 2019, GCRC Board Meeting, and after much discussion, The Board agreed that their previous Tuesday, December 4, 2018 Board approval to transfer $26,000 dollars from the Engineering Budget to the HR budget to hire a part-time HR Administrative Assistant, will stand. Based on the Board approval, we conducted interviews on yesterday, and the candidates were informed that the position was a part-time position, total hours they would be allowed to work was 1040 hours @ $25.00 hour, totaling $26,000 dollars. The interview committee have unanimously made our decision on the candidate of our choice, and HR have begun the process to bring the selected candidate on board.

Unfortunately, and regardless of the Board's decision, on today, the Managing - Director, Fred Peivandi, once again has informed me, he was not going to pay $26,000 dollars for a part-time assistant for 1040 hours @25.00 dollars an hour. He emphatically told me he will not sign the Personal Action Notice, that is used to approve the Finance Department to process the salary amount in the payroll system. He also, brought to my attention the Board only approve the budgets and budget transfers, but not who he hires and fires or what he pays employees. I cannot retract the compensation-salary amount, that the selected candidate was told they would earn. I am very perplexed concerning this matter. Furthermore, it is not my role to get the Managing-Director to adhere to what the Board has approved. I need some immediate direction and intervention from the Board concerning this matter.

Respectfully,

Donna D. Poplar
Human Resources Director
Genesee County Road Commission
211 West Oakley Street
Flint, Michigan 48503
Phone: (810) 767-4920, Ext. 253
Fax: (810) 767-7459
Email: dpoplar@gcrc.org

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message in error, please immediately notify the sender and delete or destroy any copy of this message.*