POPLAR, DONNA - ATTACHMENT 23

Flint, Michigan 48503
Phone: (810) 767-4920, Ext. 253
Fax: (810) 767-7459
Email: dpoplar@gcrc.org

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message in error, please immediately notify the sender and delete or destroy any copy of this message.*

Donna Poplar

**From:** Peivandi, Fred
**Sent:** Thursday, June 27, 2019 9:24 AM
**To:** Poplar, Donna <dpoplar@gcrc.org>
**Cc:** John Mandelaris <johnmandelaris@gmail.com>
**Subject:** Additional Employee

Donna,

You have indicated that you're going to request the Road Commission hire an additional full time person to work under your supervision. I am not sure if you wish to upgrade the part-time employee who was recently hired to full-time, or if you're seeking an additional full-time position. I don't know if you're claiming that the present staff is overwhelmed and the purpose of the additional employee is to reduce the workload on Cherry and Rachel, or if you want the new full-time employee to perform new responsibilities not currently being undertaken by the Department. It is your responsibility to convince me, and the Board, about the necessity to hire a new full-time employee. Sage Solutions Group may be able to assist us on this issue. I request that you provide the following information in writing, to me and the Board so that your request can be properly evaluated:

1. A written job description of the new proposed position with a specific description of the employee's work duties and responsibilities.

2. A written report of the estimated annual cost of this new employee and a recommendation of where this money would come from in the Road Commission's budget.

3. A written report describing the necessity of this new proposed employee and why creating this position makes fiscal sense and is in the best interest of the Road Commission.

Sincerely,
Genesee County Road Commission
Fred F. Peivandi, P.E., Managing Director
County Highway Engineer
Office: 810-767-4920 ext 234
Fax: 810-767-6570
www.gcrc.org

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message in error, please immediately notify the sender and delete or destroy any copy of this message.*