POPLAR, DONNA – ATTACHMENT 28

**Poplar, Donna**

| | |
|---|---|
| **From:** | Poplar, Donna |
| **Sent:** | Monday, August 12, 2019 1:33 PM |
| **To:** | Peivandi, Fred |
| **Cc:** | John Mandelaris; Johnson, Robert; Dickerson, Cloyce; Shirley Kautman-Jones; davarc22 @comcast.net |
| **Subject:** | RE: Additional Employee |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good Morning Fred,

I am in receipt of your Thursday, August 8, 2019, email denying my request to upgrade the part-time HR Assistant to a full time position. I must say, I am perplexed about your decision. In that your decision as expressed in your email does not reflect the meeting that you and I had on Friday, August 2, 2019. For your recollection, on Thursday, August 1, and unbeknown to me, you met with Rachel Mullin, the HR Senior Coordinator, and Monica Pearson, the part-time HR Administrative Assistant to discuss their HR role and duties.

After much discussion during our August 2, 2019, meeting about the Human Resources Information System (HRIS), its functions and the HR services and responsibilities of the HR department, and my vision for the HR department, you changed your perspective relative to supporting my request from your previous position of not supporting my request. You openly expressed your concerns about being able to convince GCRC Board members Shirley Kautman – Jones, Commission Davie Arceo, and Genesee County Board of Commissioners, Ted Henry, why you are upgrading the part-time HR Assistant to a full- time position. You made it very clear these individual are opposed to the HR Administrative Assistant position rather part time or full time. As a result of our meeting you felt you could justify upgrading the part- time HR Assistant position to a full-time position, by saying HR would need someone to manage the Human Resources Information System (HRIIS). You then stated, you would schedule a meeting between you, myself and Commissioners Dickerson, Mandelaris and Johnson to secure their support on upgrading the HR Administrative part-time position to a full-time position. I cautioned on the fact, that we could not meet with three Commissioners at the same time, because it would be in violation of The Opens Meeting Act. Therefore, we agreed to meet with Commissioner Mandelaris and Johnson.

Without being informed by you, I later became aware that you met with Commissioners Mandelaris and Johnson without me. When I asked you why did you not include me in the meeting, you responded and said to me, " you can meet them on your own, because they are not going to support the full time position." I found your response to be disturbing. So, I looked at you and ask the question why so much deception? You gave me no response. For the past three years, I have been told to wait another year for the Board to approve a Full Time HR Administrative Assistant. Sage Consulting in their needs analysis report recommended HR upgrade the HR Administrative Assistant to full time. Several Commissioners have supported the need for this positon and even recommended that the position be made a full time position. And yet, I am again being told to wait another year.

Finally, funds have been identified that could fund the HR full-time Administrative position, without resulting in a financial hardship to the GCRC budget. It appears to me, that rejecting my request is not about the budget, but more about a underlining non-transparent motive to block my request for a full time Administrative Assistant. So, for the sake of appearing to be argumentative, demanding, or insubordinate, I have no other choice, but to accept the hard reality that my request to have a full – time HR Administrative Assistant is being denied again for the third year.

Kind Regards,

POPLAR v GCRC ET AL - DEFS' RPD III RESP 7 - 000130

POPLAR, DONNA - ATTACHMENT 29

**Poplar, Donna**

**From:** Poplar, Donna
**Sent:** Monday, August 19, 2019 10:09 AM
**To:** John Mandelaris
**Subject:** GCRC's Staffing

Good Morning Commissioner Mandelaris,

I believe the following information would serve to be helpful to you:
The Genesee County Road Commission Exempt and Salary -at- Will Employees, makes up 3.46% of the 2019 budget and 3.77% of the GCRC proposed 2020 budget. Again, as shared earlier in my email to you, GCRC has 6 Directors including the Managing Director and 19 Salary at-Will to provide needed administrative and support services. This information was provided by Dianna Robertson, GCRC Finance Manager. This information is contradictory of the views of outsiders, who believe GCRC is top heavy. With assurance, GCRC is not top heavy and there has been no objective data supported by a needs assessment study to suggest that GCRC is top heavy. There was an objective needs assessment study completed by SAGE Human Resources Consultants, that recommended that GCRC upgrade its part-time HR Administrative Assistant to full time. Furthermore, GCRC recent wage study is a tremendous tool that GCRC will be using to assure that ALL salaries fall within the Market and Industry.

I hope that you find this information helpful.

Donna D. Poplar
Human Resources Director
Genesee County Road Commission
211 West Oakley Street
Flint, Michigan 48503
Phone: (810) 767-4920, Ext. 253
Fax: (810) 767-7459
Email: dpoplar@gcrc.org

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message in error, please immediately notify the sender and delete or destroy any copy of this message.*

1