**Poplar, Donna**

| | |
|---|---|
| **From:** | Poplar, Donna |
| **Sent:** | Friday, August 23, 2019 12:27 PM |
| **To:** | John Mandelaris |
| **Subject:** | RE: GCRC's Staffing |

Good Morning,

In response to your email, I think it's imperative to note, that the three (3) Genesee County Commissioners opinion germane to our HR Department being over staffed is baseless. These Genesee County Commissioners in question, are not basing their opinion on relevant facts. You are a respected well-educated and experienced Attorney, who is fully cognizant that **"Facts Matter"** The relevant facts, are GCRC HR Department had an impartial audit and needs assessment study conducted by SAGE, a Professional HR Consulting Company. As a result of SAGE's study, they recommended that the GCRC HR Department upgrade its part time HR Administrative Assistant position to a full time position along with other needed and due able recommendations.

**"Facts Matter"** The GCRC Department **only** have two (2) full time employees. Cherry Grant who is responsible for **ALL** active and retirees, including spouses and dependents Employee Benefits. Rachel Mullin is responsible for ALL HR function outside of Benefits. Neither Cherry or Rachel have any full time high level confidential clerical support. **" Facts Matter"** when comparing the need assessment for HR or any department it should **not** be based on the needs assessment or size of active employees of another external HR Department. For example the GCRC's HR Department programs, service components number of union contracts and responsibilities may differ in scope to an external HR Department within another municipality, government, company or organization, including the Genesee County HR Department. Every HR Department regardless of the number of total active employees working for a company, municipality, government, or organization has its own set of distinctiveness and needs and are staffed differently. That's why it's imperative for HR Departments to have their own professional impartial needs assessment conducted. By doing so, removes personal non-substantiated opinions and safe guard against any personal biases and political agendas and intimidation.

**"Facts Matter"** Its apparent that the results of SAGE's impartial needs assessment should carry more weight than the unsubstantiated politically motivated opinions of others. **"Facts Matter"** if you look at the Genesee County HR Department Organization Chart and compare it to the City of Flint organization chart, although similar in nature, in that both are municipal HR Departments, they have different staffing levels. **"Facts Matter"** One must question, sense the three Genesee County Commissioners, want to inject themselves in how GCRC staff its departments and in this case compare GCRC's HR Department to the Genesee County HR Department, did they do as GCRC did, conduct an impartial professional Genesee County HR Department needs assessment study to determine the true staffing needs of their HR Department or are they continually doing according to past practice, allowing and supporting the Genesee County HR Director's request to add additional HR Staff as needed? **"Facts Matter"** regardless of the answer to this question, the Genesee County HR Department out of eight (8) employees two (2) are secretaries hired to assist with HR clerical needs. I must ask under what **objective principles** are they saying GCRC HR Department don't need a full time Administrative Assistant or is overstaffed with its two full time HR employees? Our safety Coordinator and Ruth don't carry out HR functions. Monica was hired part time to accommodate my disability needs.

It is apparent to me that the Managing Director, along with other members of the GCRC Board took their HR concerns to the Genesee County Board Chair, in their attempt to put political pressure on you and Commissioner Johnson to block my request and the SAGE Consultants recommendation to upgrade the HR Administrative Assistant to full time. Just think about how so much energy have been spent for the past three (3) years blocking my request and now to block the recommendation of SAGE. This political and personal push back is not about the best interest of the Road Commission,

it's really about satisfying the political and personal agendas of others. This type of politics only plays against the people at large. I hope that you don't succumb to such unreasonable pressure.

**"Facts Matter"** In accordance to the Michigan County Road Commissioners Handbook, 2017 RELATIOSHIP TO BOARD OF COUNTY COMMISSIONERS : The County Board of Commissioners appoint members of the Road Commission. Establish compensation and benefits of road commissioners. Holds the legal authority to remove a road commissioner from office under certain circumstances. The law states that a road commissioner can be removed for cause after a hearing on the charges. Usually for misfeasance or malfeasance. This is the extent of the statutory relationship between the county commission and the county road commission, as established by the County Road Commission Act. could you please direct me where in the County Road Commission Act, whereby, it gives the County Board of Commissioners the sole authority to tell the road commission how to staff their departments, who to hire, who to fire, who can get overtime who can't and how the day to day operation of the road commission should be ran. "Facts Matter"

Please, forgive the length of this response. I am sure you understand my need to express myself.

Thank you for sharing and for being open-minded.

**Donna D. Poplar**
**Human Resources Director**
**Genesee County Road Commission**
**211 West Oakley Street**
**Flint, Michigan 48503**
**Phone: (810) 767-4920, Ext. 253**
**Fax: (810) 767-7459**
**Email: dpoplar@gcrc.org**

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message in error, please immediately notify the sender and delete or destroy any copy of this message.*

**From:** John Mandelaris [mailto:johnmandelaris@gmail.com]
**Sent:** Friday, August 23, 2019 2:44 AM
**To:** Poplar, Donna <dpoplar@gcrc.org>
**Subject:** Re: GCRC's Staffing

The meeting with 3 County Commissioners and Road Commissioner Johnson and me Thursday was to express their concerns about the HR Department (as well as other issues). There was an opinion that your Department was over-staffed from their view when compared with the County's HR Department staffing level (ratio of staff number to number of total active employees).   For your information.

