# GENESEE COUNTY ROAD COMMISSION

# BOARD MEETING

# May 18, 2021

# MINUTES

### CALL TO ORDER

Chairperson Dickerson called the meeting of the Genesee County Board of Road Commissioners to order at 10:05 a.m. The meeting was held in the Board Room of the Genesee County Road Commission, 211 W. Oakley, Flint, Michigan 48503-3995.

### ROLL CALL

| | |
|---|---|
| Present: | Cloyce Dickerson, Chairperson |
| | John Mandelaris, Vice Chairperson |
| | David Arceo, Commissioner |
| | Timothy Elkins, Commissioner |
| | Cathy Lane, Commissioner |
| | |
| Absent: | None |

Others Present: Randy Dellaposta, Anthony Branch, Eric Johnston, Donna Poplar, Bonnie Wood, Stephanie Jaeger (remotely), Brenda Kleinfeld (remotely), (Genesee County Road Commission Staff), Mary Ann Price, Jim Slezak, Shirley Kautman-Jones, Dan Eashoo, Karyn Miller, Attorney Andrew Cascini, (Henn Lesperance PLC), Gayle Cummings, (Administrator, MCRCSIP), Linda Kossak, Secretary of the Board of Road Commissioners

### PLEDGE OF ALLEGIANCE

The Pledge of Allegiance was led by Chairperson Dickerson.

### APPROVAL OF AGENDA

May 18, 2021 – Agenda

**ACTION TAKEN** – Motion by Mr. Elkins, seconded by Mr. Lane, to approve the May 18, 2021 agenda as presented.

VOTE ON MOTION:
    Yes:    Mandelaris, Arceo, Elkins, Lane, Dickerson
    No:    None

**MOTION CARRIED.**

**APPROVAL OF MINUTES**

April 20, 2021 Board Meeting Minutes

**ACTION TAKEN** – Motion by Mr. Arceo, seconded by Mr. Mandelaris, to approve the April 20, 2021 board meeting minutes as presented.

VOTE ON MOTION:
    Yes:    Arceo, Lane, Elkins, Dickerson, Mandelaris
    No:     None

**MOTION CARRIED.**

**MEETINGS, PRESENTATIONS, HEARINGS, AND INFORMATION**

Tuesday, May 18, 2021
10:35 a.m. – Closed Session – MCRCSIP Investigation Report regarding the complaint dated January 28, 2021

Monday, May 31, 2021
GCRC closed (non-essential operations) in observance of Memorial Day

Tuesday, June 01, 2021
10:00 a.m. – Board Meeting

**PUBLIC ADDRESS THE BOARD**
None.

**CORRESPONDENCE**

**INCOMING**
None.

**OUTGOING**

Email Correspondence from Mr. Jack Belzer regarding the improved conditions of the roads – In an email dated May 06, 2021, Mr. Jack Belzer commented that the Road Commission is doing a great job on the roads. (Copy filed with official minutes.)

**INTERNAL**
None

**INFORMATION**

The County Road Association of Michigan Press Release elects new President and Vice President – In a press release dated May 06, 2021, the County Road Association of Michigan announced the election of Mr. Fred Peivandi, P.E., Managing Director of the Genesee County Road Commission as its 2021-2022 president and Mr. Larry Brown, Allegan County Commissioner as its 2021-2022 vice-president. (Copy filed with official minutes.)

Request to Approve Correspondence:

**ACTION TAKEN** - Motion by Mr. Mandelaris, seconded by Ms. Lane, to receive and file the presented correspondence.

VOTE ON MOTION:
    Yes:   Arceo, Dickerson, Mandelaris, Elkins, Lane
    No:    None

**MOTION CARRIED.**

**BOARD OF ROAD COMMISSIONERS' DECISIONS**

**DISCUSSION**

Michigan Department of Transportation Contract No. 21-5095 – Installation of Ground Mounted Solar Beacons at the Intersection of McCandlish and Vassar Roads, Atlas and Grand Blanc Townships – In a memorandum dated May 10, 2021, staff requested the Board approve the Michigan Department of Transportation Contract No. 21-5095 for the Installation of Ground Mounted Solar Beacons at the Intersection of McCandlish and Vassar Roads, Atlas and Grand Blanc Townships. (Copy of memorandum and contract filed with official minutes.)

| | |
|---|---:|
| Federal HSIP Funds | $ 23,499.81 |
| GCRC Local Share | $ 5,874.95 |
| Total Project Cost | $ 29,374.76 |

**ACTION TAKEN –** Motion by Mr. Elkins, seconded by Ms. Lane, to approve the Michigan Department of Transportation, Contract No. 21-5095 for the installation of ground mounted solar beacons at the intersection of McCandlish and Vassar Roads, Atlas and Grand Blanc Townships and further, to direct two board members to electronically sign the contract for and on behalf of the Board of County Road Commissioners.

