

ROBERT W. KIRK *
ROBERT S. HUTH, JR.
CRAIG W. LANGE
RAECHEL M. BADALAMENTI
MARYANNE J. DENEWETH
MICHAEL C. TAYLOR
ROSEMARY V. DAVIS
PATRICK S. MCKAY
ELIZABETH P. ROBERTS
ROBERT T. CAROLLO, JR.
RYAN J. L. FANTUZZI **
MICHAEL J. PETRUS
BRANDON N. KASTAW

* Also Member of Florida Bar
**Also Member of Virginia Bar

19500 HALL ROAD
SUITE 100
CLINTON TOWNSHIP, MICHIGAN 48038
(586) 412-4900

www.KirkHuthLaw.com

FLORIDA OFFICE

1048 GOODLETTE-FRANK RD.
SUITE 202
NAPLES, FL 34102

WRITER'S E-MAIL: clange@KirkHuthLaw.com
FACSIMILE: (586) 412-4949

April 27, 2021

Donna Poplar
5277 Kimberly Woods Circle
Flint, MI 48504

Dear Ms. Poplar:

     I have concluded my investigation into your January 28, 2021 Complaint of discrimination, harassment, intimidation, retaliation and differential treatment in your employment as Human Resource Director of the Genesee County Road Commission. My investigation included interviewing thirteen individuals. There were many follow up conversations with witnesses as I sought out the facts related to your complaints. I reviewed all of your eighty attachments as well as documentation provided by other witnesses. I wish to thank you for your cooperation and thoroughness in addressing my questions and submitting documentation upon my requests.

     Having completed my investigation, it is my opinion that your January 28, 2021 Complaint cannot be sustained. I believe the stressors you feel at your employment are not the result of invidious, discriminatory practices or illegal harassment or retaliation, but the result of what one witness characterized as a "turf war" between two people (you and Mr. Peivandi) who have strong personalities and who desire to be in control. In many instances, I find circumstances where you have leveraged your position and influence as Human Resource Director against the Managing Director to whom you report. While I do not hold you solely responsible for the conflict between you and the Managing Director, you do bear responsibility for it. In my opinion, the difficulties you are experiencing in your position are a result of a struggle for power at the Road Commission, not because of illegal discrimination.

Very truly yours,
**KIRK, HUTH, LANGE
& BADALAMENTI**, PLC

Craig W. Lange

CWL/bml

DEFS RPD RESP 7 - 000004