**From:** Poplar, Donna
**Sent:** Monday, August 16, 2021 5:26 PM
**To:** Peivandi, Fred <FPeivandi@gcrc.org>
**Cc:** Pearson, Monica <MPearson@gcrc.org>
**Subject:** RE: Memo - MIOSHA Urging CDC Guidance



Fred,

I feel it important for me to reiterate that I strongly feel that because of the seriousness of the COVID-19 increasing **deadly Delta variant** and the mere fact that Genesee County is ranked as a Substantial Transmission Risk County for COVID-19 it would be to the best interest of ALL GCRC employees and visitors if GCRC follow the recommendations of MIOSHA and CDC Guidelines as we have since the off set of COVID – 19.

To wait for a mandate that forces the wearing of face mask may put a greater safety risk to our employees and visitors. It is important to note, that it has been brought to my attention by the Chairman of the Genesee County Health Department Board, Commissioner Bryant Nolden, that under the advisement of Dr. Pamela Hackert, the Genesee County Board of Commissioners on last week requires ALL County vaccinated and non-vaccinated employees and visitors to wear a face mask in their efforts to contain the spread of the COVID -19 Delta variant. Based on this information, I believe that you and I have a duty to discuss the MIOSHA recommendation and the CDC Guidelines concerning this serious matter with the GCRC Board.

However, realizing that you are the Managing Director who have the final say on how you want to safeguard the safety of GCRC employees and visitors against the COVID -19 deadly Delta variant. Also, taking under consideration the stringent Directives that have been imposed on me as written in your July 1, 2021 letter, and to avoid any appearance of being insubordinate to your Directives, I feel compelled in spite of my disagreement to your decision to not require GCRC employees and visitors to wear a face mask, to adhere to your instructions concerning this serious matter. I will have Monica to send a Memo out to ALL GCRC employees relative to your decision.

1

Regards,

Donna Poplar,

---

**From:** Peivandi, Fred
**Sent:** Monday, August 16, 2021 3:42 PM
**To:** Poplar, Donna <dpoplar@gcrc.org>
**Cc:** Pearson, Monica <MPearson@gcrc.org>; Dellaposta, Randall <RDellaposta@gcrc.org>
**Subject:** RE: Memo - MIOSHA Urging CDC Guidance

Donna,

At this time, I do not wish to mandate that GCRC staff and visitors wear masks, but I do want staff to be aware of the risk level in Genesee County so that they can make their own personal protection decision. If at a later time MIOSHA issues a mandate, GCRC will need to comply with the guidance of requiring all staff and visitors to wear masks. It is a good time to remind staff about social distancing, hand washing, and the availability of masks and hand sanitizer.

Fred


Sincerely,
Genesee County Road Commission
Fred F. Peivandi, P.E., Managing Director
County Highway Engineer
Office: 810-767-4920 ext 234
Fax: 810-767-6570
www.gcrc.org

*The content of this email is confidential and intended for the recipient specified in the message only. It is strictly forbidden to share any part of this message with any third party without the written consent of the sender. If you received this message in error, please immediately notify the sender and delete or destroy any copy of this message.*

---

**From:** Poplar, Donna
**Sent:** Monday, August 16, 2021 8:36 AM
**To:** Peivandi, Fred <FPeivandi@gcrc.org>
**Cc:** Pearson, Monica <MPearson@gcrc.org>
**Subject:** RE: Memo - MIOSHA Urging CDC Guidance

Fred,

In accordance to the State of Michigan and CDC, Genesee County is unfortunately ranked as a Substantial Transmission Risk County for COVID-19 . Taking under consideration the seriousness of Genesee County' ranking and the safety risk that GCRC now faces, it is my recommendation that GCRC immediately implement the necessary course of action to follow the CDC Mask Wearing Guidelines for fully vaccinated and unvaccinated employees as recommended by MIOSHA. By making it mandatory that GCRC vaccinated and unvaccinated employees and visitors wear face mask that meet CDC standards, will serve as a necessary safety precaution measure and will enable GCRC to contain the spread of COVID-19 due to the Delta variant within GCRC working environment.

Please advise on what direction you want HR to take concerning this serious matter.

Regards,

Donna D. Poplar
Director of Human Resources
Genesee County Road Commission
211 West Oakley Street
Flint, Michigan 48503
Phone: (810) 767-4920, Ext. 253
Fax: (810) 767-8489
Email: dpoplar@gcrc.org

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message in error, please immediately notify the sender and delete or destroy any copy of this message.*

**From:** Peivandi, Fred
**Sent:** Monday, August 16, 2021 7:11 AM
**To:** Poplar, Donna <dpoplar@gcrc.org>
**Cc:** Pearson, Monica <MPearson@gcrc.org>
**Subject:** FW: Memo - MIOSHA Urging CDC Guidance

FYI

Sincerely,
Genesee County Road Commission
Fred F. Peivandi, P.E., Managing Director
County Highway Engineer
Office: 810-767-4920 ext 234
Fax: 810-767-6570
www.gcrc.org

*The content of this email is confidential and intended for the recipient specified in the message only. It is strictly forbidden to share any part of this message with any third party without the written consent of the sender. If you received this message in error, please immediately notify the sender and delete or destroy any copy of this message.*

**From:** Lori Friedlis <LFriedlis@mcrcsip.org>
**Sent:** Friday, August 13, 2021 1:10 PM
**Subject:** Memo - MIOSHA Urging CDC Guidance

THIS EMAIL WAS SENT FROM OUTSIDE THE GENESEE COUNTY ROAD COMMISSION
Sent on behalf of Gayle Cummings...

Good Afternoon:

3

MIOSHA issued a statement yesterday to encourage employers to follow CDC guidance. Not mandate. I take that to mean that they will not have the authority to fine if you do not choose to follow CDC guidance, however we need for you to be aware of the suggestions and consider them. Especially in areas of high infection.

Please review Wendy's summary and let us know if you have any questions or concerns.

Take care
Gayle