


# GENESEE COUNTY ROAD COMMISSION
## Human Resources Department

**MEMO**

**DATE:** August 17, 2021

**TO:** All GCRC Employees

**FROM:** Fred Peivandi, Managing Director and Donna Poplar, Director of HR

**CC:** GCRC Board of Commissioners

**RE:** MIOSHA Recommendations

---

The State of Michigan and Centers for Disease Control and Prevention (CDC) have unfortunately declared that Genesee County is currently ranked as a Substantial Transmission Risk county due to new evidence on the Delta variant presently circulating in the United States.

Please note according to the CDC, the Delta variant is much more contagious, may infect those that have been vaccinated, and may also allow vaccinated individuals to spread the virus. Before Delta, the probability for vaccinated individuals to spread the virus was considered low.

As a result, Michigan Occupational Safety and Health Administration (MIOSHA) strongly encourages Michigan employers to follow updated CDC guidelines for substantial or high community transmission areas. The CDC recommends implementing face coverings (masks) for all employees and visitors (including fully vaccinated and non-vaccinated individuals) in an indoor public setting.

The GCRC Managing Director, Fred Peivandi, has decided not to require employees or visitors to wear a face mask at this time. The Managing Director's position is to wait for the State of Michigan to impose a mandate for employees and visitors to wear a face mask.

All GCRC employees should be aware of the risk level in Genesee County and make protection decisions accordingly. In addition, GCRC employees are encouraged to be cooperative to social distancing, hand washing, and using hand sanitizer when soap and water are not available. GCRC does have face masks and hand sanitizer available for employees by request.

Should you have any questions concerning this matter, please feel free to contact your union leadership, Human Resources Department or the Managing Director, Fred Peivandi.

Thank you.

/dp