# Notice of Administrative Leave

To: Donna Poplar, Director of Human Resources
From: Fred Peivandi, Managing Director
Date: September 6, 2021
RE: End of Suspension Period and Start of Paid Administrative Leave

This notice concerns your employment. As you know, you have been serving an unpaid disciplinary suspension since August 23, 2021. This unpaid disciplinary suspension is scheduled to end on September 7, 2021 (the day following the Labor Day holiday during which our offices are closed).

Subsequent to the imposition of your suspension, you filed an internal complaint of harassment and retaliation with the GCRC Board Chairperson Cloyce Dickerson. I understand that the Board intends to engage an external, third-party entity to conduct an investigation into issues including those raised in your complaint. Pending the conclusion of this external investigation, you will be placed on a period of paid administrative leave, which is scheduled to begin on September 7 once your unpaid disciplinary suspension period is completed. Your status with respect to your health and fringe benefits will also be maintained during this leave.

During this period of administrative leave, you are fully relieved from all your job duties, and you are not permitted to enter any Commission facility (with the exception of facilities open to the general public) without my personal and express written authorization. You are also prohibited from using any GCRC property you may use to perform your job during your period of leave. The GCRC expects that you will cooperate fully with the investigation and respond to any communications directed to you from the GCRC Board or the administration. Further, you are directed not to interfere with the external investigation in any way. Interference includes, but is not limited to, discussing the investigation, the allegations, or your leave with any GCRC employee or Board Commissioner unless you are instructed to do so by the full Board or by the external investigator. During your leave, we expect that you will cooperate fully with the investigation and respond to any communications from the Commission.

To the extent you have any questions about paid administrative leave, please reduce these questions to writing and direct them to me.

Sincerely,
Genesee County Road Commission

Fred Peivandi, P.E.
Managing Director