# GENESEE COUNTY ROAD COMMISSION

# BOARD MEETING

# October 06, 2021

# MINUTES

## CALL TO ORDER

Chairperson Dickerson called the meeting of the Genesee County Board of Road Commissioners to order at 10:07 a.m. The meeting was held in the Board Room of the Genesee County Road Commission, 211 W. Oakley, Flint, Michigan 48503-3995.

## ROLL CALL

| | |
|---|---|
| Present: | Cloyce Dickerson, Chairperson |
| | John Mandelaris, Vice Chairperson |
| | David Arceo, Commissioner |
| | Timothy Elkins, Commissioner |
| | Cathy Lane, Commissioner |
| | |
| Absent: | None |

Others Present: Fred Peivandi, Anthony Branch, Eric Johnston, Tracy Khan, Stephanie Jaeger (via ZOOM), (Genesee County Road Commission Staff), Shirley Kautman-Jones, Mary Ann Price, Karyn Miller, A.C. Dumas, Frederick Flowers, James O. Shelley, Jolena Sims, Greg Easons, D. Antwan Kemp, Gerri Hall, Cerese Simpson, Tim Kirkland, Regina Williams, Cha'Ris Lee, Bishop Bernadel Jefferson, Lathan Jefferson, Jolena Sanders-Sims, Willie Mae Thomas, Johnnie Lacy, Frederick Howard, Linda Mayfield, John Perkins, Harold Tull, Debbie Donaldson, James Larr, Carolene Tyos, E. Stephens, Toby Harris, Shaun Williams, William Evans, Mirayh Williams, D. Kemp, Narusha Lane, Pastor Alfred Harris, Linda Kossak, Secretary of the Board of Road Commissioners

## PLEDGE OF ALLEGIANCE

The Pledge of Allegiance was led by Chairperson Dickerson.

## APPROVAL OF AGENDA

Commissioner Lane requested that an item be added to the agenda under discussion - GIS Consulting Services.

October 06, 2021 – Agenda

**ACTION TAKEN** – Motion by Ms. Lane, seconded by Mr. Elkins, to approve the October 06, 2021 Agenda with the addition of Discussion Item 9-A – GIS Consulting Services.

VOTE ON MOTION:
    Yes:    Mandelaris, Arceo, Lane, Elkins, Dickerson
    No:    None

**MOTION CARRIED.**

**APPROVAL OF MINUTES**

September 08, 2021 Board Meeting Minutes

**ACTION TAKEN** – Motion by Mr. Arceo, seconded by Mr. Mandelaris, to approve the September 08, 2021 board meeting minutes as presented.

VOTE ON MOTION:
    Yes:    Arceo, Lane, Elkins, Dickerson, Mandelaris
    No:    None

**MOTION CARRIED.**

**MEETINGS, PRESENTATIONS, HEARINGS, AND INFORMATION**

Tuesday, October 19, 2021
 9:00 a.m. – Roads and Bridges Advisory Committee Meeting
10:00 a.m. – Board Meeting

**PUBLIC ADDRESS THE BOARD**

Atlas Township Supervisor Shirley Kautman-Jones, addressed to Board to request information regarding the contractor that will be doing the Perry Road work at the Atlas Dam so she can notify the residents. Secondly she wanted to thank GCRC staff for their help with the township water issues (flooding) that have occurred in Atlas Township due to heavy rainfall and thanked Mr. Mandelaris for sharing the Perma-Zyme article that was featured in the County Road Association of Michigan, Crossroads Magazine, (Fall 2021 - Volume 6, Issue 4).

Mt. Morris Township Supervisor, Ms. Jolena Sanders-Sims, addressed the Board regarding Mr. Paul Long (Mt. Morris Township resident) attending the Roads & Bridges Advisory Committee Meetings in her absence. Ms. Sanders-Sims felt that as the Township Supervisor she had the authority to request Mr. Long attend the meetings.

Ms. Gerry Hall, Genesee County resident, addressed the board regarding the inconsistencies in GCRC director salary increases.

Ms. Regina Williams, Genesee County resident, addressed the Board regarding the inconsistencies in GCRC director salary increases.

