GENESEE COUNTY ROAD COMMISSION

JOB DESCRIPTION

| | |
|---|---|
| JOB TITLE: | HUMAN RESOURCES DIRECTOR |
| FLSA: | EXEMPT |
| BARGAINING UNIT: | N/A |
| SHIFT: | 1ST |
| DEPARTMENT: | PERSONNEL |
| REPORTS TO: | MANAGER DIRECTOR |

**GENERAL SUMMARY**
Under the direction of the Manager Director, the incumbent is responsible for overall strategic HR leadership to the Road Commission, including all divisions. Oversees the development and implementation of human resources policies, programs and services but not limited to: recruitment, selection, retention, legal compliance, employee benefits, employee relations, employee practices and procedures, employee communications and employee events. Also, serves as internal consultant to the Road Commission management team, supervisors and employees on personnel issues that affect performance and business relationships. Foster's a workplace environment consistent with the values and mission outlined by the leadership of the Road Commission. This position requires an extremely perceptive person, who is capable of relating to individuals at all levels within the organization.

**TYPICAL DUTIES**

Responsible for advising management to ensure the Road Commission complies with all federal, state and local laws related to employee benefits, compensation, employment and training. Remain current with changes in human resources and employment law. Manage Road Commission relationships with state and local regulatory agencies, such as State Department of Employment Security.

Provide leadership in the critical area of recruitment by developing the most creative and cost-effective easy of generating high quality candidates in the marketplace to the Road Commission. Develop long-term relationships with organizations and individuals that will enhance the talent pipeline flow toward the Road Commission. Working with Department Heads, supervisors and candidates while conducting interviews and recommend qualified applicants who can best contribute to the success and growth of the Road Commission.

Responsible for the oversight of employee benefit programs including medical, dental, optical, life, disability insurance, supplemental medical, 457 plan, 125S plan, personal days off (PDO), vacation time, compensatory time, worker's compensation, sick leave processing, and unemployment compensation.

Serve as internal consultant to department heads, managers and supervisors as the advisor/mediator in employee situations in which discipline is joint responsibility of the Human Resources Director and employee supervisor.

Page 2 of 3
HR Director

    Serve as the organization's EEO Officer.  Monitor and assure compliance with equal employment opportunity and affirmative action plan and goals.  Investigate internal and external EEO/harassment complaints to bring about resolution.  Responsible for EEO Plan approval for Vendors, Suppliers and Contractors.

    Advise management regarding all employee terminations; oversee all aspects of employee termination.

    Supervise the staff of the Human Resources Department.  Participates on committee and special projects and seeks additional responsibilities.

    Responsible for wages and salary administration with particular emphasis on compliance with annual salary budget.

    Oversee personnel record keeping related to new hires, employee reviews, promotions, transfers, separations and exit interviews.

    Conduct job analyses to establish the specific requirements of individual jobs within each department for the creation and oversight of job descriptions.

**ESSENTIAL JOB FUNCTIONS**
Must possess the ability to:
Make good sound business decisions
Ability to communicate orally and in writing
Ability to effectively present information in one-on-one or group setting
Ability to read, comprehend and carryout instructions
Ability to effectively meet and communicate with the general public and public officials
Working knowledge of personal computers and electronics
Ability to deal with problem situations and resolve them in a fair and equable manner

**EDUCATION AND EXPERIENCE**
Ten years (10) years' managerial and supervisory experience in public or private personnel management; OR

Bachelor's Degree in personnel management, public administration, psychology, education or communications and five (5) years general experience in the HR/LR field; OR

Any equivalent combination of experience and training that provides the required knowledge, skills, and abilities

Must have a Valid Michigan Driver License

Page 3 of 3
HR Director

**LANGUAGE SKILLS**
Ability to read, analyze and interpret documents. Must have the ability to respond to sensitive inquiries or complaints. Ability to make effective presentations to top management, public groups, and/or board of directors.

**MATHEMATICAL SKILLS**
Have the ability to add, subtract, multiply and divide using whole numbers or common fractions.

**REASONING ABILITY**
Have the ability to apply common sense understanding and carrying out detailed instructions which involve oral and written communications. Have the ability to deal and resolve problem situations.

**PHYSICAL DEMANDS**
The physical demands described herein are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions. While performing the duties of this job, the employee is regularly required to sit, stand, walk, use hands and arms to hold, reach, lift or feel objects and talk and hear. The employee must occasionally lift and/or move up to 30 pounds. Specific vision abilities required by this job include distance vision, color vision, peripheral vision, depth perception and the ability to adjust and focus.

**WORK ENVIRONMENT**
The work environment characteristics describe here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions. While performing the duties of this job, the employee works in an indoors environment. The noise level in the workplace environment is moderate.

The above statements are intended to describe the general nature and level of work being performed by the employee assigned to this classification. They are not to be construed as an exhaustive list of all job duties performed by personnel so classified, nor guarantee the duties as described will only be performed by personnel assigned to this job description. The Employer reserves the right to revise the duties and responsibilities of this position at any time in its sole discretion.

_____          _____
Manager Director                                                  Date

10/2015

DEFS RPD RESP 7 - 000044