UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA POPLAR,

    Plaintiff,

v.

    Case No. 21-cv-12568
    Honorable Victoria A. Roberts

GENESEE COUNTY ROAD COMMISSION; and FRED F. PEIVANDI, in his individual capacity,

    Defendants.
_____/

## ORDER STRIKING DOCUMENT [ECF No. 26] AND MOOTING DOCUMENTS [ECF No. 27, 28].

On December 6, 2022, the Court struck Defendants' Genesee County Road Commission and Fred F. Peivandi ("Genesee County") motion for summary judgment [ECF No. 24] for noncompliance with Rule 19b of the Electronic Filing Policies and Procedures and because its exhibit references were unclear. The Court ordered Genesee County to refile in full compliance.

On December 9, 2022, Genesee County refiled its motion [ECF No. 26]. The Court again **STRIKES** the motion for noncompliance with Rule 19 of the Electronic Filing Policies and Procedures.

Rule 19 instructs parties on how to file electronic exhibits. Under Rule

19a, an exhibit available in paper must be scanned as an electronic image, converted to PDF and made text-searchable. Additionally, filers must submit only portions of exhibits that are germane.

Genesee County filed hundreds of pages of deposition transcripts. [ECF No 26, Exs. B-L]. Most of these filings are not germane or text-searchable.

Accordingly, Genesee County's motion for summary judgment [ECF No. 26] is stricken and not part of the record. Genesee County must review the procedures for electronic filing and refile its motion in full compliance by January 3, 2023. A courtesy copy containing tabbed and highlighted exhibits and the ECF electronic date stamp must be submitted to chambers.

Plaintiff's motion to strike [ECF No. 27] and response [ECF No. 28] are **MOOT** and not part of the record.

    **IT IS ORDERED**.

s/ Victoria A. Roberts  
Victoria A. Roberts  
United States District Judge

Dated:  December 22, 2022