# GENESEE COUNTY ROAD COMMISSION

## FISCAL YEAR 2023 BUDGET





**Genesee County Road Commission**
**Adopted Budget**
**For Fiscal Year Ending September 30, 2023**
**Department 15 - Engineering**

| Account Number | Description | | 2021 Adjusted Budget | 2021 Actual | 2022 Adjusted Budget | 2023 Adopted Budget | Increase/ (Decrease) from Prior Year Budget | % Increase/ (Decrease) from Prior Year Budget |
|---|---|---|---|---|---|---|---|---|
| | **Labor** | | | | | | | |
| 705.001 | Dir of Engineering (1) | | $ 108,191 | | $ 112,272 | $ 115,683 | $ 3,411 | 3.00% |
| 703.002 | Exec Asst (1) | | 58,579 | | 59,166 | 60,940 | 1,774 | 3.00% |
| 705.002 | Design Manager (1) | | 76,459 | | 77,224 | 79,541 | 2,317 | 3.00% |
| 705.006 | Construction Manager (1) | | 72,924 | | 75,325 | 79,263 | 3,938 | 5.20% |
| 705.007 | Project Development Eng (1) | | 76,459 | | 77,224 | 79,541 | 2,317 | 3.00% |
| 705.007 | Construction Project Eng (1) | | 62,012 | | 63,499 | 66,634 | 3,135 | 4.90% |
| 705.007 | Design Project Eng (2) | | 126,399 | | 127,117 | 125,303 | (1,814) | -1.40% |
| 705.005 | Survey Crew Chief (1) | | 58,037 | | 58,901 | 60,155 | 1,254 | 2.10% |
| 705.005 | CAD Specialist (1) | | | | | 58,131 | 58,131 | #DIV/0! |
| 705.005 | Engineering Aid IV (1) | | | | 58,901 | 60,155 | 1,254 | 2.10% |
| 705.005 | Engineering Aid III (3) | | 273,250 | | 166,394 | 157,761 | (8,633) | -5.20% |
| 705.005 | Engineering Aid II (4) | | 97,710 | | 238,704 | 194,615 | (44,089) | -18.50% |
| 705.005 | GIS Manager (1) | | 62,057 | | 54,529 | 62,820 | 8,291 | 15.20% |
| 705.004 | Traffic Manager (1) | | 76,459 | | 77,224 | 83,518 | 6,294 | 8.20% |
| 705.004 | Traffic Engineer (1) | | | | | 72,842 | 72,842 | #DIV/0! |
| 705.005 | TE Tech (1), Perm spec (1) | | 116,074 | | 117,802 | 116,777 | (1,025) | -0.90% |
| 703.002 | Secretary-Permits Traffic (1) | | 48,855 | | 49,583 | 50,637 | 1,054 | 2.10% |
| 705.005 | Eng Aid Office Tech (1) | | 58,037 | | 58,901 | 60,155 | 1,254 | 2.10% |
| 706.001 | Lead Sign Shop Supervisor (1) | | | | 80,471 | 79,872 | (599) | -0.70% |
| 706.001 | Sign Shop Supervisor (1) | | | | 70,570 | 70,044 | (526) | -0.70% |
| 706.002 | Electrical Coordinator (2) | | | | 153,618 | 154,003 | 385 | 0.30% |
| 706.002 | Journeyman Electrician (2) | | | | 144,487 | 144,810 | 323 | 0.20% |
| 706.000 | Equipment Operator (3) | | | | 158,418 | 158,808 | 390 | 0.20% |
| 704.003 | Summer Intern (4) | | 20,160 | | 20,160 | 26,880 | 6,720 | 33.30% |
| | Vacation payouts | | - | | - | | 0 | #DIV/0! |
| | **Total Labor** | | 1,391,662 | 1,424,875.11 | 2,100,490 | 2,218,888 | 118,398 | 6% |
| | **Overtime** | | | | | | | |
| | Overtime | | 120,000 | 114,272.18 | 100,000 | 140,000 | 40,000 | 40% |
| | **Total Labor** | | 1,511,662 | 1,539,147.29 | 2,200,490 | 2,358,888 | 158,398 | 7% |
| | **Office Supplies** | | | | | | | |
| 728.000 | General Supplies | | 3,800 | 908.96 | 3,800 | 3,500 | (300) | -8% |
| 728.001 | Office Furniture <$5,000 | | 1,000 | 1,395.00 | 500 | 500 | - | 0% |
| 729.000 | Drafting Supplies | | 1,000 | 737.66 | 500 | 500 | - | 0% |
