UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA POPLAR,

    Plaintiff,

v.

GENESEE COUNTY ROAD
COMMISSION and FRED
F. PEIVANDI, in his individual
Capacity,

    Defendants

CASE No.: 4:21-cv-12568

HON. VICTORIA A. ROBERTS

_____

CHARIS LEE (P84127)
LEE LEGAL GROUP, PLLC
Attorney for Plaintiff
117 W. Flint Park Blvd.
Flint, MI  48505
(810) 513-9257
charis@leebusinesslaw.com

ANDREW A. CASCINI (P76640)
HENN LESPERANCE PLC
Attorney for Defendants
32 Market Ave., SW, Suite 400
Grand Rapids, MI  49503
(616) 551-1611
aac@hennlesperance.com

JULIE A. GAFKAY (P53680)
GAFKAY LAW, PLC
Co-Counsel for Plaintiff
604-A S. Jefferson Ave.
Saginaw, MI 48607
(989) 652-9240
jgafkay@gafkaylaw.com

_____

## STIPULATION AND ORDER FOR JULIE A. GAFKAY TO WITHDRAW AS AN ATTORNEY OF RECORD

    IT IS STIPULATED that Julie A. Gafkay of Gafkay Law, PLC be able to withdraw as attorney of record in this matter due to a judicial appointment to the

Saginaw County Circuit Court. Plaintiff will continue to be represented by other counsel of record in this matter.

  /s/ Charis Lee with permission        Dated:  May 3, 2023
CHARIS LEE (P84127)
Attorney for Plaintiff


  /s/ Julie A. Gafkay                    Dated:  May 3, 2023
JULIE A. GAFKAY (P53680)
Co-Counsel for Plaintiff


/s/ Andrew A. Cascini w/ permission  Dated:  May 3, 2023
ANDREW A. CASCINI (P76640)
Attorney for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA POPLAR,

    Plaintiff,

v.

GENESEE COUNTY ROAD
COMMISSION and FRED
F. PEIVANDI, in his individual
Capacity,

    Defendants

CASE No.: 4:21-cv-12568

HON. VICTORIA A. ROBERTS

_____

| | |
|---|---|
| CHARIS LEE (P84127) | ANDREW A. CASCINI (P76640) |
| LEE LEGAL GROUP, PLLC | HENN LESPERANCE PLC |
| Attorney for Plaintiff | Attorney for Defendants |
| 117 W. Flint Park Blvd. | 32 Market Ave., SW, Suite 400 |
| Flint, MI  48505 | Grand Rapids, MI  49503 |
| (810) 513-9257 | (616) 551-1611 |
| charis@leebusinesslaw.com | aac@hennlesperance.com |

JULIE A. GAFKAY (P53680)
GAFKAY LAW, PLC
Co-Counsel for Plaintiff
604-A S. Jefferson Ave.
Saginaw, MI 48607
(989) 652-9240
jgafkay@gafkaylaw.com

_____

## ORDER OF WITHDRAW OF JULIE A. GAFKAY AS AN ATTORNEY OF RECORD

    Upon stipulation of the parties:

**IT IS ORDERED** that Julie A. Gafkay is withdrawn as an attorney of record.


Dated: 5/10/2023                               s/ Victoria A. Roberts
                                               HON. VICTORIA A. ROBERTS