UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Donna Poplar,

          Plaintiff(s),                    Case No. 21-12568

v.                    Honorable Victoria A. Roberts

Genesee County Road Commission, et al.,      Magistrate Judge

          Defendant(s).
_____/

**ORDER OF RECUSAL AND REASSIGNMENT**

      A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date: August 15, 2023                    s/Victoria A. Roberts
                                                        Victoria A. Roberts
                                                        U.S. District Judge

---

Pursuant to this order, this case is reassigned to District Judge Nancy G. Edmunds.
Case assignment credit will be given to the appropriate Judicial Officers.

**Certificate of Service**

      I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: August 16, 2023                    s/N. Ahmed
                                                        Deputy Clerk