UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Donna Poplar,

                Plaintiff(s),

v.                                               Case No. 2:21-cv-12568-NGE-JJCG
                                                 Hon. Nancy G. Edmunds

Genesee County Road
Commission, et al.,

                Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Nancy G. Edmunds at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 811, Detroit, Michigan, for the following proceeding(s):

- FINAL PRETRIAL CONFERENCE:  August 28, 2023 at 02:30 PM
- JURY TRIAL:  September 21, 2023 at 09:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/L. Bartlett
                                                              Case Manager

Dated:  August 16, 2023