UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Donna Poplar,

Plaintiff(s),

v.                                                    Case No. 2:21−cv−12568−NGE−JJCG
                                                      Hon. Nancy G. Edmunds

Genesee County Road
Commission, et al.,

Defendant(s),

_____

### NOTICE TO APPEAR

You are hereby notified to appear before District Judge Nancy G. Edmunds at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 811, Detroit, Michigan, for the following proceeding(s):

- FINAL PRETRIAL CONFERENCE:  September 18, 2023 at 11:00 AM

- JURY TRIAL:  October 11, 2023 at 09:00 AM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/L. Bartlett_____
Case Manager

Dated:  August 22, 2023