UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA POPLAR,

      Plaintiff,                                   No. 21-12568

v.                                                 Honorable Nancy G. Edmunds

GENESEE COUNTY ROAD COMMISSION,

      Defendant.
_____/

## VERDICT FORM

**Please answer the following questions. Your answers must be unanimous.**

**I.   RETALIATION CLAIMS**

    **A. Liability**

    1. Defendant GCRC concedes that Plaintiff participated in protected activity, including: (i) her filing of the January 2021 internal complaint; (ii) her filing of the May 2021 EEOC Charge; and (iii) her filing of the August 2021 internal complaint.

    2. Defendant concedes that it knew about Plaintiff's protected activity.

    3. Did any of the following acts constitute "Adverse Employment Acts"?

        a. Suspending Ms. Poplar for two weeks without pay. Defendant GCRC concedes that a two-week suspension could qualify as an adverse employment act (although causation is disputed), and thus you should answer YES below to this question (I)(A)(3)(a).

            Yes  __X__      No _____

1

b. Consolidating the HR and Finance Departments in the 2022 GCRC Reorganization, thus allegedly removing Ms. Poplar as divisional head of the HR Department.

Yes __X__     No_____

c. Giving Ms. Poplar an allegedly lower annual raise than her peers.

Yes_____     No __X__

d. Promoting the employee who, prior to the promotion, had been Ms. Poplar's full-time administrative assistant, and then not filling the administrative assistant position, which Ms. Poplar claimed she needed to accommodate her disability.

Yes __X__     No_____

4. For any adverse actions to which you responded YES in the previous Section (I)(A)(3), then you must answer the following question: Did the GCRC impose the adverse employment act because of Ms. Poplar's protected activity? Please check "Not Applicable" for any adverse act to which you responded "NO" in the previous section (I)(A)(3).

   a. Suspending Ms. Poplar for two weeks without pay.

   Yes __X__     No_____     Not Applicable_____

   b. Consolidating the HR and Finance Departments in the 2022 GCRC Reorganization, thus allegedly removing Ms. Poplar as divisional head of the HR Department.

   Yes_____     No __X__     Not Applicable_____

   c. Giving Ms. Poplar an allegedly lower annual raise than her peers.

   Yes_____     No_____     Not Applicable __X__

   d. Promoting the employee who, prior to the promotion, had been Ms. Poplar's full-time administrative assistant, and then not filling the

2

administrative assistant position, which Ms. Poplar claimed she needed to accommodate her disability.

Yes __X__     No_____     Not Applicable_____

If you answered NO or NOT APPLICABLE to each of the four questions in this Section (I)(A)(4), then you have finished your deliberations on Plaintiff's retaliation claims and may proceed to Section(II) on Plaintiff's failure to accommodate claim.

If you answered YES to any of the four questions in this Section (I)(A)(4), you must complete the following Section (I)(B) regarding Plaintiff's damages, if any.

### B. Damages

1. What amount of damages, if any, was caused by Defendant's retaliation:

   a. Economic damages: $ ~~Unknown~~ $5,000

   b. Non-economic damages to the present: $ 300,000

   c. Non-economic damages in the future: $ 50,000

## II. FAILURE TO ACCOMMODATE CLAIM

### A. Liability

1. Defendant GCRC concedes that Plaintiff was a person with a qualifying "disability" as that term is defined under the PWDCRA.

2. Defendant GCRC concedes that Plaintiff was a "qualified person" to perform her job as that term is defined under the PWDCRA.

3. Did the GCRC fail to provide a reasonable accommodation to Ms. Poplar?

   Yes __X__     No_____

If you answered NO to the question in Section II(A), your deliberations are complete. Please proceed to the Concluding Instruction on the following page of this Verdict Form.

If you answered YES to the question listed in Section II(A), then you must determine the amount of Ms. Poplar's damages, if any.

3

## B. Damages

1. State the amount of damages, if any, that Ms. Poplar has suffered from the GCRC's failure to accommodate her:

   a. Economic damages: $ $42,000

   b. Non-economic damages to the present: $ 353,000

   c. Non-economic damages in the future: $ 50,000

## CONCLUDING INSTRUCTION

After you have completed the form, your foreperson should place his or her signature, the date, and his or her printed name in the appropriate spaces below.

Dated: October 20, 2023         Signature: S/Jury Foreperson
                                In compliance with the Privacy Policy
                                adopted by the Judicial Conference, the
                                Name: verdict form with the original signature has
                                been filed under seal.

4