UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA POPLAR,

       Plaintiff,                                        No. 21-12568

v.                                                Honorable Nancy G. Edmunds

GENESEE COUNTY ROAD COMMISSION,

       Defendant.
_____/

## JUDGMENT

In accordance with the jury's verdict rendered this date,

IT IS ORDERED AND ADJUDGED that judgment is hereby GRANTED in favor of Plaintiff Donna Poplar and against Defendant Genesee County Road Commission,

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff is awarded damages in the amount of $800,000.00, and

FINALLY, IT IS ORDERED AND ADJUDGED that this case is DISMISSED.

SO ORDERED.

                                                   s/Nancy G. Edmunds
                                                 Nancy G. Edmunds
                                                 United States District Judge

Dated: October 20, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 20, 2023, by electronic and/or ordinary mail.

                                                 s/Linda Vertriest
                                               Case Manager