# PLAINTIFF'S TRIAL EXHIBIT 10

**Poplar, Donna**

From: Poplar, Donna
Sent: Monday, November 08, 2021 4:11 PM
To: Dellaposta, Randall
Subject: HR Administrative Assistant Vacant Position

Good Afternoon Randy,

This correspondence is a follow-up to our meeting on today, Monday, November 8, 2021. As my direct report, I thank you for welcoming me back to work and taking the time to share with me the relevant updates concerning the HR Department. As I shared with you, I am requesting permission to post the much needed HR Administrative Assistant position that is now vacant within the HR department. Monica Pearson, the former HR Administrative Assistant, as you are aware was promoted to the Coordinator of Benefits position due to the retirement of the Senior Benefits Coordinator, Cherry Gant's retirement. The Managing Director, Fred Peivandi's decision to promote Monica Pearson to the Benefits Coordinator position took place during the time I was placed on an Administrative Leave by the Managing Director. Therefore, as the HR Director, I had no input on what I felt was best for the HR Department's staffing.

Monica Pearson's promotion does not negate the fact that I still have a need for an HR Administrative Assistant. As you are fully aware, the Full time HR Administrative Assistant position was approved by the GCRC Board in 2019. This position is still a needed position and has been approved by the GCRC Board as reflected in the HR's 2022 Budget and approved by the GCRC Board.

Please, advice on the decision of the Managing Director for me to post for a HR Administrative Assistant.

Kind Regards,

Donna D. Poplar
Director of Human Resources
Genesee County Road Commission
211 West Oakley Street
Flint, Michigan 48503
Phone: (810) 767-4920, Ext. 253
Fax: (810) 767-8489
Email: dpoplar@gcrc.org

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message in error, please immediately notify the sender and delete or destroy any copy of this message.*

1

PL POPLAR 450