Sent from my iPad

On Aug 19, 2019, at 2:26 PM, John Mandelaris <johnmandelaris@gmail.com> wrote:

2

Thank you for the current information.

On Mon, Aug 19, 2019 at 10:24 AM Poplar, Donna <dpoplar@gcrc.org> wrote:

Good Morning Commissioner Mandelaris,

I believe the following information would serve to be helpful to you:

The Genesee County Road Commission Exempt and Salary -at- Will Employees, makes up 3.46% of the 2019 budget and 3.77% of the GCRC proposed 2020 budget. Again, as shared earlier in my email to you, GCRC has 6 Directors including the Managing Director and 19 Salary at-Will to provide needed administrative and support services. This information was provided by Dianna Robertson, GCRC Finance Manager. This information is contradictory of the views of outsiders, who believe GCRC is top heavy. With assurance, GCRC is not top heavy and there has been no objective data supported by a needs assessment study to suggest that GCRC is top heavy. There was an objective needs assessment study completed by SAGE Human Resources Consultants, that recommended that GCRC upgrade its part-time HR Administrative Assistant to full time. Furthermore, GCRC recent wage study is a tremendous tool that GCRC will be using to assure that ALL salaries fall within the Market and Industry.

I hope that you find this information helpful.

Donna D. Poplar

Human Resources Director

Genesee County Road Commission

211 West Oakley Street

Flint, Michigan 48503

Phone: (810) 767-4920, Ext. 253

Fax: (810) 767-7459

Email: dpoplar@gcrc.org

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message in error, please immediately notify the sender and delete or destroy any copy of this message.*

4

POPLAR v GCRC ET AL - DEFS' RPD III RESP 7 - 000135

POPLAR, DONNA - ATTACHMENT 32

**Poplar, Donna**

| | |
|---|---|
| **From:** | Poplar, Donna |
| **Sent:** | Monday, August 26, 2019 9:36 AM |
| **To:** | John Mandelaris |
| **Subject:** | RE: GCRC's Staffing |
| **Attachments:** | HR Department Size Analysis.docx; GCRC HR Staffing Proposal 1 (07.25.19).docx |

Good Morning Commissioner Mandelaris,

In response to your email, I strongly believe the only fair, objective and impartial approach to my request for a full time HR Administration position, is to 1st implement the part time HR Administrative positon to a full time position as recommended by SAGE HR Solution Group. **2nd evaluate the need and affordability of the position on a yearly basis.** This should be objectively and impartially done on all GCRC positions, not just the HR Administrative positon. Please again review the attached HR Staffing Proposal , that I previously submitted to the Managing Director and the full GCRC Board, along with the following information from SAGE HR Consultants recommendation report, that impartially recognizes that the GCRC HR Department is under staffed:

**HUMAN RESOURCE DEPARTMENT STAFFING LEVEL BENCHMARK DATA**

A standard benchmark to for human resource staffing levels is the HR to Employee Ration (HR/ER). When looking at the HR/ER, it is crucial to included appropriate roles to determine the true ratio for comparison. For example, only positions that directly support HR functions should be included, regardless of reporting structure.[1]  Based on this standard, the Safety Coordinator and ½ of the HR Staff Assistant should not be included. The safety coordinator does not support HR functions and key functions of the HR Staff Assistant (e.g., receptionist, switchboard operator and assistant for the corporate center) are not human resource functions.

The HR/ER is calculated by dividing the number of HR FTEs by the total number of FTEs in the organization and multiplying by 100 (Society for Human Resource Management, 2015).

The calculation for GCRC is as follows:

| Donna | 1.0 FTE | Ruth | 0.5 FTE | GCRC has 4 HR FTEs and 150 Employee FTEs |
| Cherry | 1.0 FTE | Monica 0.5 FTE | | |
| Rachel | 1.0 FTE | **Total of 4.0 FTEs** | | 4 HR FTE / 150 EE FTE = .02667 * 100 = 2.67 **HR/ER** |

**With the added atypical burden of 3 union contracts, DOT requirements, and 150 retirees, 2.67 HR/ER is significantly lower than the national average of 3.40 for companies with 1-250 employees.**

In addition to the above the following is the recommendation of SAGE Consulting Services:

### RECOMMENDATIONS FOR GCRC HR STAFFING LEVELS

The Genesee County Road Commission has not updated its systems within the last 8-10 years. The systems in use provide compliance with current laws and requirements, however they are not automated. This adds to the administrative burden. Sage Solutions Group Recommends that GCRC investigate and invest in a Human Resource Information System (HRIS) or Human Capital System that will allow for employee self-service, automate timekeeping, allow for paperless transfer of information, and improve efficiency and process. The development of the system will take time and resources which are not currently available with the amount of dedicated HR professionals within the department.