VOTE ON MOTION:
    Yes:   Elkins, Dickerson, Mandelaris, Arceo, Lane
    No:    None

**MOTION CARRIED.**

Michigan Department of Transportation Contract No. 21-5132 – Construction of a High Friction Surface Application to Ballenger Highway from Miller Road to Flint City Limits in Flint Charter Township - In a memorandum dated May 18, 2021, staff requested the Board approve the Michigan Department of Transportation Contract No. 21-5132, for the construction of a high friction surface application to Ballenger Highway from Miller Road to Flint City Limits in Flint

91

Charter Township. (Copy of memorandum and contract filed with official minutes.)

|  |  |
|---|---|
| CMAQ Funds | $288,000.00 |
| GCRC Local Share | $ 32,100.00 |
| Total Project Cost | $320,100.00 |

**ACTION TAKEN** – Motion by Mr. Arceo, seconded by Mr. Elkins, to approve Michigan Department of Transportation Contract No. 21-5132, for construction of a high-friction surface application to Ballenger Highway from Miller Road to Flint City limits in Flint Charter Township and further, to direct two board members to electronically sign the contract for and on behalf of the Board of County Road Commissioners.

VOTE ON MOTION:
    Yes:    Lane, Dickerson, Mandelaris, Arceo, Elkins
    No:    None

**MOTION CARRIED.**

Amendment to Purchase Order #83861 for Construction Inspection on Hill Road from Saginaw Road to Center Road – In a memorandum dated May 10, 2021, staff requested the Board approve the amendment to the existing Purchase Order #83861 to Kraft Engineering & Surveying for Construction Inspection for the Hill Road from Saginaw Road to Center Road project, Grand Blanc Township. (Copy of memorandum and purchase order filed with official minutes.)

**ACTION TAKEN –** Motion by Ms. Lane, seconded by Mr. Elkins, to approve the amendment to the existing Purchase Order #83861 to Kraft Engineering & Surveying for Construction Inspection in an amount of $20,000 for the Hill Road from Saginaw Road to Center Road project, Grand Blanc Township.

VOTE ON MOTION:
    Yes:    Dickerson, Mandelaris, Arceo, Lane, Elkins
    No:    None

**MOTION CARRIED.**

MetLife Insurance Company New Provider for GCRC Employees and Retirees' Life Insurance – In a memorandum dated May 10, 2021, staff requested the Board approve the move to MetLife Insurance as the life insurance provider for active GCRC employees and retirees effective June 01, 2021. (Copy of memorandum filed with official minutes.)

Commissioner Lane suggested that GCRC check with MERS the next time we renew to see if they can offer a lower rate.

**ACTION TAKEN** – Motion by Mr. Elkins, seconded by Ms. Lane, to approve the move to MetLife Insurance from Hartford Insurance as the life insurance provider for active GCRC employees and retirees, effective June 01, 2021. The annual premium is $46,091 with a two-year rate guarantee and no waiting period, saving $2,851 over the increased renewal rate from Hartford

Insurance. (Copy filed with official minutes.)

VOTE ON MOTION:
    Yes:    Mandelaris, Arceo, Lane, Elkins, Dickerson
    No:    None

M**OTION CARRIED.**

Ratification of Vouchers totaling $3,117,516.91 – (Copies filed with official minutes.)