Mr. M. Roberts, Genesee County resident, addressed the Board regarding the inconsistencies in salaries he sees occurring at the Road Commission.

Ms. Siri Simpson, G3064 Miller Road, Flint Township, addressed the Board regarding the disparities in salary increases for GCRC directors and a complaint filed by an employee at the Road Commission.

Ms. Marnice Makell, Genesee County resident, addressed the Board regarding disparities in salary increases for the GCRC directors.

Attorney Cha'Ris Lee, 1133 Fairfax St, Flint, legal counsel for Donna Poplar, addressed the board regarding a follow-up on a letter she sent the Chairperson and requested a the Board consider a proposed closed session, to discuss Ms. Poplar's complaints.

Mr. Lathan Washington, Genesee County resident, addressed the Board regarding a list that was requested, listing employees by race.

Bishop Bernadel Jefferson, Genesee County resident, addressed the Board regarding discrimination, Ms. Poplar's administrative leave and the directors' salary increases.

Mr. A.C. Dumas, Genesee County resident, addressed the Board regarding the racial situation at the Road Commission and former elected officials being appointed to boards.

Pastor Alfred Harris, Genesee County resident, addressed the Board regarding racial disparities at the Road Commission.

**CORRESPONDENCE**

**INCOMING**
None.

**OUTGOING**
None.

**INTERNAL**
None

**INFORMATION**
None.

**BOARD OF ROAD COMMISSIONERS' DECISIONS**

**DISCUSSION**

Approval of Consultant for Construction Inspection, 2021 B-1 Proposal – In a memorandum dated September 27, 2021, staff requested the Board approve the amendment to the existing Purchase Order #84499 for the 2021 B-1 Proposal. (Copy of memorandum and purchase requisition addendum filed with official minutes.)

224

Commissioner Lane and Vice Chairperson Mandelaris commented for future clarification, they would like it noted that this increase is for the additional projects being added to the proposal. Mr. Johnston stated that this is for the construction engineering costs.

**ACTION TAKEN –** Motion by Mr. Mandelaris, seconded by Mr. Arceo, to approve the amendment to the existing Purchase Order #84499 for the 2021 B-1 Proposal increasing the amount $24,370 for a total of $39,270 due to the additional primary road paving projects being added to this contract.

VOTE ON MOTION:
    Yes:    Arceo, Lane, Elkins, Dickerson. Mandelaris
    No:    None

**MOTION CARRIED.**

Bid Results and Award of Contract for Baldwin Road Culvert over the Corrigal Drain, Gaines Township – In a memorandum dated September 27, 2021, staff requested the Board accept the low bid and authorize the award for the replacement of the Baldwin Road Culvert over the Corrigal Drain in Gaines Township. (Copy filed with official minutes.)

Commissioner Arceo noted that the number of contractors bidding on this project totaled eight and we were able to stay below the engineer's estimate for the project.

**ACTION TAKEN** – Motion by Mr. Arceo, seconded by Mr. Mandelaris, to accept the low bid of $90,250 and authorize the award and sign the construction agreement with Zito Construction for the replacement of the Baldwin Road Culvert over the Corrigal Drain, Gaines Township.

VOTE ON MOTION:
    Yes:    Lane, Elkins, Dickerson, Mandelaris, Arceo
    No:    None

**MOTION CARRIED.**

Issuance of a Purchase Order for North Long Lake Road at Lake Fenton – Storm Sewer Repairs, Fenton Charter Township - In a memorandum dated September 27, 2021, staff requested the Board approve the issuance of a Purchase Order to Zito Construction, Inc. for providing construction services to perform the necessary repairs to the storm sewer on North Long Lake Road, Fenton Charter Township. (Copy of memorandum and bid sheet filed with official minutes.)

**ACTION TAKEN –** Motion by Ms. Lane, seconded by Mr. Elkins, to approve the issuance of a Purchase Order to Zito Construction Inc., in the amount of $15,446 for providing construction services to perform the necessary repairs to the storm sewer on North Long Lake Road, Fenton Charter Township.