| 729.001 | Plotter Paper, Ink & Cartridges | | 3,000 | 0.00 | 3,000 | 3,000 | - | 0% |
| 736.002 | Computer Supplies | | 12,500 | 0.00 | - | - | - | #DIV/0! |
| 736.002 | AutoCAD | | | | | | | |
| 736.002 | ARC GIS Software | - | | | | | | |
| 736.002 | Traffic Engineering Equipment (Misc) | - | | | | | | |
| 736.002 | Construction Engineering Equipment (N | - | | | | | | |
| 736.002 | Survey Equipment Supplies | | | | | | | |
| 736.002 | | | | | | | | |
| 736.002 | | | | | | | | |
| | **Total Office Supplies** | | 21,300 | 3,041.62 | 7,800 | 7,500 | (300) | -4% |
| | **Dues & Subscriptions** | | | | | | | |
| 730.000 | Dues & Subscriptions | | 26,000 | 21,638.88 | 22,400 | 25,100 | 2,700 | 12% |
| | Tactics Maintenance | 3,300 | | | | | | |
| | EGLE - Hazardous Waste (3-bridges) | 2,000 | | | | | | |
| | Professional Dues/Licenses | 4,000 | | | | | | |
| | Traffic Logix (Cloud Fee-Port SL Signs) | 1,000 | | | | | | |
| | AutoCAD | 7,200 | | | | | | |
| | Zoom Account | 200 | | | | | | |
| | ARC GIS/Server Software | 7,400 | | | | | | |
| | **Total Dues & Subscriptions** | | 26,000 | 21,638.88 | 22,400 | 25,100 | 2,700 | 12% |
| | **Printing and Binding** | | | | | | | |
| 737.000 | Printing and Binding | | 200 | 38.00 | 200 | 200 | - | 0% |
| | **Total Printing & Binding** | | 200 | 38.00 | 200 | 200 | - | 0% |
| | **Contracted Services** | | | | | | | |
| 801.001 | Railroad Signal Maint Fees | | 65,000 | 53,869.00 | 65,000 | 65,000 | - | 0% |
| 801.006 | Contracted Svcs | | 130,000 | 105,897.28 | 120,000 | 146,100 | 26,100 | 22% |
| 801.006 | Bridge Inspections | 71,000 | | | | | | |
| 801.006 | Engineering Svcs | 15,000 | | | | | | |
| 801.006 | Phase II NPDES Stm Water Permit | 40,000 | | | | | | |
| 801.006 | Participation Fee MISS DIG | 12,000 | | | | | | |
| 801.006 | Title Searches, name checks | 500 | | | | | | |

Genesee County Road Commission
Adopted Budget
For Fiscal Year Ending September 30, 2023
Department 20 - Maintenance

| Account Number | Description | 2021 Adjusted Budget | 2021 Actual | 2022 Adjusted Budget | 2023 Adopted Budget | Increase/ (Decrease) from Prior Year Budget | % Increase/ (Decrease) from Prior Year Budget |
|---|---|---|---|---|---|---|---|
| | **Labor** | | | | | | |
| 704.004 | Director (1) | 121,715 | | 122,932 | 126,620 | 3,688 | 3.00% |
| 703.002 | Executive Assistant (1) | 58,579 | | 59,166 | 60,940 | 1,774 | 3.00% |
| 703.002 | Clerk (1) | 46,868 | | 47,566 | 48,578 | 1,012 | 2.10% |
| 704.001 | Lead Supervisors (1) | | | 72,211 | 71,672 | (539) | -0.70% |
| 704.001 | District Supervisors (7) | 492,811 | | 496,100 | 492,060 | (4,040) | -0.80% |
| 704.000 | Equipment Operators (71) | 3,679,604 | | 3,699,829 | 3,750,561 | 50,732 | 1.40% |
| 706.000 | Sign Shop Equip Oper (3) | 156,858 | | | | | |
| 706.001 | Sign Shop Foreman (2) | 149,545 | | | | | |
| 706.002 | Journeyman Electrician (2) | 143,042 | | | | | |
| 706.002 | Electrical Coordinator (2) | 152,090 | | | | | |
| 704.003 | Summer Interns (12) | 80,640 | | 80,640 | 80,640 | - | 0.00% |
| | Vacation Payout | 30,000 | | 30,000 | 30,000 | - | 0.00% |