Sage recommends that the part-time position be elevated to a full-time position to assist with the development of needed streamlined systems (HRIS), and to provide: HR and benefits support, high level confidential secretarial support, and administrative assistance to the HR Director. This addition to the staffing can provide the needed support to transition into a more streamlined HR department. Please read the attached GCRC Analysis report from SAGE for your understanding.

I find it questionable relative to the Managing Director's, Commissioner Kautman Jones, Commissioner Dave Arceo, County Commissioner Ted Henry's positions and strong push back on staffing the GCRC HR Department in accordance to the impartial and professional recommendation of the SAGE Solutions Group. One can't help but question the true motive of these individual. The only variable that I can conclude, for the 3 years of push back and one reason after another as to why not to approve a full time HR Administrative Assistant positon, is that we are dealing with individuals who our pushing a personal and political agenda that is not befitting and representative of the full GCRC BOARD or the full Genesee County Board of Commissioners and therefore, don't serve to be in the best interest of the people.

Commissioner Mandelaris, you are a notable person who have spent a great deal of your life-career **standing up** for the rights of people, regardless of race and gender, and a person who stands on the side of "RIGHT" You undoubtedly understand, that the only way the mindset of the above mentioned people can be combated is to not

embrace their tactics, when their tactics and motives are wrong. Doing what appears to be politically good and politically self-serving for others is not always right, but doing what is politically right is always good.

Finally, I am confident that upgrading the HR Administrative Assistant position to full time and evaluating its need and affordability on a yearly basis, will prove to be more of an GCRC needed asset than a liability.

Respectfully,

Donna D. Poplar
Human Resources Director
Genesee County Road Commission
211 West Oakley Street
Flint, Michigan 48503
Phone:  (810) 767-4920, Ext. 253
Fax:  (810) 767-7459
Email:  dpoplar@gcrc.org

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message in error, please immediately notify the sender and delete or destroy any copy of this message.*

**From:** John Mandelaris [mailto:johnmandelaris@gmail.com]
**Sent:** Saturday, August 24, 2019 4:51 PM
**To:** Poplar, Donna <dpoplar@gcrc.org>
**Subject:** Re: GCRC's Staffing

Donna—
Fred keeps saying we cannot afford to reclassify the part-time position to full time (including fringe benefits) year after year into the future. If that concern can be addressed in some meaningful way, he may change his mind (and there would be no problem, I believe). Good luck. 👍

Sent from my iPhone

On Aug 23, 2019, at 3:20 PM, Poplar, Donna <dpoplar@gcrc.org> wrote:

> Enjoy your weekend.
>
> Donna D. Poplar
> Human Resources Director
> Genesee County Road Commission
> 211 West Oakley Street
> Flint, Michigan 48503
> Phone:  (810) 767-4920, Ext. 253
> Fax:  (810) 767-7459
> Email:  dpoplar@gcrc.org
>
> *The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message in error, please immediately notify the sender and delete or destroy any copy of this message.*

3

**From:** John Mandelaris [mailto:johnmandelaris@gmail.com]
**Sent:** Friday, August 23, 2019 2:44 AM
**To:** Poplar, Donna <dpoplar@gcrc.org>
**Subject:** Re: GCRC's Staffing

The meeting with 3 County Commissioners and Road Commissioner Johnson and me Thursday was to express their concerns about the HR Department (as well as other issues). There was an opinion that your Department was over-staffed from their view when compared with the County's HR Department staffing level (ratio of staff number to number of total active employees). For your information.

Sent from my iPad

On Aug 19, 2019, at 2:26 PM, John Mandelaris <johnmandelaris@gmail.com> wrote:

> Thank you for the current information.
>
> On Mon, Aug 19, 2019 at 10:24 AM Poplar, Donna <dpoplar@gcrc.org> wrote:
>
>> Good Morning Commissioner Mandelaris,
>>
>> I believe the following information would serve to be helpful to you:
>>
>> The Genesee County Road Commission Exempt and Salary -at- Will Employees, makes up 3.46% of the 2019 budget and 3.77% of the GCRC proposed 2020 budget. Again, as shared earlier in my email to you, GCRC has 6 Directors including the Managing Director and 19 Salary at-Will to provide needed administrative and support services. This information was provided by Dianna Robertson, GCRC Finance Manager. This information is contradictory of the views of outsiders, who believe GCRC is top heavy. With assurance, GCRC is not top heavy and there has been no objective data supported by a needs assessment study to suggest that GCRC is top heavy. There was an objective needs assessment study completed by SAGE Human Resources Consultants, that recommended that GCRC upgrade its part-time HR Administrative Assistant to full time. Furthermore,

4

GCRC recent wage study is a tremendous tool that GCRC will be using to assure that ALL salaries fall within the Market and Industry.

I hope that you find this information helpful.

Donna D. Poplar

Human Resources Director

Genesee County Road Commission

211 West Oakley Street

Flint, Michigan 48503

Phone: (810) 767-4920, Ext. 253

Fax: (810) 767-7459

Email: dpoplar@gcrc.org

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message in error, please immediately notify the sender and delete or destroy any copy of this message.*

5