    Voucher #V-40680

**ACTION TAKEN** – Motion by Ms. Lane, seconded by Mr. Elkins, to ratify Voucher #40680 in the amount of $420,762.67.

    VOTE ON MOTION:
    Yes:    Elkins, Dickerson, Mandelaris, Arceo, Lane
    No:    None

**MOTION CARRIED.**

    Voucher #V-40681

**ACTION TAKEN** – Motion by Ms. Lane, seconded by Mr. Elkins, to ratify Voucher #40681 in the amount of $848,705.93.

.    VOTE ON MOTION:
    Yes:    Elkins, Dickerson, Mandelaris, Arceo, Lane
    No:    None

**MOTION CARRIED.**

    Voucher #V-40682

**ACTION TAKEN** – Motion by Ms. Lane, seconded by Mr. Elkins, to ratify Voucher #40682 in the amount of $505,873.22.

    VOTE ON MOTION:
    Yes:    Arceo, Elkins, Lane, Dickerson, Mandelaris
    No:    None

**MOTION CARRIED.**

    Voucher #V-40683

**ACTION TAKEN** – Motion by Ms. Lane, seconded by Mr. Elkins, to ratify Voucher #40683 in

the amount of $119,658.79

    VOTE ON MOTION:
    Yes:    Arceo, Elkins, Lane, Dickerson, Mandelaris
    No:    None

**MOTION CARRIED.**

    Voucher #V-40684

**ACTION TAKEN** – Motion by Ms. Lane, seconded by Mr. Elkins, to ratify Voucher #40684 in the amount of $149,866.47.

    VOTE ON MOTION:
    Yes:    Arceo, Elkins, Lane, Dickerson, Mandelaris
    No:    None

**MOTION CARRIED.**

    Voucher #V-40685

**ACTION TAKEN** – Motion by Ms. Lane, seconded by Mr. Elkins, to ratify Voucher #40685 in the amount of $390,415.56.

    VOTE ON MOTION:
    Yes:    Arceo, Elkins, Lane, Dickerson, Mandelaris
    No:    None

**MOTION CARRIED.**

    Voucher #V-40686

**ACTION TAKEN** – Motion by Ms. Lane, seconded by Mr. Elkins, to ratify Voucher #40686 in the amount of $682,234.27.

    VOTE ON MOTION:
    Yes:    Arceo, Elkins, Lane, Dickerson, Mandelaris
    No:    None

**MOTION CARRIED.**

Traffic Control Order Controlling Speed, Clark Road between State Road and Oak Road, Section 22, Richfield Township – In a memorandum dated May 11, 2021, staff requested the Board adopt the resolution to approve the Traffic Control Order for speed on Clark Road from State Road to Oak Road in Richfield Township. (Copy filed with official minutes.)

**ACTION TAKEN** – Motion by Mr. Elkins, seconded by Mr. Arceo, to adopt the resolution to

approve the Traffic Control Order for Speed on Clark Road from State Road to Oak Road, section 22, Richfield Township, setting the speed limit at 45 mph.

VOTE ON MOTION:
    Yes:    Lane, Dickerson, Mandelaris, Arceo, Elkins
    No:    None

**MOTION CARRIED.**

Traffic Control Order Controlling Speed, Stanley Road between Seymour Road and Gillette Road, Section 10, Flushing Township – In a memorandum dated May 11, 2021, staff requested the Board adopt the resolution to approve the Traffic Control Order for Speed on Stanley Road from Seymour Road to Gillette Road, Section 10, Flushing Township. (Copy filed with official minutes.)

**ACTION TAKEN** – Motion by Mr. Elkins, seconded by Mr. Arceo, to adopt the resolution to approve the Traffic Control Order for Speed on Stanley Road from Seymour Road to Gillette Road, Section 10, Flushing Township, setting the speed limit to 45 mph.

VOTE ON MOTION:
    Yes:    Lane, Dickerson, Mandelaris, Arceo, Elkins
    No:    None

**MOTION CARRIED**

**CONSENT**

Work Request for Pavement Repair, Chip Seal and Fog Seal on Webster Road from Farrand Road to Lake Road, Vienna Township – In a memorandum dated May 10, 2021, staff requested the Board approve the work request for pavement repair, chip seal and fog seal on Webster Road from Farrand Road to Lake Road in Vienna Township, with the funding as follows:

| | |
|---|---|
| Vienna Township | $47,500.00 |
| GCRC | $47,500.00 |
| Total | $95,000.00 |

(Copy filed with official minutes.)

**ACTION TAKEN** – Motion by Ms. Lane, seconded by Mr. Elkins, to approve the work request for pavement repair, chip seal and fog seal on Webster Road from Farrand Road to Lake Road in Vienna Township.