VOTE ON MOTION:
    Yes:    Elkins, Dickerson, Mandelaris, Arceo, Lane

    No:    None

**MOTION CARRIED.**

Issuance of a Purchase Order for Storm Sewer Repair at 16056 Silvercrest Drive, Fenton Charter Township – In a memorandum dated September 27, 2021, staff requested the board approve the issuance of a Purchase Order for storm sewer repairs at 16056 Silvercrest Drive, Fenton Charter Township. (Copy filed with official minutes.)

**ACTION TAKEN** – Motion by Ms. Lane, seconded by Mr. Elkins, to approve the issuance of a Purchase Order to Zito Construction in the amount of $6,490.00 for storm sewer repairs at 16056 Silvercrest Drive, Fenton Charter Township.

VOTE ON MOTION:
    Yes:    Lane, Elkins, Arceo, Dickerson, Mandelaris
    No:    None

**MOTION CARRIED.**

Issuance of a Purchase Order for Flushing Road Storm Sewer Repair at 5421 Flushing Road, Flint Charter Township – In a memorandum dated September 27, 2021, staff requested the Board approve the issuance of a Purchase Order for the Flushing Road storm sewer repair at 5421 Flushing Road, Flint Charter Township, (Copy of memorandum and bid sheet filed with official minutes.)

Commissioner Lane wanted to thank the Road Commission for considering the safety of the employees when contracting these projects out [to contractors].

**ACTION TAKEN –** Motion by Mr. Arceo, seconded by Mr. Elkins, to approve the issuance of a Purchase Order to Zito Construction in the amount of $26,804.00 for providing construction services to perform the necessary repairs to the storm sewer at 5421 Flushing Road, Flint Charter Township.

VOTE ON MOTION:
    Yes:    Elkins, Dickerson, Mandelaris, Arceo, Lane
    No:    None

**MOTION CARRIED.**

Issuance of Purchase Order for Disposal of Trash – In a memorandum dated September 22, 2021, staff requested the Board approve the issuance of a blanket Purchase Order to Waste Management for disposal of trash. (Copy filed with official minutes.)

Commissioner Lane noted that this is a multiple year (3 year) agreement and asked if staff includes this item in the packet just to insure that the Board is aware of the agreement each year. Staff stated yes, it is to keep the Board informed.
**ACTION TAKEN** – Motion by Ms. Lane, seconded by Mr. Elkins, to approve the issuance of a

blanket Purchase Order to Waste Management for disposal of trash in an amount of $30,000.

VOTE ON MOTION:
    Yes:    Dickerson, Mandelaris, Arceo, Lane, Elkins
    No:    None

**MOTION CARRIED**

Issuance of a Purchase Order for the Digital Radio Service Provider – In a memorandum dated September 23, 2021, staff requested the Board approve the issuance of a blanket Purchase Order to Blumerich Communications (BCS Towers) as our digital radio system provider. (Copy of memorandum and invoice filed with official minutes.)

**ACTION TAKEN** – Motion by Ms. Lane, seconded by Mr. Arceo, to approve the issuance of a blanket Purchase Order for 12 monthly payments of $3,811.50 to Blumerich Communications (BSC Towers, Inc.) in the amount not to exceed $45,738.00 as our digital radio system provider.

VOTE ON MOTION:
    Yes:    Mandelaris, Arceo, Lane, Elkins, Dickerson
    No:    None

M**OTION CARRIED.**

Issuance of a Blanket Purchase Order for Security and Fire Protection – In a memorandum dated September 16, 2021, staff requested the Board approve the issuance of a blanket Purchase Order to Sonitrol Tri-County for security and fire protection monitoring. (Copy of memorandum and invoice filed with official minutes.)

**ACTION TAKEN** – Motion by Mr. Arceo, seconded by Ms. Lane, to approve the issuance of a Blanket Purchase Order to Sonitrol Tri-County in an amount not to exceed $36,840.00 for security and fire protection monitoring.

VOTE ON MOTION:
    Yes:    Arceo, Lane, Elkins, Dickerson, Mandelaris
    No:    None

M**OTION CARRIED.**

Extension of Bid Terms and Issuance of a Blanket Purchase Order for HD Equipment Repair Services and Parts – In a memorandum dated September 22, 2021, staff requested the Board approve the extension of bid terms and the issuance of blanket Purchase Order for HD Equipment Repair Services and Parts on an as needed basis. (Copy filed with official minutes.)