| | **Total Labor** | 5,111,753 | 4,754,694.33 | 4,608,444 | 4,661,071 | 52,627 | 1% |
| | **Overtime** | | | | | | |
| | Overtime | 835,000 | 621,372.34 | 835,000 | 860,050 | 25,050 | 3% |
| | **Total Overtime** | 835,000 | 621,372.34 | 835,000 | 860,050 | 25,050 | 3% |
| | **Office Supplies** | | | | | | |
| 728.000 | General supplies | 4,000 | 2,376.38 | 4,000 | 4,000 | - | 0% |
| 736.002 | Computer Equipment | | 15,709.10 | | | | |
| | **Total Office Supplies** | 4,000 | 18,085.48 | 4,000 | 4,000 | - | 0% |
| | **Dues & Subscriptions** | | | | | | |
| 730.000 | Dues and Subscriptions | 1,000 | 230.00 | 1,000 | 1,000 | - | 0% |
| | **Total Dues & Subscriptions** | 1,000 | 230.00 | 1,000 | 1,000 | - | 0% |
| | **Printing & Binding** | | | | | | |
| 737.000 | Printing & Binding | 500 | 90.00 | 500 | 500 | - | 0% |
| | **Total Printing & Binding** | 500 | 90.00 | 500 | 500 | - | 0% |
| | **Contracted Services** | | | | | | |
| 801.002 | Traffic Signal Maint | 500 | - | 500 | 500 | - | 0% |
| 801.005 | Governmental Consulting | | - | | | | |
| 801.006 | Contractual Services-others | - | 3,360,506.97 | | | | |
| 801.006 | Chloride | 1,250,000 | | 1,250,000 | 1,375,000 | 125,000 | 10% |
| 801.006 | Weather Service | 30,000 | | 30,000 | 34,000 | 4,000 | 13% |
| 801.006 | Landfill charges | 25,000 | | 25,000 | 26,000 | 1,000 | 4% |
| 801.006 | Tree removal | 250,000 | | 250,000 | 250,000 | - | 0% |
| 801.006 | Pavement Markings | 450,500 | | 450,500 | 464,000 | 13,500 | 3% |
| 801.006 | Miscellaneous Cont Svcs | 500,000 | | 500,000 | 500,000 | - | 0% |
| 801.006 | Milling for Multi-Lanes | 35,000 | | 35,000 | 35,000 | - | 0% |
| 801.006 | Sundry contracted svcs | 50,000 | | 50,000 | 50,000 | - | 0% |
| 801.006 | Cleaning & lawns-rest areas | 2,000 | | 2,000 | 2,000 | - | 0% |
| 801.006 | Weather service-trunkline | 3,000 | | 3,000 | - | (3,000) | -100% |
| 801.006 | Landfill charges-trunkline | 5,000 | | 5,000 | 5,000 | - | 0% |
| 801.006 | Drainage Repair Contractor | 386,000 | | 486,000 | 486,000 | - | 0% |
| 801.006 | Other contracted svc-TLM | 50,000 | | 50,000 | 50,000 | - | 0% |
| | **Total Contracted Services** | 3,037,000 | 3,360,506.97 | 3,137,000 | 3,277,500 | 140,500 | 4% |
| | **Materials** | | | | | | |
| 761.000 | 23-A gravel | 325,000 | 50,665.00 | 325,000 | 357,500 | 32,500 | 10% |
| 762.000 | Cold Patch | | 171.63 | | | - | |
| 762.001 | Cold Patch - CP7 | | 0.00 | | | - | |
| 762.002 | Cold Patch - CP6 | | 0.00 | 40,000 | - | (40,000) | -100% |
| 762.003 | QPR-High Performance Pvmt | 60,000 | 11,363.87 | 20,000 | 20,600 | 600 | 3% |
| 762.004 | 29A Limestone (for chip seal) | 200,000 | 130,007.62 | 200,000 | 200,000 | - | 0% |
| 763.000 | Sand (2NS) | | 0.00 | | - | - | |
| 764.000 | Rock Salt | 1,500,000 | 1,357,996.70 | 1,500,000 | 1,515,000 | 15,000 | 1% |
| 765.000 | Asphalt-Emulsion | | (0.01) | | | - | |
| 765.001 | Hot mix and tack coat | 4,600,000 | 2,540,936.51 | 4,800,000 | 5,321,200 | 521,200 | 11% |
| 765.003 | Poly Patch | 30,000 | 0.00 | 30,000 | 30,000 | - | |