VOTE ON MOTION:
    Yes:    Dickerson, Mandelaris, Arceo, Elkins, Lane
    No:    None
    No:    None

**MOTION CARRIED.**

95

<u>Work Request for Paving Overlay on Lake Road from Elms Road to Webster Road, Vienna Township</u> – In a memorandum dated May 10, 2021, staff requested the Board approve the work request for paving overlay on Lake Road from Elms Road to Webster Road in Vienna Township Township with the funding as follows:

| | |
|---|---|
| Vienna Township | $  94,350.00 |
| GCRC | $  94,350.00 |
| Total project cost | $188,700.00 |

(Copy filed with official minutes.)

**ACTION TAKEN** – Motion by Ms. Lane, seconded by Mr. Elkins, to approve the work request for paving overlay on Lake Road from Elms Road to Webster Road in Vienna Township.

VOTE ON MOTION:
    Yes:    Dickerson, Mandelaris, Arceo, Elkins, Lane
    No:    None

**MOTION CARRIED.**

<u>Work Request for Chip Seal and Fog Seal on Stanley Road from Phase Line 0.16 Miles East of Johnson Road to Elms Road</u> – In a memorandum dated May 10, 2021, staff requested the Board approve the work request for chip seal and fog seal on Stanley Road from phase line 0.16 miles east of Johnson Road to Elms Road in Flushing Township, with the funding as follows:

| | |
|---|---|
| Flushing Township | $27,000.00 |
| GCRC | $        0.00 |
| Total project cost | $27,000.00 |

(Copy filed with official minutes.)

**ACTION TAKEN** – Motion by Ms. Lane, seconded by Mr. Elkins, to approve the work request for chip seal and fog seal on Stanley Road from phase line 0.16 miles east of Johnson Road to Elms Road in Flushing Township.

VOTE ON MOTION:
    Yes:    Dickerson, Mandelaris, Arceo, Elkins, Lane
    No:    None

    No:    None

**MOTION CARRIED**

<u>Work Request for Aggregate Resurfacing on Farrand Road from M-15 to Gale Road, Forest Township</u> – In a memorandum dated April 29, 2021, staff requested the Board approve the work request for aggregate resurfacing on Farrand Road from M-15 to Gale Road in Forest Township,

with the funding as follows:

|  |  |
|---|---|
| Flushing Township | $31,792.74 |
| GCRC | $        0.00 |
| Total project cost | $31,792.74 |

(Copy filed with official minutes.)

**ACTION TAKEN** – Motion by Ms. Lane, seconded by Mr. Arceo to approve the work request for aggregate resurfacing on Farrand Road from M-15 to Gale Road in Forest Township.

VOTE ON MOTION
    Yes:   Dickerson, Mandelaris, Arceo, Elkins, Lane
    No:    None
**MOTION CARRIED.**

Work Request for Roadside Ditching on Duffield Road from Dodge Road going south to Address 9329, Montrose Township – In a memorandum dated April 29, 2021, staff requested the Board approve the work request for roadside ditching on Duffield Road from Dodge Road going south to address 9329 in Montrose Township, with the funding as follows:

|  |  |
|---|---|
| Montrose Township | $13,192.71 |
| GCRC | $13,192.71 |
| Total | $26,385.42 |

(Copy filed with official minutes.)

**ACTION TAKEN** – Motion by Ms. Lane, seconded by Mr. Arceo, to approve the work request for roadside ditching on Duffield Road from Dodge Road going south to address 9329, Montrose Township.

VOTE ON MOTION:
    Yes:   Dickerson, Mandelaris, Arceo, Elkins, Lane
    No:    None
    No:    None

**MOTION CARRIED.**

Work Request for Roadside Ditching on Farrand Road from Duffield Road to address 12273, Montrose Township – In a memorandum dated April 29, 2021, staff requested the Board approve the work request for roadside ditching on Farrand Road from Duffield Road to address 12273, Montrose Township, with the funding as follows:

|  |  |
|---|---|
| Montrose Township | $11,778.20 |
| GCRC | $11,778.20 |
| Total | $23,556.39 |

(Copy filed with official minutes.)

**ACTION TAKEN** – Motion by Ms. Lane, seconded by Mr. Arceo, to approve the work request for roadside ditching on Farrand Road from Duffield Road to address 12273, Montrose Township.