Commissioner Lane asked if Jack Doheny Supplies is located in Genesee County. Staff stated that no they are not. Ms. Lane commented that if possible, she likes to use vendors that are located in the county but understands that we often go with lowest price.

**ACTION TAKEN** – Motion by Mr. Mandelaris, seconded by Mr. Elkins, to approve the extension of the bid terms and the issuance of blanket Purchase Orders for HD Equipment Repair Services and Parts on an as needed basis to the following companies:

- AIS in an amount of $85,000
- Jack Doheny Supplies in an amount of $25,000

VOTE ON MOTION:
    Yes:    Lane, Elkins, Dickerson, Mandelaris, Arceo
    No:    None

**MOTION CARRIED.**

GIS Consulting Services – In a memorandum dated October 06, 2021, staff requested the Board approve the issuance of a Purchase Order to Fleis & Vandenbrink for providing as needed GIS Consulting Services. (Copy of memorandum and request for proposal filed with official minutes.)

**ACTION TAKEN** – Motion by Ms. Lane, seconded by Mr. Elkins, to approve the issuance of a Purchase Order to Fleis & Vandenbrink, in the amount of $8,000 for providing as needed GIS Consulting Services to the Genesee County Road Commission.

VOTE ON MOTION:
    Yes:    Elkins, Dickerson, Mandelaris, Arceo, Lane
    No:    None

**MOTION CARRIED.**

Ratification of Vouchers totaling $2,261,651.29 – (Copies filed with official minutes.)

    Voucher #V-40721

**ACTION TAKEN** – Motion by Mr. Arceo, seconded by Ms. Lane, to ratify Voucher #40721 in the amount of $499,725.60.

VOTE ON MOTION:
    Yes    Dickerson, Mandelaris, Arceo, Lane, Elkins
    No:    None

**MOTION CARRIED.**

    Voucher #V-40722

**ACTION TAKEN** – Motion by Mr. Arceo, seconded by Ms. Lane, to ratify Voucher #40722 in the amount of $677,807.29.

VOTE ON MOTION:
    Yes:    Dickerson, Mandelaris, Arceo, Lane, Elkins

    No:    None

**MOTION CARRIED.**

    <u>Voucher #V-40723</u>

**ACTION TAKEN** – Motion by Ms. Lane, seconded by Mr. Elkins, to ratify Voucher #40723 in the amount of $270,056.15

    VOTE ON MOTION:
    Yes:    Dickerson, Mandelaris, Arceo, Lane, Elkins
    No:    None

**MOTION CARRIED.**

    <u>Voucher #V-40724</u>

**ACTION TAKEN** – Motion by Ms. Lane, seconded by Mr. Elkins, to ratify Voucher #40724 in the amount of $814,062.25.

    VOTE ON MOTION:
    Yes:    Dickerson, Mandelaris, Arceo, Lane, Elkins
    No:    None

**MOTION CARRIED.**

**CONSENT**
None.

**MANAGING DIRECTOR REPORT**

Managing Director Peivandi said the Road Commission would be receiving state/federal funding for local bridges in fiscal year 2024. Mr. Johnston added that this funding would pay 95% of construction costs, with the Road Commission paying the remaining 5%. Mr. Johnston added that three bridges were tentatively selected from all of the applications:

    Elms Road Bridge over Brent Run Creek - $1.5 million
    Linden Road Bridge over Brent Run Creek - $1.5 million
    Miller Road Bridge over Swartz Creek – $800,000

Commissioner Arceo inquired on the activity of the Bristol Road Bridge at the Swartz Creek; Mr. Johnston replied that Davis Construction Company is performing this work. The Bristol Road Bridge over the Swartz Creek is being reconstructed part width so we are maintaining two lanes of traffic and reconstructing the other half of the bridge. Mr. Johnston added that when the contractor removed the existing concrete deck and exposed the steel I-beams, the top flange of the beams were deteriorated past the point of us being able to rehabilitate them. Typically we can do steel repairs to rehabilitate the existing steel beams by placing plates or angles and bolting them

together to give it structural strength but these were too far gone to rehabilitate them once they got to the repair facility.  We are in the process of ordering brand new steel I-beams.  The beams should arrive around the end of October and once they arrive, the contractor will be back out on the project.