| 765.004 | HFRS 2 Emulsion | 350,000 | 461,467.28 | 350,000 | 380,000 | 30,000 | 9% |
| 765.006 | Crack Seal Material | 47,000 | 36,058.11 | 77,000 | 77,000 | - | 0% |
| 765.007 | Fog Seal Material | 125,000 | 187,884.83 | 125,000 | 135,000 | 10,000 | 8% |
| 765.008 | No Trax | 3,550 | 647.50 | 3,550 | 3,550 | - | 0% |
| 765.009 | Scrub Seal Material | | 0.00 | 100,000 | 100,000 | - | 0% |
| 766.000 | Brine | 50,000 | 35,341.01 | 50,000 | 50,000 | - | 0% |
| 768.000 | Signs & Posts | | 0.00 | | - | - | |
| 770.000 | Limestone | | 482.12 | | | - | |

**Genesee County Road Commission**
**Adopted Budget**
**For Fiscal Year Ending September 30, 2023**
**Department 30 - Fleet Maintenance & Facilities**

| Account Number | Description | | 2021 Adjusted Budget | 2021 Actual | 2022 Adjusted Budget | 2023 Adopted Budget | Increase/ (Decrease) from Prior Year Budget | % Increase/ (Decrease) from Prior Year Budget |
|---|---|---|---|---|---|---|---|---|
| | **Labor** | | | | | | | |
| 703.004 | Director of Operations | | $ 110,273 | | | | - | #DIV/0! |
| 703.004 | Fleet Maintenance & Facilities Director (1) | | | | $ 76,470 | $ 93,827 | 17,357 | 22.70% |
| 707.004 | Fleet Maintenance & Facilities Manager | | $ 74,163 | | | | | |
| 703.002 | Fleet Maintenance Specialist (1) | | 47,067 | | 48,835 | 50,637 | 1,802 | 3.70% |
| 707.001 | Fleet Maintenance Supervisors (2) | | 142,537 | | 143,009 | 141,255 | (1,754) | -1.20% |
| 707.001 | Stockroom/Facilities Supervisor (1) | | 69,871 | | 70,570 | 70,044 | (526) | -0.70% |
| 707.002 | Stock Clerks (3) | | 144,672 | | 148,153 | 146,966 | (1,187) | -0.80% |
| 707.000 | Mechanic I (1) | | | | 48,064 | 51,313 | 3,249 | 6.80% |
| 707.000 | Mechanic II (1) | | | | | 58,970 | 58,970 | #DIV/0! |
| 707.000 | Mechanic III (10) | | 656,473 | | 653,808 | 596,284 | (57,524) | -8.80% |
| 707.005 | Building Mechanic I & II (2) | | 115,906 | | 111,041 | 111,322 | 281 | 0.30% |
| 704.003 | Summer Intern | | 7,890 | | 7,890 | 7,890 | - | 0.00% |
| | Vacation Payout | | 2,600 | | 2,600 | - | (2,600) | -100.00% |
| | **Total Labor** | | 1,371,452 | $ 1,229,080.49 | 1,310,440 | 1,328,508 | 18,068 | 1% |
| | **Overtime** | | | | | | | |
| | Overtime | | 120,000 | 70,546.26 | 110,000 | 110,000 | - | 0% |
| | Prep & maint of equip | 100,000 | | | | | | |
| | Buildings and Grounds | 10,000 | | | | | | |
| | **Total Overtime** | | 120,000 | 70,546.26 | 110,000 | 110,000 | - | 0% |
| | **Office Supplies** | | | | | | | |
| 728.000 | General Supplies | | 2,000 | 1,142.84 | 2,000 | 2,500 | 500 | 25% |
| | **Total Office Supplies** | | 2,000 | 1,142.84 | 2,000 | 2,500 | 500 | 25% |
| | **Dues & Subscriptions** | | | | | | | |
| 730.000 | Dues & Subscriptions | | 10,000 | 9,969.34 | 10,000 | 6,000 | (4,000) | -40% |
| | **Total Dues & Subscriptions** | | 10,000 | 9,969.34 | 10,000 | 6,000 | (4,000) | -40% |
| | **Printing & Binding** | | | | | | | |
| 737.000 | Printing & Binding - Forms | | 2,000 | 3,496.59 | 3,000 | 2,000 | (1,000) | -33% |
| | **Total Printing & Binding** | | 2,000 | 3,496.59 | 3,000 | 2,000 | (1,000) | -33% |
| | **Contracted Services** | | | | | | | |