VOTE ON MOTION:
    Yes:    Dickerson, Mandelaris, Arceo, Elkins, Lane
    No:    None

**MOTION CARRIED.**

Work Request for Roadside Ditching on Duffield Road from Dodge Road going north to Address 10218, Montrose Township – In a memorandum dated April 29, 2021, staff requested the Board approve the work request for roadside ditching on Duffield Road from Dodge Road going north to address 10218, Montrose Township, with the funding as follows:

| | |
|---|---|
| Montrose Township | $ 9,330.23 |
| GCRC | $ 9,330.23 |
| Total project cost | $18,660.45 |

(Copy of memorandum filed with official minutes.)

**ACTION TAKEN** – Motion by Ms. Lane, seconded by Mr. Arceo to approve the work request for roadside ditching on Duffield Road from Dodge Road going north to address 10218, Montrose Township.

VOTE ON MOTION:
    Yes:    Dickerson, Mandelaris, Arceo, Elkins, Lane
    No:    None

**MOTION CARRIED.**

Work Request for Paving Overlay on Center Road from Lake Road to Willard Road, Thetford Township – In a memorandum dated May 10, 2021, staff requested the Board approve the work request for paving overlay on Center Road from Lake Road to Willard Road in Thetford Township, with the funding as follows:

| | |
|---|---|
| Mundy Township | $ 85,116.34 |
| GCRC | $ 85,116.34 |
| Total project cost | $170,232.68 |

Copy of memorandum filed with official minutes.)

**ACTION TAKEN** – Motion by Ms. Lane, seconded by Mr. Arceo to approve the work request for paving overlay on Center Road from Lake Road to Willard Road in Thetford Township,

VOTE ON MOTION:
    Yes:    Dickerson, Mandelaris, Arceo, Elkins, Lane
    No:    None

**MOTION CARRIED.**

**MANAGING DIRECTOR REPORT**

COVID-19 Update – Human Resource Director Ms. Donna Poplar updated the Board on the current COVID-19 cases at the GCRC. Currently we have had 16 employees testing positive with the virus. Of those 16, only one employee is out on extended leave (6 months) due to the virus and three are currently quarantining. Ms. Poplar stated that 73 out of 150 of our employees have been affected by COVID-19, either testing positive or having to quarantine due to contact with someone that did test positive.

Health Care Plan - Ms. Poplar stated that we currently have 188 Medicare retirees and 168 active employees on our healthcare plan, and Senior Benefits Coordinator Ms. Cherry Grant in the Human Resource department manages over 400 health contracts for the Road Commission.

**COMMISSIONERS' CONCERNS**

None.

At 10:34 a.m., Chairperson Dickerson requested the Board go into closed session with legal counsel to discuss a pending complaint that was filed on January 28, 2021.

**ACTION TAKEN** - Motion by Mr. Mandelaris, seconded by Ms. Lane, to go into closed session to discuss legal counsel's written opinion regarding a complaint that was filed on January 28, 2021, per MCL 15.268(h);  MCL 15.243(1) (g);(MCL 15.267(1).

VOTE ON MOTION
    Yes:  Dickerson, Mandelaris, Elkins, Lane, Arceo
    No:   None

**MOTION CARRIED.**

(At 10:35 a.m. the Board of Road Commissioners entered into closed session)

(At 12:26 p.m., the Board of Road Commissioners reconvened into open session).

Pre-Approval to purchase Perma-Zyme – Operations Director, Randy Dellaposta requested the Board pre-approve the purchase of 200 gallons (40 – 5-gallon pails) of Perma-Zyme to lock in the price before a price increase occurs, which will result in a substantial savings to the Road Commission. (Copy of quote filed with official minutes.)

**ACTION TAKEN** - Motion by Mr. Elkins, seconded by Ms. Lane, to pre-approve the purchase of 200 gallons of Perma-Zyme (40 – 5-gallon pails) at a unit cost of $1,997.00 for a total cost of $79,880, because a delay will increase the cost of the product to the Road Commission. Perma Zyme is a soil stabilizer that bonds to clay particles and is used for dirt and paved roads.

VOTE ON MOTION
    Yes:  Dickerson, Elkins, Lane, Arceo
    No:   None

Absent: Vice Chairperson Mandelaris left the meeting during closed session at 11:40 a.m. due to a prior appointment.

**MOTION CARRIED**.

**ADJOURNMENT**

Chairperson Dickerson, without objection, adjourned the meeting at 12:35 a.m.


JOHN J. GLEASON
Clerk/Register


_____
Linda B. Kossak, Secretary of the
Board of County Road Commissioners
lbk

5/18/21