**COMMISSIONERS' CONCERNS**

<u>County Road Association of Michigan Conference</u> - Commissioner Arceo said he had an opportunity to spend the last two days at the County Road Association of Michigan (CRA) Conference in Traverse City.  Mr. Arceo said it was extremely important to all of us to learn how the Association moves forward in regards to education areas.  The conference was very beneficial to him.

Commissioner Lane thanked the board for allowing her to go to the CRA conference and stated it was one of the best seminars she has ever attended.  Ms. Lane commented that the conference was held in the same room so you did not have to move to other rooms during the day.  She wants the community to know that the role of the Road Commission Board is to find businesses that can provide training and continual education to the Board and employees to be the best that they can be.

Ms. Lane added she has been around people of many different nationalities and is first generation German.  She believes there is a God and he gave us our abilities and expects us to do our best, regardless of the color of our skin.  He expects us to work on our problems and that is why we need to be the best we can be to each other.  Ms. Lane said that it hurts to have so many people in the room say there is prejudice just because of your skin color.

Ms. Lane responded to Mr. A.C. Dumas' comment that yes, she served in the Grand Blanc Township community as a clerk and trustee and when she was appointed as a Road Commissioner, she did not even know she would be paid for her service because she took the appointment in order to give back to the community.

Commissioner Elkins commented that he was unable to attend the CRA conference due to his surgery.  Mr. Elkins responded to the Chairperson that he has not seen the letter presented to him from Ms. Poplar's legal counsel and this board meeting is the first he has learned of it. Chairperson Dickerson stated he received a letter from Attorney Lee on Friday and will disclose it to the other members of the board and we will sit down in a board meeting (proposed closed session) to discuss the letter.

Vice Chairperson Mandelaris stated that he wanted to attend the conference but was unable to do so due to an illness in the family.  Mr. Mandelaris commented that perhaps the Association could reschedule this conference in an area closer to the southern portion of Michigan.  Managing Director Peivandi said they would be holding the conference in Frankenmuth next year.  Mr. Mandelaris said that he grew up in Detroit, attended a bi-racial high school and taught at Tappen Jr. High School in Detroit for 5 years, which was an inner city school.  He does not feel he is prejudiced and feels Ms. Poplar would support that statement.

Commissioner Arceo commented that his father was a 'Sit-Downer' and there were times in his career as the Chairman of the Draftsman Design Local 581 that his teacher in the union was Rueben Burch. Mr. Arceo remembers seeing Mr. Burch's car parked in the driveway of his parent's house and what Mr. Burch did was not just for himself it was for everyone. Mr. Arceo said we will move forward and we will do it again to make sure that our children are able to move forward in the future.

Chairperson Dickerson said he is not here to be judgmental. Mr. Dickerson said he tries to look at what people do not just what they say. He said he is the only black commissioner on this Board and in January when they got a complaint, he was disappointed that some of the Board members wanted to make another commissioner the contact person [for MCRCSIP]. Commissioner Lane stated that this was not meant to undermine anyone; it was merely to resolve the complaint quickly and she did not mean to offend anyone, she was just following the protocol she followed at the Township. Ms. Lane said that this is also the protocol she followed when the Board adopted the Code of Conduct.

Chairperson Dickerson asked the Board to decide when they would hold the Special Board Meeting to address the complaint with Ms. Poplar's legal counsel, Attorney Lee.

After discussion, the Board stated they would hold the Special Board Meeting (with a proposed closed session), on Wednesday, October 13, 2021, at 1:00 pm. to discuss the complaint filed by Ms. Donna Poplar.

**ADJOURNMENT**

Chairperson Dickerson, without objection, adjourned the meeting at 11:32 a.m.

JOHN J. GLEASON
Clerk/Register

_____
Linda B. Kossak, Secretary of the
Board of County Road Commissioners
lbk – 10/06/21

231