| 792.000 | Hazard Waste Disposal | | 25,000 | 16,448.00 | 25,000 | 25,000 | - | 0% |
| 801.006 | Contract Services-other | | 232,000 | 230,519.19 | 222,000 | 276,000 | 54,000 | 24% |
| 801.006 | laundry service/mats/mops | 25,000 | | | | | | |
| 801.006 | exterminator | 3,000 | | | | | | |
| 801.006 | water service/bottled water | 9,500 | | | | | | |
| 801.006 | misc contracted services | 2,000 | | | | | | |
| 801.006 | refuse dumpster-all garages | 26,000 | | | | | | |
| 801.006 | Pm maint on generator, equip/ad | 15,000 | | | | | | |
| 801.006 | Fire Extinguishers | 12,000 | | | | | | |
| 801.006 | Roof Warranties | 10,000 | | | | | | |
| 801.006 | Custodial Services | 70,000 | | | | | | |
| 801.006 | Towing | 20,000 | | | | | | |
| 801.006 | Lawncare | 5,000 | | | | | | |
| 801.006 | Storm Water Permits (Global) | 20,000 | | | | | | |
| 801.006 | Storm Water Annual Permit Fee @ $260 ea | 1,300 | | | | | | |
| 801.006 | Boiler Treatment (Broadmoor) | 3,000 | | | | | | |
| 801.006 | Fuel master Maintenance (Syntech) | 2,200 | | | | | | |
| 801.006 | GPS Monitoring (Verizon) | 24,000 | | | | | | |
| 801.006 | AVL & Asset Monitoring Solutions (Skyhawk) | 28,000 | | | | | | |
| 801.007 | Security System | | 40,000 | 36,997.50 | 40,000 | 40,000 | - | 0% |
| 801.011 | Lift Inspection Services | | 8,000 | 4,628.36 | 8,000 | 8,000 | - | 0% |
| 801.011 | annual crane insp | 3,000 | | | | | | |
| 801.011 | scissor lift inspection | 1,000 | | | | | | |
| 801.011 | annual floor lift inspection | 2,500 | | | | | | |
| 801.011 | B&G Elevator Insp (state) | 200 | | | | | | |
| 801.011 | B&G elevator svc (4 x per yr) | 1,300 | | | | | | |
| 801.012 | Preventative Maint Svcs | | 50,000 | 57,947.73 | 45,000 | 55,000 | 10,000 | 22% |
| 806.000 | laundry service (uniforms) | | 6,000 | 5,063.73 | 7,000 | 7,000 | - | 0% |
| 852.000 | Radio service contract | | 60,000 | 45,858.00 | 50,000 | 50,000 | - | 0% |
| 933.000 | Shop Equipment Repair | | 1,500 | 2,011.74 | 2,500 | 2,500 | - | 0% |
| 935.000 | Outside Repair-miscellaneous | | 2,500 | 0.00 | 1,000 | - | (1,000) | -100% |
| 939.000 | Outside Repair-Road Equipment | | 200,000 | 171,566.43 | 175,000 | 200,000 | 25,000 | 14% |
| | **Total Contracted Services** | | 625,000 | 571,040.68 | 575,500 | 663,500 | 88,000 | 15% |
| | **Materials** | | | | | | | |
| 731.000 | Janitor Supplies -B&G | | 45,000 | 43,531.45 | 40,000 | 45,000 | 5,000 | 13% |
| 733.000 | Welding Supplies | | 3,000 | 2,002.89 | 4,000 | 5,000 | 1,000 | 25% |
| 733.900 | Welding Supplies - consignment | | | 1,122.09 | | | | |
| 735.001 | Misc-COVID Supplies | | | 31,403.91 | | | | |
| 738.000 | Shop Towels | | 5,000 | 3,463.20 | 4,000 | 4,500 | 500 | 13% |
| 739.000 | Oxygen & Acetylene | | 5,000 | 3,230.91 | 4,000 | 5,000 | 1,000 | 25% |
| 741.000 | Parts | | 550,000 | 462,450.23 | 600,000 | 650,000 | 50,000 | 8% |
| 741.900 | Parts - Consignment | | | 140,669.45 | | | | |
| 742.000 | Gasoline | | 150,000 | 141,336.46 | 150,000 | 200,000 | 50,000 | 33% |
| 743.000 | Diesel | | 650,000 | 492,120.17 | 650,000 | 900,000 | 250,000 | 38% |
| 744.000 | Kerosene / Propane | | 1,000 | 830.67 | 1,000 | 1,200 | 200 | 20% |
| 745.000 | Antifreeze | | 4,000 | 4,968.86 | 4,500 | 7,000 | 2,500 | 56% |
| 746.000 | Motor Oil & Grease | | 50,000 | 37,108.75 | 45,000 | 50,000 | 5,000 | 11% |
| 747.000 | Tires & Tubes | | 75,000 | 30,334.27 | 75,000 | 75,000 | - | 0% |

**Genesee County Road Commission**
**Adopted Budget**
**For Fiscal Year Ending September 30, 2023**
**Department 70 - Finance & Human Resources**

| Account Number | Description | | 2021 Adjusted Budget | 2021 Actual | 2022 Adjusted Budget | 2023 Adopted Budget | Increase/ (Decrease) from Prior Year Budget | % Increase/ (Decrease) from Prior Year Budget |
|---|---|---|---|---|---|---|---|---|
| | **Labor** | | | | | | | |
| 703.002 | Finance Director (1) | | $ 86,629 | | $ 95,301 | $ 102,731 | $ 7,430 | 7.80% |
| 703.002 | Finance Manager (1) | | 76,459 | | 71,766 | 75,585 | 3,819 | 5.30% |
| 703.002 | Senior Accountant (3) | | 172,563 | | 171,960 | 174,463 | 2,503 | 1.50% |
| 703.002 | HR Director (1) | | | | 106,779 | 109,982 | 3,203 | 3.00% |
| 703.002 | Senior HR Coordinator (1) | | | | 67,317 | 69,337 | 2,020 | 3.00% |
| 703.002 | Senior Benefits Coordinator | | | | 67,317 | | (67,317) | -100.00% |
| 703.002 | Benefits Coordinator (1) | | | | 56,075 | 65,718 | 9,643 | 17.20% |
| 703.002 | Purchasing Administrator (1) | | 62,419 | | 64,195 | 67,354 | 3,159 | 4.90% |
| | **Total Labor** | | 398,069 | $ 343,420.83 | 700,710 | 665,170 | (35,540) | -5% |
| | **Overtime** | | | | | | | |
| | Overtime | | 14,000 | 1,717.15 | 12,000 | 12,000 | - | 0% |
| | **Total Overtime** | | 14,000 | 1,717.15 | 12,000 | 12,000 | - | 0% |
| | **Office Supplies** | | | | | | | |
| 728.000 | Office Supplies | | 6,000 | 3,101.59 | 7,000 | 7,000 | - | 0% |
| | **Total Office Supplies** | | 6,000 | 3,101.59 | 7,000 | 7,000 | - | 0% |
| | **Dues & Subscriptions** | | | | | | | |
| 730.000 | Dues & Subscriptions | | 1,000 | 914.00 | 1,500 | 1,500 | - | 0% |
| | **Total Dues & Subscriptions** | | 1,000 | 914.00 | 1,500 | 1,500 | - | 0% |
| | **Printing & Binding** | | | | | | | |
| 737.000 | Printing & Binding | | 2,000 | 1,002.79 | 3,000 | 3,000 | - | 0% |
| | **Total Printing & Binding** | | 2,000 | 1,002.79 | 3,000 | 3,000 | - | 0% |
| | **Contracted Services** | | | | | | | |
| 714.000 | OHCA Emp. Assistance | | | - | 1,000 | 1,000 | - | 0% |
| 801.006 | Contracted Svcs - other | | | | 46,000 | 77,200 | 31,200 | 68% |
| 801.006 | Random drug screening | $ 6,500 | | | | | | |
| 801.006 | Arbitration fees, AAA fees | 12,000 | | | | | | |
| 801.006 | Pinkerton Surveillance | 3,000 | | | | | | |
| 801.006 | Consulting Services | 25,000 | | | | | | |
| 801.006 | Hep B Vaccination | 500 | | | | | | |
| 801.006 | Hearing testing / Resp Fit testing | - | | | | | | |
| 801.006 | Clearing House | 200 | | | | | | |
| 801.006 | Other-Wage Analysis | 30,000 | | 30.00 | | | | |
| 805.000 | Health Services | | | | 7,000 | 8,000 | 1,000 | 14% |
| 807.000 | Computer Contracted Svcs | | 40,000 | 25,214.75 | 43,357 | 107,164 | 63,807 | 147% |
| 807.000 | Precision consulting (org wide) | 20,000 | | | | | - | |
| 807.000 | Precision Maintenance Contract | 23,357 | | | | | - | |
| 807.000 | ADP Annual Sub/Impl/Integration | 63,807 | | | | | | |
| 934.000 | Repairs | | 500 | | 900 | 500 | (400) | -44% |
| | **Total Contracted Services** | | 40,500 | 25,244.75 | 98,257 | 193,864 | 95,607 | 97% |
| | **Materials** | | | | | | | |
| 734.001 | Prescription Safety Glasses | | | | 2,000 | 2,000 | - | 0% |
| 862.000 | Freight | | 50 | 30.48 | 550 | 550 | - | 0% |
| | **Total Materials** | | 50 | 30.48 | 2,550 | 2,550 | - | 0% |
| | **Equipment Rental** | | | | | | | |
| 941.000 | Equipment Rental | | 8,500 | 624.10 | 10,000 | 10,000 | - | 0% |
| | **Total Equipment Rental** | | 8,500 | 624.10 | 10,000 | 10,000 | - | 0% |
| | **Travel & Training** | | | | | | | |
| 861.000 | Travel | | 2,000 | 197.58 | 3,000 | 3,000 | - | 0% |
| 863.000 | Training | | 5,000 | 2,414.24 | 27,500 | 37,500 | 10,000 | 36% |
| 863.000 | Staff Training | 7,500 | | | | | | |
| 863.000 | Diversity, Equity & Inclusion Tr | 30,000 | | | | | - | |
| | **Total Travel & Training** | | 7,000 | 2,611.82 | 30,500 | 40,500 | 10,000 | 33% |
| | **Other Expenses** | | | | | | | |
| 818.000 | Miscellaneous | | 200 | - | 200 | 200 | - | 0% |
| | Transfers Out | | (50,000) | | | | - | #DIV/0! |
| | **Total Other Expenses** | | (49,800) | - | 200 | 200 | - | 0% |
| | **Capital Outlay** | | | | | | | |
| 985.000 | Computer Equipment | | 25,000 | - | 13,000 | 13,000 | - | 0% |
| 985.000 | Programming | 25,000 | | | | | - | |
| | **Total Capital Outlay** | | 25,000 | - | 13,000 | 13,000 | - | 0% |
| | **Total Department 70** | | $ 452,319 | $ 378,667.51 | $ 878,717 | $ 948,784 | $ 70,067 | 8% |

**Genesee County Road Commission**
**Adopted Budget**
**For Fiscal Year Ending September 30, 2023**
**Department 81 - Administration**

| Account Number | Description | | 2021 Adjusted Budget | 2021 Actual | 2022 Adjusted Budget | 2023 Adopted Budget | Increase/ (Decrease) from Prior Year Budget | % Increase/ (Decrease) from Prior Year Budget |
|---|---|---|---|---|---|---|---|---|
| | **Labor** | | | | | | | |
| 703.003 | Managing Director (1) | | $ 135,240 | | $ 142,592 | $ 156,750 | $ 14,158 | 10% |
| 703.003 | Deputy Managing Director (1) | | | | $ 125,000 | 128,750 | 3,750 | 3% |
| 703.002 | Bd Secretary/Exec Assistant (1) | | 58,580 | | 59,166 | 60,940 | 1,774 | 3% |
| 703.002 | Office Clerk (1) | | | | 39,109 | 46,451 | 7,342 | 19% |
| 703.002 | Communications Coordinator (1) | | | | 53,040 | 59,276 | 6,236 | 12% |
| 703.002 | Network Administrator (1) | | 71,590 | | 73,923 | 79,263 | 5,340 | 7% |
| 703.002 | Computer Systems Administrator (1) | | 65,295 | | 65,948 | 56,997 | (8,951) | -14% |
| 704.002 | Safety Coordinator (1) | | | | 67,317 | 69,337 | 2,020 | 3% |
| | Vacation Payout | | 6,440 | | 6,502 | 7,656 | 1,154 | 18% |
| | **Total Labor** | | 337,145 | 339,973.75 | 632,597 | 665,420 | 32,823 | 5% |
| | **Overtime** | | | | | | | |
| | Overtime | | 1,000 | 0.00 | 1,000 | 1,000 | - | 0% |
| | **Total Overtime** | | 1,000 | 0.00 | 1,000 | 1,000 | - | 0% |
| | **Office Supplies** | | | | | | | |
| 728.000 | Office Supplies | | 1,500 | 420.38 | 1,500 | 1,500 | - | 0% |
| 728.081 | Office Supplies - Safety | | | | 1,000 | 1,000 | - | 0% |
| 736.000 | Computer Supplies | | 20,000 | 13,535.54 | 15,000 | 15,000 | - | 0% |
| 736.002 | Computer Equipment | | 45,000 | 29,112.62 | 40,000 | 40,000 | - | 0% |
| 864.000 | Freight | | - | 0.00 | - | - | - | |
| 874.081 | Safety Promo Apparel | | | | 1,500 | 1,500 | - | 0% |
| | **Total Office Supplies** | | 66,500 | 43,068.54 | 59,000 | 59,000 | - | 0% |
| | **Dues & Subscriptions** | | | | | | | |
| 730.000 | Dues & Subscriptions | | 30,000 | 29,110.31 | 25,000 | 35,000 | 10,000 | 40% |
| 730.081 | Dues & Subscriptions - Safety | | | | 1,000 | 1,000 | - | 0% |
| | **Total Dues & Subscriptions** | | 30,000 | 29,110.31 | 26,000 | 36,000 | 10,000 | 38% |
| | **Printing & Binding** | | | | | | | |
| 737.000 | Printing & Binding | | 100 | 0.00 | 100 | 1,000 | 900 | 900% |
| | **Total Printing & Binding** | | 100 | 0.00 | 100 | 1,000 | 900 | 900% |
| | **Contracted Services** | | | | | | | |
| 801.006 | Contracted Svcs - Other | | 20,600 | 11,801.25 | 25,000 | 47,500 | 22,500 | 90% |
| 801.006 | Public Relations Services | 5,000 | | | | | | |
| 801.006 | Thatch Computer Consult | 2,000 | | | | | | |
| 801.006 | PC Net Techs | 10,000 | | | | | | |
| 801.006 | BSB Communications | 3,000 | | | | | | |
| 801.006 | Website Hosting | 4,000 | | | | | | |
| 801.006 | Resident Complaint (SDL Connect) | 23,500 | | | | | | |
| 801.081 | Contractual Svcs - Safety | | | - | 3,700 | 3,700 | - | 0% |
| 801.081 | Fire Safety Service | 3,500 | | | | | - | |
| 801.081 | Haz Waste Material DEQ | 200 | | | | | - | |
| 801.081 | Leadership training | | | | | 10,000 | 10,000 | #DIV/0! |
| 934.000 | Outside Repair - Office Equip | | - | 0.00 | - | - | - | |
| | **Total Contracted Services** | | 20,600 | 11,801.25 | 28,700 | 61,200 | 32,500 | 113% |
| | **Materials** | | | | | | | |
| 734.081 | Safety Supplies | | | | 16,500 | 21,500 | 5,000 | 30% |
| | **Total Materials** | | - | - | 16,500 | 21,500 | 5,000 | 30% |
| | **Equipment Rental** | | | | | | | |
| 941.000 | Equipment Rental | | 30,000 | 28,675.60 | 30,000 | 30,000 | - | 0% |
| | **Total Equipment Rental** | | 30,000 | 28,675.60 | 30,000 | 30,000 | - | 0% |
| | **Travel & Training** | | | | | | | |
| 861.000 | Travel | | 3,000 | 453.69 | 2,500 | 3,500 | 1,000 | 40% |
| 863.000 | Training | | 5,000 | 45.00 | 4,000 | 6,500 | 2,500 | 63% |
| 863.081 | Training - Safety | | | | 24,000 | 24,000 | - | 0% |
| | **Total Travel & Training** | | 8,000 | 498.69 | 30,500 | 34,000 | 3,500 | 11% |
| | **Other Expenses** | | | | | | | |
| 818.000 | Miscellaneous | | - | 24.51 | - | 4,751 | 4,751 | #DIV/0! |
| 818.081 | Miscellaneous - Safety | | | 380.22 | 850 | 850 | - | 0% |
| | **Total Other Expenses** | | - | 24.51 | 850 | 5,601 | 4,751 | |
| | **Capital Outlay** | | | | | | | |
| 985.000 | Computer Equipment | | 28,000 | 14,856.94 | 22,000 | 25,000 | 3,000 | 14% |
| | Hypervisor Upgrade | 15,000 | | | | | | |