# EXHIBIT B

# Attorney Charis Lee's Hours

LEE LEGAL GROUP PLLC
1133 Fairfax St. Flint, MI 48505 (810) 513 9257 Charis@leebusinesslaw.com

**Poplar v. GCRC**
September 2021-November 2023 Invoice
Bill Rate $450 per hour

# Legal Invoice (Bill Rate $450.00 per Hour)

| Date | Name | Description | Hours worked | Fee |
|---|---|---|---|---|
| 9/10/21 | Charis | Discussion with client regarding case strategy | 1.00 | $450 |
| 9/11/21 | Charis | Review of (1) the letter of Attorney Lange findings resulting from January 28, 2021, complaint (2) The five (5) Directives received from Fred Peivandi resulting from Attorney Lange complaint investigation findings. | 1.00 | $450 |
| 9/13/21 | Charis | Correspondence with client regarding suspension | 1.25 | $563 |
| 9/13/21 | Charis | Correspondence with client Poplar regarding suspension | 0.25 | $112.50 |
| 9/13/21 | Charis | Review of multiple documents provided by client (investigation documents) | 4.50 | $2,025.00 |
| 9/14/21 | Charis | Cont'd Review of multiple documents provided by client (investigation documents) Suspension, Job duties, employment agreements | 2.00 | $900.00 |
| 9/16/21 | Charis | Cont'd Review of multiple documents provided by client (investigation documents) | 3.50 | $1,575.00 |
| 9/23/21 | Charis | Receive and review EEOC charges and documents | 1.00 | $450.00 |
| 9/27/21 | Charis | Request for right to sue from EEOC, review and forward to client | 0.75 | $337.50 |
| 9/28/21 | Charis | Cont'd Review of multiple documents provided by client (investigation documents) | 0.50 | $225.00 |

LEE LEGAL GROUP PLLC
1133 Fairfax St. Flint, MI 48505 (810) 513 9257 Charis@leebusinesslaw.com

| | | | | |
|---|---|---|---|---|
| 9/28/21 | Charis | Review and edit Draft of Demand letter to GCRC | 1.00 | $450.00 |
| 10/2/21 | Charis | Discussion with client regarding documents | 0.25 | $112.50 |
| 10/4/21 | Charis | Discussion with client regarding settlement strategy | 1.50 | $675.00 |
| 10/5/21 | Charis | Review of case documents in preparation of meeting | 1.50 | $675.00 |
| 10/6/21 | Charis | Attend GCRC Board Meeting Request to the GCRC Board to have a closed session for plaintiff; discussion with board on dates | 0.25 | $112.50 |
| 10/7/21 | Charis | Review of discovery documents in the Anthony Branch Case | 0.50 | $225.00 |
| 10/7/21 | Charis | Review of Anthony Branch case and order | 0.50 | $225.00 |
| 10/12/21 | Charis | Email from opposing counsel regarding meeting scheduled 12/13 and respond regarding the same | 0.5 | $225.00 |
| 10/13/21 | Charis | Meeting with Client and GCRC Board to discuss Clients concerns | 1.5 | $675.00 |
| 10/14/21 | Charis | Review multiple emails from opposing counsel and respond to the same. | 0.5 | $225.00 |
| 10/15/21 | Charis | Scanning and emailing opposing counsel AC multiple attachments of documents; settlement discussion | 1 | $450.00 |
| 10/15/21 | Charis | Scanning and emailing opposing counsel AC multiple attachments of documents | 1.5 | $675.00 |
| 10/17/21 | Charis | Review emails from opposing counsel and respond to the same. | 0.5 | $225.00 |
| 10/19/21 | Charis | Scanning and emailing opposing counsel AC multiple attachments of documents; discussion with OC regarding settlement | 1.5 | $675.00 |
| 10/20/21 | Charis | discussion with OC regarding settlement and response regarding the same | 0.5 | $225.00 |
| 10/22/21 | Charis | Proposals sent by OC regarding settlement; discussion with Client regarding offer and potential counteroffer | 2 | $900.00 |

LEE LEGAL GROUP PLLC
1133 Fairfax St. Flint, MI 48505 (810) 513 9257 Charis@leebusinesslaw.com

| | | | | |
|---|---|---|---|---|
| 10/25/21 | Charis | Review of investigation report sent by OC AC "Lange Report" | 4 | $1,800.00 |
| 10/27/21 | Charis | Discussion with client about potential wage discrimination and budgets | 0.25 | $112.50 |
| 10/27/21 | Charis | Creation of Witness list and discussion with client regarding the same | 1.25 | $562.50 |
| 10/29/21 | Charis | Emails and discussion with opposing counsel regarding settlement and Discussion regarding settlement offer presented by GCRC with Client; client declined offer verbally and in writing. | 2.50 | $1,125.00 |
| 10/29/21 | Charis | Notice of impasse to opposing counsel via email and Review of client's background, summary, resume and multiple documents provided by client to begin drafting lawsuit | 2.00 | $900.00 |
| 10/29/21 | Charis | Review of documents preparing to draft lawsuit discussion with client | 4.50 | $2,025.00 |
| 10/30/21 | Charis | Drafting lawsuit review of documents and discussions with client | 10.50 | $4,725.00 |
| 10/31/21 | Charis | Continue drafting lawsuit, review of documents and discussion with client | 9.00 | $4,050.00 |
| 11/1/21 | Charis | Review of multiple documents provided by client- written complaint and admin leave notice; discussion with Client | 10.50 | $4,725.00 |
| 11/2/21 | Charis | Draft and finalize lawsuit; discuss with client filed lawsuit. | 8.00 | $3,600.00 |
| 11/2/21 | Charis | Email from opposing counsel returning client back to work; with discipline upheld. Notification to client regarding the same | 1.00 | $450.00 |
| 11/11/21 | Charis | Discussion regarding case with client | 0.75 | $337.50 |

LEE LEGAL GROUP PLLC
1133 Fairfax St. Flint, MI 48505 (810) 513 9257 Charis@leebusinesslaw.com

| | | | | |
|---|---|---|---|---|
| 11/15/21 | Charis | Email to opposing counsel AC regarding acceptance of service of lawsuit; review response regarding the same | 0.50 | $225.00 |
| 11/17/21 | Charis | Opposing counsel email regarding client RTW | 0.25 | $112.50 |
| 11/20/21 | Charis | Discussion regarding case with client | 0.50 | $225.00 |
| 11/22/21 | Charis | Discuss case strategy with Client | 1.00 | $450.00 |
| 12/15/22 | Charis | Correspondence with the DOJ regarding pattern of discrimination and retaliation at the Genesee County Road Commission | 0.50 | $225.00 |
| 12/21/21 | Charis | Review of answer to complaint | 1.25 | $562.50 |
| 12/29/21 | Charis | Discuss potential case options and co-counsel with client | 1.50 | $675.00 |
| 1/25/22 | Charis | Review case and strategy with client discuss federal court process | 1.00 | $450.00 |
| 1/28/22 | Charis | HIPPA authorization to client discussion and review | 0.75 | $337.50 |
| 1/29/22 | Charis | Discussion of co-counsel with client | 1.00 | $450.00 |
| 2/2/22 | Charis | Draft CTA agreement between client and co-counsel | 0.50 | $225.00 |
| 2/2/22 | Charis | Drafted Joint discovery plan and schedule and sent to opposing counsel discussion regarding the same | 3.50 | $1,575.00 |
| 2/3/22 | Charis | Email to opposing counsel regarding joint plan rules | 0.25 | $112.50 |
| 2/3/22 | Charis | Drafted Certificate of interested parties and filed document | 0.25 | $112.50 |
| 2/7/22 | Charis | Signed CTA agreement and meeting with Client; signatures regarding co-counsel Julie Gafkay | 1.00 | $450.00 |
| 2/7/22 | Charis | Sent co-counsel Julie Gafkay documents in the case and explanation of case | 1.00 | $450.00 |
| 2/7/22 | Charis | Revision to joint discovery plan and correspondence with opposing counsel | 0.50 | $225.00 |

LEE LEGAL GROUP PLLC
1133 Fairfax St. Flint, MI 48505 (810) 513 9257 Charis@leebusinesslaw.com

| | | | | |
|---|---|---|---|---|
| 2/8/22 | Charis | communications with co-counsel regarding appearance and disclosures | 1.00 | $450.00 |
| 2/8/22 | Charis | Finalizing and filing joint 26F plan | 1.00 | $450.00 |
| 2/9/22 | Charis | Forwarding emails and documents to co-counsel JG for amending complaint; forwarding emails from co-counsel and explanation of documents | 5.00 | $2,250.00 |
| 2/10/22 | Charis | Review of discovery documents send documents to co-counsel Gafkay | 0.50 | $225.00 |
| 2/14/22 | Charis | Amend complaint | 3.00 | $1,350.00 |
| 2/17/22 | Charis | Review of documents and EEO charges for amendment to lawsuit | 1.50 | $675.00 |
| 2/18/22 | Charis | Discussion with client about case with client emails with co-counsel regarding case | 1.25 | $562.50 |
| 2/22/22 | Charis | status conference with Court and counsel | 1.00 | $450.00 |
| 2/24/22 | Charis | Consent to amend correspondence with counsel | 0.25 | $112.50 |
| 3/1/22 | Charis | Discussion and review regarding stipulation to amend | 0.25 | $112.50 |
| 3/3/22 | Charis | Discussion with counsel and filing stipulation | 0.50 | $225.00 |
| 3/7/22 | Charis | Filed amended lawsuit | 0.25 | $112.50 |
| 3/8/22 | Charis | Discussion with opposing counsel regarding service of process for amended complaint | 0.25 | $112.50 |
| 3/21/22 | Charis | Tc with co-counsel J. Gafkay | 0.05 | $22.50 |
| 3/21/22 | Charis | review first set of discovery | 1.00 | $450.00 |
| 3/31/22 | Charis | Review of notice of deposition for M. Lewis | 0.25 | $112.50 |
| 3/31/22 | Charis | Review of answer to amended lawsuit | 2 | $900.00 |
| 4/6/22 | Charis | Preparation for deposition of M. Lewis | 1.00 | $450.00 |
| 4/7/22 | Charis | prepare for dep, meet with counsel, deposition of Michael lewis | 6.00 | $2,700.00 |
| 4/8/22 | Charis | Drafted and served First set of Discovery from Plaintiff attached. | 0.75 | $337.50 |
| 4/11/22 | Charis | Review of Defendants witness list | 0.75 | $337.50 |
| 4/12/22 | Charis | Discussion with Co-Counsel JG | 0.50 | $225.00 |
| 4/19/22 | Charis | Review of Deposition transcript | 2.00 | $900.00 |

LEE LEGAL GROUP PLLC
1133 Fairfax St. Flint, MI 48505 (810) 513 9257 Charis@leebusinesslaw.com

| | | | | |
|---|---|---|---|---|
| 5/10/22 | Charis | Email to counsel about overdue discovery | 0.25 | $112.50 |
| 5/25/22 | Charis | Draft Expert witness list and email to counsel | 0.25 | $112.50 |
| 6/7/22 | Charis | Deposition prep | 4.00 | $1,800.00 |
| 6/9/22 | Charis | Draft and serve second set of discovery | 1.00 | $450.00 |
| 6/10/22 | Charis | plaintiff's dep in flint | 10.00 | $4,500.00 |
| 6/11/22 | Charis | Preparation for R. Dellaposta deposition | 2.50 | $1,125.00 |
| 6/17/22 | Charis | Preparing and assisting client with interrogatories | 1.50 | $675.00 |
| 6/25/22 | Charis | pc with co-counsel | 0.05 | $22.50 |
| 7/6/22 | Charis | Review documents | 1.00 | $450.00 |
| 7/10/22 | Charis | prepare for depositions | 3.00 | $1,350.00 |
| 7/13/22 | Charis | Deposition prep | 7.00 | $3,150.00 |
| 7/14/22 | Charis | dep of Def R. Dellaposta, attend dep of Fred Peivandi, review notes and prepare beforehand, discuss with co-counsel after | 10.00 | $4,500.00 |
| 7/18/22 | Charis | go over RTP and notes for dep of bd member | 1.00 | $450.00 |
| 7/19/22 | Charis | prepare for dep of Board member - JM; attend and conduct deposition | 4.00 | $1,800.00 |
| 7/20/22 | Charis | draft and review documents for RTP response | 3.00 | $1,350.00 |
| 7/20/22 | Charis | Dep prep for C. Dickerson | 10.00 | $4,500.00 |
| 7/21/22 | Charis | deposition of CD in Flint | 3.50 | $1,575.00 |
| 7/22/22 | Charis | pc with co-counsel and plaintiff, emails to def re: mental exam | 2.00 | $900.00 |
| 7/22/22 | Charis | Discussion of discovery employment authorization form received from op counsel with client | 1.00 | $450.00 |
| 7/28/22 | Charis | Preparing pre-settlement | 1.00 | $450.00 |
| 8/1/22 | Charis | review pre-settlement confidential statement and def email regarding settlement | 2.50 | $1,125.00 |
| 8/1/22 | Charis | Discussion with Client regarding settlement | 1.50 | $675.00 |
| 8/3/22 | Charis | PRE-MOTION CONFERENCE ON DEF MTN FOR DME WITH COURT | 0.25 | $112.50 |

LEE LEGAL GROUP PLLC
1133 Fairfax St. Flint, MI 48505 (810) 513 9257 Charis@leebusinesslaw.com

| | | | | |
|---|---|---|---|---|
| 8/3/22 | Charis | phone conf. with court regarding def motion for DME, discussion with counsel regarding motion | 0.50 | $225.00 |
| 8/10/22 | Charis | Review and stipulation language which is agreeable | 0.05 | $22.50 |
| 8/12/22 | Charis | several communications with co-counsel and def counsel regarding DME stipulation | 1.00 | $450.00 |
| 8/31/22 | Charis | Review and response to counsel correspondence re: Short-Term Disability Policy at the GCR | 1.00 | $450.00 |
| 9/11/22 | Charis | Dep prep | 2.00 | $900.00 |
| 9/13/22 | Charis | Discussion with client regarding case strategy | 1.50 | $675.00 |
| 9/15/22 | Charis | Dep prep | 4.00 | $1,800.00 |
| 9/16/22 | Charis | Deposition of Monica Pearson | 1.50 | $675.00 |
| 9/22/22 | Charis | Deposition preparation | 2.50 | $1,125.00 |
| 9/23/22 | Charis | Take the deposition of Mr. Daly - prep with co-counsel | 1.25 | $562.50 |
| 11/28/22 | Charis | review Motion for SJ and tc with co-counsel | 3.00 | $1,350.00 |
| 12/3/22 | Charis | Prepare summary judgment brief | 7.00 | $3,150.00 |
| 12/4/22 | Charis | Prepare summary judgement response brief | 6.00 | $2,700.00 |
| 12/6/22 | Charis | Review Draft | 3.00 | $1,350.00 |
| 12/8/22 | Charis | Finalize response to summary judgement brief | 2.00 | $900.00 |
| 12/11/22 | Charis | Review motion to strike | 3.00 | $1,350.00 |
| 12/12/22 | Charis | Prepare exhibits | 3.00 | $1,350.00 |
| 1/18/22 | Charis | Finalize response to SJ brief | 5.00 | $2,250.00 |
| 3/12/22 | Charis | Prepare for argument on SJ review notes from co-counsel attend hearing review briefs | 2.00 | $900.00 |
| 3/14/22 | Charis | Continue to Prepare for argument on SJ review notes from co-counsel attend hearing review briefs | 3.00 | $1,350.00 |
| 3/21/22 | Charis | Continue to Prepare for argument on SJ review notes from co-counsel attend hearing review briefs | 5.00 | $2,250.00 |
| 4/20/23 | Charis | Review SJ order from court | 2.50 | $1,125.00 |
| 4/20/23 | Charis | Discussion with Client re: MSJ order | 2.00 | $900.00 |

LEE LEGAL GROUP PLLC
1133 Fairfax St. Flint, MI 48505 (810) 513 9257 Charis@leebusinesslaw.com

| | | | | |
|---|---|---|---|---|
| 5/1/23 | Charis | Discussion with Client Re: Case Strategy | 0.75 | $337.50 |
| 5/19/23 | Charis | Discussion with Client Re: Case Strategy potential settlement | 1.00 | $450.00 |
| 6/30/23 | Charis | Discussion with Client Re: Case Strategy Bringing on new co-counsel due to Judge appt. | 1.50 | $675.00 |
| 7/7/23 | Charis | Discussion and selection of counsel with Client Re: Case Strategy Bringing on new co-counsel Sommers Schwartz | 1.50 | $675.00 |
| 7/25/23 | Charis | Telephone discussion w/co-counsel; TTR and JS | 1.00 | $450.00 |
| 8/8/23 | Charis | Discussion of potential case settlement with client and draft settlement offer and information for court | 2.00 | $900.00 |
| 8/28/23 | Charis | Correspondence w/co-counsel; Review documents; | 0.50 | $225.00 |
| 8/30/23 | Charis | Correspondence w/co-counsel; Review pretrial order requirements; | 1.00 | $450.00 |
| 9/1/23 | Charis | Attend trial prep meeting w/co-counsel; | 4.00 | $1,800.00 |
| 9/2/23 | Charis | Gathering documents for JFPO | 2.50 | $1,125.00 |
| 9/5/23 | Charis | Gathering documents for JFPO | 5.00 | $2,250.00 |
| 9/6/23 | Charis | Review JFPO drafted by co-counsel; gathered documents | 3.00 | $1,350.00 |
| 9/7/23 | Charis | Attend conference w/counsel; | 4.00 | $1,800.00 |
| 9/8/23 | Charis | Correspondence w/co-counsel; Review JFPO; | 1.50 | $675.00 |
| 9/8/23 | Charis | Reviewed JFPO; made edits gathered documents to produce for trial | 2.00 | $900.00 |
| 9/10/23 | Charis | Review and revise JFPTO; Correspondence w/co-counsel; | 2.00 | $900.00 |

LEE LEGAL GROUP PLLC
1133 Fairfax St. Flint, MI 48505 (810) 513 9257 Charis@leebusinesslaw.com

| | | | | |
|---|---|---|---|---|
| 9/11/23 | Charis | Correspondence w/co-counsel; Telephone conference w/co-counsel; Review and revise JFPO; | 1.00 | $450.00 |
| 9/12/23 | Charis | Correspondence w/co-counsel; | 0.50 | $225.00 |
| 9/12/23 | Charis | Draft MIL send to co-counsel to review | 7.00 | $3,150.00 |
| 9/13/23 | Charis | Correspondence w/co-counsel; Review and revise motion in limine; | 1.00 | $450.00 |
| 9/18/23 | Charis | Correspondence w/client; Travel to and attend final pretrial/settlement conference; | 6.00 | $2,700.00 |
| 9/21/23 | Charis | Draft responses to MIL (2) | 6.00 | $2,700.00 |
| 9/19/23 | Charis | Telephone conference w/client; Correspondence w/counsel | 2.50 | $1,125.00 |
| 9/25/23 | Charis | Correspondence with Co-Counsel | 1.00 | $450.00 |
| 9/27/23 | Charis | Review and finalize Jury instructions | 1.00 | $450.00 |
| 9/28/23 | Charis | Discussion w/ client regarding accommodation; discussion with co-counsel regarding case strategy. | 1.50 | $675.00 |
| 9/29/23 | Charis | Review Def's MIL Response; | 2.00 | $900.00 |
| 10/1/23 | Charis | Trial Prep | 7.00 | $3,150.00 |
| 10/2/23 | Charis | Trial prep | 8.00 | $3,600.00 |
| 10/3/23 | Charis | Trial prep | 8.00 | $3,600.00 |
| 10/4/23 | Charis | Trial prep with Client | 8.00 | $3,600.00 |
| 10/5/23 | Charis | Trial prep with client | 5.00 | $2,250.00 |
| 10/6/23 | Charis | Trial prep Mock Trial and jury | 5.00 | $2,250.00 |
| 10/7/23 | Charis | Trial prep | 9.00 | $4,050.00 |
| 10/9/23 | Charis | Trial prep | 6.00 | $2,700.00 |
| 10/10/23 | Charis | Trial Prep | 10.00 | $4,500.00 |

LEE LEGAL GROUP PLLC
1133 Fairfax St. Flint, MI 48505 (810) 513 9257 Charis@leebusinesslaw.com

| | | | | |
|---|---|---|---|---|
| 10/11/23 | Charis | Trial day one and evening prep | 9.00 | $4,050.00 |
| 10/12/23 | Charis | Trial day two and evening prep | 10.00 | $4,500.00 |
| 10/13/23 | Charis | Trial day 3 evening prep | 8.00 | $3,600.00 |
| 10/14/23 | Charis | Trial prep | 8.00 | $3,600.00 |
| 10/16/23 | Charis | Trail day 4 and evening prep | 10.00 | $4,500.00 |
| 10/17/23 | Charis | Trial day 5 and evening prep | 10.00 | $4,500.00 |
| 10/18/23 | Charis | Trial day 6 and Closing prep | 10.00 | $4,500.00 |
| 10/19/23 | Charis | Trial day 7 and jury deliberations | 6.00 | $2,700.00 |

**Time Summary for Legal Fees 9-2021-10-2023**

| Professional | Total Billed Hours | Total |
|---|---|---|
| Attorney Charis Lee | 462.15 | $207,968 |

## *Monthly Printing Expenses*

| Month | Number of copies | Rate | Total |
|---|---|---|---|
| September-21 | 250 | 0.025 | $6.25 |
| October-21 | 161 | 0.025 | $4.03 |
| November-21 | 1256 | 0.025 | $31.40 |
| December-21 | 75 | 0.025 | $1.88 |
| January-22 | 82 | 0.025 | $2.05 |
| February-22 | 29 | 0.025 | $0.73 |
| March-22 | 10 | 0.025 | $0.25 |
| April-22 | 34 | 0.025 | $0.85 |
| June-22 | 200 | 0.025 | $5.00 |
| July-22 | 121 | 0.025 | $3.03 |
| August-22 | 33 | 0.025 | $0.83 |
| September-22 | 45 | 0.025 | $1.13 |
| October-22 | 400 | 0.025 | $10.00 |

LEE LEGAL GROUP PLLC
1133 Fairfax St. Flint, MI 48505 (810) 513 9257 Charis@leebusinesslaw.com

| | | | |
|---|---|---|---|
| November-22 | 10 | 0.025 | $0.25 |
| December-22 | 265 | 0.025 | $6.63 |
| January-23 | 65 | 0.025 | $1.63 |
| February-23 | 29 | 0.025 | $0.73 |
| March-23 | 10 | 0.025 | $0.25 |
| April-23 | 34 | 0.025 | $0.85 |
| June-23 | 200 | 0.025 | $5.00 |
| July-23 | 121 | 0.025 | $3.03 |
| August-23 | 1133 | 0.025 | $28.33 |
| September-23 | 45 | 0.025 | $1.13 |
| October-23 | 1578 | 0.025 | $39.45 |

**Total Monthly Printing Expenses** **$154.65**

## *Additional Fees*

| | | | | |
|---|---|---|---|---|
| Lee Medical Bill | | | | $90 |
| 10/6/2023 Mock Jury | 8 people | $30 | | $240 |
| Parking | 13 days of court in Detroit | $20 | $ | 260 |
| **Total Additional Fees** | | | | **$590** |

**Grand Total** **$208,712**

# Attorneys Tad Roumayah and Jenna Sheena's Hours

SOMMERS SCHWARTZ

**S2 Work in Process**

007845 - 000001

Poplar, Donna - Genesee County Road Commission

**Billing Timekeeper**
0189 Roumayah, Tad T
**Originating Timekeeper(s):**
Roumayah, Tad T

# FEES

| Date | Tkpr | Hours Worked | Hours to Bill | Rate | Amount | Narrative | Task Code | Activity Code |
|---|---|---|---|---|---|---|---|---|
| 07/24/2023 | 0189 | 3.00 | 3.00 | 650.00 | $1,950.00 | Summarize Fred Peivandi dep transcript; | | |
| 07/25/2023 | 0189 | 4.00 | 4.00 | 650.00 | $2,600.00 | Telephone discussion w/co-counsel; Prepare dep summary of Fred Peivandi dep; | | |
| 07/26/2023 | 0461 | 2.00 | 2.00 | 250.00 | $500.00 | Began summarizing deps. | | |
| 07/27/2023 | 0461 | 3.00 | 3.00 | 250.00 | $750.00 | Reviewed case file; began summarizing dep. | | |
| 07/28/2023 | 0461 | 4.00 | 4.00 | 250.00 | $1,000.00 | Continued summarizing deps. | | |
| 08/04/2023 | 0189 | 0.50 | 0.50 | 650.00 | $325.00 | Summarize Peivandi dep transcript; | | |
| 08/08/2023 | 0461 | 0.20 | 0.20 | 250.00 | $50.00 | Completed pre-settlement summary; sent to TTR for review. | | |
| 08/19/2023 | 0461 | 1.00 | 1.00 | 250.00 | $250.00 | Continued summarizing dep. | | |
| 08/22/2023 | 0189 | 0.30 | 0.30 | 650.00 | $195.00 | Correspondence w/court; | | |
| 08/23/2023 | 0189 | 2.00 | 2.00 | 650.00 | $1,300.00 | Research case law on elements of claims; | | |
| 08/23/2023 | 0461 | 0.40 | 0.40 | 250.00 | $100.00 | Researched federal jury instructions for TTR. | | |
| 08/24/2023 | 0189 | 3.00 | 3.00 | 650.00 | $1,950.00 | Summarize Fred Peivandi Deposition Transcript; Correspondence w/co-counsel; Research case law; | | |
| 08/28/2023 | 0189 | 0.50 | 0.50 | 650.00 | $325.00 | Correspondence w/co-counsel; Review documents; | | |
| 08/30/2023 | 0189 | 1.00 | 1.00 | 650.00 | $650.00 | Correspondence w/co-counsel; Review pretrial order requirements; | | |
| 08/30/2023 | 0461 | 0.20 | 0.20 | 250.00 | $50.00 | Attention to TTR email RE agenda. | | |
| 09/01/2023 | 0461 | 5.50 | 5.50 | 250.00 | $1,375.00 | Prepared for meeting; attended meeting with co-counsel RE trial prep. | | |
| 09/01/2023 | 0189 | 4.00 | 4.00 | 650.00 | $2,600.00 | Attend trial prep meeting w/co-counsel; | | |
| 09/05/2023 | 0461 | 5.00 | 5.00 | 250.00 | $1,250.00 | Drafted JFPO; sent to TTR for review. | | |
| 09/06/2023 | 0461 | 0.50 | 0.50 | 250.00 | $125.00 | Reviewed TTR edits to JFPO. | | |
| 09/06/2023 | 0189 | 4.00 | 4.00 | 650.00 | $2,600.00 | Review medical records; Revise JFPO; Revise motion in limine; Correspondence w/JHS; Correspondence w/co-counsel; | | |
| 09/07/2023 | 0189 | 2.00 | 2.00 | 650.00 | $1,300.00 | Review edits to JFPO; Attend conference w/counsel; | | |

SOMMERS SCHWARTZ

**S2 Work in Process**

007845 - 000001

Poplar, Donna - Genesee County Road Commission

**Billing Timekeeper**
0189 Roumayah, Tad T
**Originating Timekeeper(s):**
Roumayah, Tad T

# FEES

| Date | Tkpr | Hours Worked | Hours to Bill | Rate | Amount | Narrative | Task Code | Activity Code |
|---|---|---|---|---|---|---|---|---|
| 09/07/2023 | 0461 | 2.00 | 2.00 | 250.00 | $500.00 | Reviewed edits to JFPO; attended conference with OC; discuss case with TTR throughout day. | | |
| 09/08/2023 | 0461 | 3.00 | 3.00 | 250.00 | $750.00 | Reviewed JFPO; combined def JFPO; made edits to exhibits; made further edits; sent back to TTR for review; prepared in draft form and sent to OC. | | |
| 09/08/2023 | 0189 | 2.00 | 2.00 | 650.00 | $1,300.00 | Correspondence w/JHS; Correspondence w/co-counsel; Review JFPO; | | |
| 09/10/2023 | 0189 | 0.50 | 0.50 | 650.00 | $325.00 | Reviev and revise JFPTO; Correspondence w/co-counsel; | | |
| 09/11/2023 | 0189 | 2.50 | 2.50 | 650.00 | $1,625.00 | Correspondence w/co-counsel; Telephone conference w/co-counsel; Review and revise JFPO; | | |
| 09/12/2023 | 0189 | 1.00 | 1.00 | 650.00 | $650.00 | Correspondence w/co-counsel; Research trial subpoenas; | | |
| 09/13/2023 | 0189 | 4.00 | 4.00 | 650.00 | $2,600.00 | Correspondence w/co-counsel; Correspondence w/JHS; Review and revise motion in limine; | | |
| 09/13/2023 | 0461 | 1.50 | 1.50 | 250.00 | $375.00 | Continued summarizing deps. | | |
| 09/14/2023 | 0461 | 5.00 | 5.00 | 250.00 | $1,250.00 | Continued summarizing dep; looked into subpoena issue. | | |
| 09/14/2023 | 0189 | 1.00 | 1.00 | 650.00 | $650.00 | Correspondence w/co-counsel; Review trial subpoena; Correspondence w/JHS; | | |
| 09/15/2023 | 0461 | 4.00 | 4.00 | 250.00 | $1,000.00 | Continued summarizing deps. | | |
| 09/16/2023 | 0461 | 6.00 | 6.00 | 250.00 | $1,500.00 | Continued summarizing deps; began drafting chronology. | | |
| 09/17/2023 | 0461 | 3.00 | 3.00 | 250.00 | $750.00 | Continued summarizing deps; completed chronology. | | |
| 09/18/2023 | 0461 | 6.00 | 6.00 | 250.00 | $1,500.00 | Added documents to timeline; attended final pre-trial conference; finalized subpoenas and had them sent out. | | |
| 09/18/2023 | 0189 | 5.00 | 5.00 | 650.00 | $3,250.00 | Correspondence w/client; Travel to and attend final pretrial conference; | | |
| 09/19/2023 | 0189 | 2.50 | 2.50 | 650.00 | $1,625.00 | Correspondence w/JHS; Telephone conference w/client; Correspondence w/co -counsel; | | |
| 09/19/2023 | 0461 | 0.40 | 0.40 | 250.00 | $100.00 | Call with TTR RE settlement discussions. | | |
| 09/19/2023 | 0461 | 2.00 | 2.00 | 250.00 | $500.00 | Discuss case with TTR throughout day; calculated subpoena fees; reviewed jury instructions. | | |

SOMMERS SCHWARTZ

**S2 Work in Process**

007845 - 000001

Poplar, Donna - Genesee County Road Commission

**Billing Timekeeper**
0189 Roumayah, Tad T
**Originating Timekeeper(s):**
Roumayah, Tad T

## FEES

| Date | Tkpr | Hours Worked | Hours to Bill | Rate | Amount | Narrative | Task Code | Activity Code |
|---|---|---|---|---|---|---|---|---|
| 09/20/2023 | 0461 | 4.00 | 4.00 | 250.00 | $1,000.00 | Discuss case with TTR; attention to emails and notices from court; began summarizing John M. dep; looked at instructions for jury instructions | | |
| 09/20/2023 | 0189 | 1.00 | 1.00 | 650.00 | $650.00 | Correspondence w/co-counsel; Correspondence w/client; Review trial subpoenas; | | |
| 09/21/2023 | 0189 | 3.00 | 3.00 | 650.00 | $1,950.00 | Correspondence w/client; Correspondence w/co-counsel; Correspondence w/JHS; | | |
| 09/21/2023 | 0461 | 4.00 | 4.00 | 250.00 | $1,000.00 | Discuss case with TTR throughout day; drafted additional subpoenas; continued summarizing deps. | | |
| 09/22/2023 | 0461 | 4.00 | 4.00 | 250.00 | $1,000.00 | Attention to emails regarding case; discuss case with TTR; continued summarizing deps; finalized additional subpoenas. | | |
| 09/22/2023 | 0189 | 3.00 | 3.00 | 650.00 | $1,950.00 | Telephone conference w/Seon Thompson; Correspondence w/client; | | |
| 09/25/2023 | 0189 | 6.00 | 6.00 | 650.00 | $3,900.00 | Prepare Peivandi cross exam; Correspondence w/co-counsel; Correspondence w/opposing counsel; Review and revise responses to MIL; | | |
| 09/25/2023 | 0461 | 6.00 | 6.00 | 250.00 | $1,500.00 | Continued summarizing deps; began drafting jury instructions; discuss case with TTR; attention to emails about case. | | |
| 09/26/2023 | 0461 | 6.00 | 6.00 | 250.00 | $1,500.00 | Completed summarizing dep; continued working on jury instructions. | | |
| 09/26/2023 | 0189 | 5.00 | 5.00 | 650.00 | $3,250.00 | Correspondence w/client; Review opposing counsel correspondence; Prepare Peivandi cross exam outline; Telephone conference w/JHS; | | |
| 09/27/2023 | 0189 | 2.00 | 2.00 | 650.00 | $1,300.00 | Telephone conference w/client; Telephone conference w/process server; Correspondence w/client; | | |
| 09/27/2023 | 0461 | 5.00 | 5.00 | 250.00 | $1,250.00 | Completed drafting jury instructions; discuss case with TTR throughout day. | | |
| 09/28/2023 | 0461 | 5.00 | 5.00 | 250.00 | $1,250.00 | Discuss case with TTR throughout day; drafted verdict form; continued summarizing deps. | | |
| 09/28/2023 | 0189 | 6.00 | 6.00 | 650.00 | $3,900.00 | Review and revise pre-trial jury instructions; Correspondence w/co-counsel; Correspondence w/JHS; Prepare doc question outline; Correspondence w/VA attorney RE subpoena; Correspondence w/process server; Research case law; | | |
| 09/29/2023 | 0189 | 5.00 | 5.00 | 650.00 | $3,250.00 | Prepare doc question outline; Review Def's MIL Response; Review Pl's MIL | | |

SOMMERS SCHWARTZ

**S2 Work in Process**

007845 - 000001

Poplar, Donna - Genesee County Road Commission

**Billing Timekeeper**
0189 Roumayah, Tad T
**Originating Timekeeper(s):**
Roumayah, Tad T

# FEES

| Date | Tkpr | Hours Worked | Hours to Bill | Rate | Amount | Narrative | Task Code | Activity Code |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Reply; Correspondence w/lead counsel; Review FREs; | | |
| 10/02/2023 | 0189 | 3.00 | 3.00 | 650.00 | $1,950.00 | Correspondence w/co-counsel; Review and revise jury instructions and opening instruction; Correspondence w/witness Dr. Mekala; Prepare doc question outline; | | |
| 10/02/2023 | 0461 | 4.00 | 4.00 | 250.00 | $1,000.00 | Continued summarizing deps; reviewed proposed J/I. | | |
| 10/03/2023 | 0461 | 5.00 | 5.00 | 250.00 | $1,250.00 | Traveled to and attended motion in liminie hearing/pre-trial conference; conducted further preparations for trial. | | |
| 10/03/2023 | 0189 | 6.00 | 6.00 | 650.00 | $3,900.00 | Travel to and attend settlement conference and MIL hearing; Revise opening jury instruction; Telephone conference w/KV Mathew; Telephone conference w/Donna Robertson; | | |
| 10/04/2023 | 0189 | 4.00 | 4.00 | 650.00 | $2,600.00 | Correspondence w/co-counsel; Conference w/JHS; Revise jury instructions; Research case law; | | |
| 10/04/2023 | 0461 | 4.00 | 4.00 | 250.00 | $1,000.00 | Traveled to court RE technology meeting; continued preparing for trial. | | |
| 10/05/2023 | 0461 | 4.00 | 4.00 | 250.00 | $1,000.00 | Continued preapring for trial. | | |
| 10/05/2023 | 0189 | 4.00 | 4.00 | 650.00 | $2,600.00 | Correspondence w/co-counsel; Prepare jury instructions; Telephone conference w/Dr. Mekala; | | |
| 10/06/2023 | 0189 | 5.00 | 5.00 | 650.00 | $3,250.00 | Correspondence w/co-counsel; Review co-counsel's opening outline; Review voir dire questions; Prepare jury instructions; | | |
| 10/06/2023 | 0461 | 6.00 | 6.00 | 250.00 | $1,500.00 | Prepared for trial; continued working on exhibits; prepared direct exams; calls with lead counsel and TTR throughout day; attention to emails throughout day. | | |
| 10/07/2023 | 0461 | 2.00 | 2.00 | 250.00 | $500.00 | Continued working on exhibits; continued working on dep summaries. | | |
| 10/08/2023 | 0461 | 2.00 | 2.00 | 250.00 | $500.00 | Continued working on exhibits; continued working on dep summaries. | | |
| 10/08/2023 | 0189 | 3.00 | 3.00 | 650.00 | $1,950.00 | Prepare witness exam outlines; | | |
| 10/09/2023 | 0189 | 6.00 | 6.00 | 650.00 | $3,900.00 | Prepare witness examinations; Review trial exhibits; Revise jury instructions; Correspondence w/co-counsel; Correspondence w/opposing counsel; | | |
| 10/09/2023 | 0461 | 8.00 | 8.00 | 250.00 | $2,000.00 | Continued preparing for trial; calls with witnesses; continued working on exhibits; completed direct exam; attention to email and calls throughout the | | |

SOMMERS SCHWARTZ

**S2 Work in Process**

007845 - 000001

Poplar, Donna - Genesee County Road Commission

**Billing Timekeeper**
0189 Roumayah, Tad T
**Originating Timekeeper(s):**
Roumayah, Tad T

# FEES

| Date | Tkpr | Hours Worked | Hours to Bill | Rate | Amount | Narrative | Task Code | Activity Code |
|---|---|---|---|---|---|---|---|---|
| | | | | | | day. | | |
| 10/09/2023 | 0461 | 2.00 | 2.00 | 250.00 | $500.00 | Continued summarizing deps. | | |
| 10/10/2023 | 0461 | 8.00 | 8.00 | 250.00 | $2,000.00 | Prepared for trial. | | |
| 10/10/2023 | 0189 | 6.00 | 6.00 | 650.00 | $3,900.00 | Correspondence w/opposing counsel; Review and revise jury instructions; Correspondence w/lead counsel; Review and provide suggested changes to opening statement; Revise witness examinations; Review trial exhibits; | | |
| 10/11/2023 | 0189 | 11.00 | 11.00 | 650.00 | $7,150.00 | Prepare for, travel to, and attend trial day 1; Prepare cross-exam of Peivandi; | | |
| 10/11/2023 | 0461 | 10.00 | 10.00 | 250.00 | $2,500.00 | Traveled to and from court house; attended day one of trial; continued prepping exams. | | |
| 10/12/2023 | 0461 | 10.00 | 10.00 | 250.00 | $2,500.00 | Traveled to and from trial; attended day two of trial; conducted further drafting of direct exams. | | |
| 10/12/2023 | 0189 | 9.00 | 9.00 | 650.00 | $5,850.00 | Travel to and attend trial day 2; Prepare witness examinations; Prepare jury instructions; Correspondence w/co-counsel; Telephone conference w/opposing counsel; Correspondence w/opposing counsel; | | |
| 10/13/2023 | 0461 | 8.00 | 8.00 | 250.00 | $2,000.00 | Traveled to and from court house; attended day 3 of trial. | | |
| 10/13/2023 | 0189 | 9.00 | 9.00 | 650.00 | $5,850.00 | Travel to and attend trial day 3; Prepare jury instructions; | | |
| 10/14/2023 | 0461 | 2.00 | 2.00 | 250.00 | $500.00 | Continued trial prep. | | |
| 10/15/2023 | 0461 | 2.00 | 2.00 | 250.00 | $500.00 | Continued trial prep. | | |
| 10/16/2023 | 0189 | 9.00 | 9.00 | 650.00 | $5,850.00 | Correspondence w/opposing counsel; Travel to and attend trial day 4; Prepare jury instructions; | | |
| 10/16/2023 | 0461 | 8.00 | 8.00 | 250.00 | $2,000.00 | Traveled to and from court; Attended day 4 of trial | | |
| 10/17/2023 | 0189 | 10.00 | 10.00 | 650.00 | $6,500.00 | Travel to and attend trial day 5; Review and research jury instructions; | | |
| 10/17/2023 | 0461 | 8.00 | 8.00 | 250.00 | $2,000.00 | Traveled to and from court house; attended day 5 of trial. | | |
| 10/18/2023 | 0461 | 10.00 | 10.00 | 250.00 | $2,500.00 | Traveled to and from court house; attended day 6 of trial and post trial conference. | | |
| 10/18/2023 | 0189 | 11.00 | 11.00 | 650.00 | $7,150.00 | Travel to and attend trial; Review jury instructions and verdict form; Prepare | | |

SOMMERS SCHWARTZ

**S2 Work in Process**

007845 - 000001

Poplar, Donna - Genesee County Road Commission

**Billing Timekeeper**
0189 Roumayah, Tad T
**Originating Timekeeper(s):**
Roumayah, Tad T

# FEES

| Date | Tkpr | Hours Worked | Hours to Bill | Rate | Amount | Narrative | Task Code | Activity Code |
|---|---|---|---|---|---|---|---|---|
| | | | | | | closing argument outline; Correspondence w/co-counsel; | | |
| 10/19/2023 | 0189 | 9.00 | 9.00 | 650.00 | $5,850.00 | Travel to and attend trial; | | |
| 10/19/2023 | 0461 | 10.00 | 10.00 | 250.00 | $2,500.00 | Traveled to and from court house; attended day 7 of trial. | | |
| 10/20/2023 | 0461 | 5.00 | 5.00 | 250.00 | $1,250.00 | Traveled to and from court house; attended day 8 of trial. | | |
| 10/20/2023 | 0189 | 4.00 | 4.00 | 650.00 | $2,600.00 | Travel to and attend trial; | | |
| 10/23/2023 | 0189 | 1.50 | 1.50 | 650.00 | $975.00 | Review authorities RE motion for attorney fees; Correspondence w/JHS; | | |
| 10/23/2023 | 0461 | 4.00 | 4.00 | 250.00 | $1,000.00 | Discuss outcome of case; attention to emails RE verdict; began preparing draft RE motion for attorney fees. | | |
| 10/24/2023 | 0461 | 6.00 | 6.00 | 250.00 | $1,500.00 | Continued working on motion for attorney fees. | | |
| 10/24/2023 | 0189 | 0.50 | 0.50 | 650.00 | $325.00 | Correspondence w/JHS re fee motion; Conference w/JHS; | | |
| 10/25/2023 | 0461 | 6.00 | 6.00 | 250.00 | $1,500.00 | Continued working on motion for attorney fees. | | |
| 10/26/2023 | 0461 | 2.00 | 2.00 | 250.00 | $500.00 | Reviewed invocies for motion; researched case law; discuss motion with TTR; call with Ms. Lee. | | |
| 11/01/2023 | 0461 | 4.00 | 4.00 | 250.00 | $1,000.00 | Continued reserach on motion for attorney fees. | | |
| 11/02/2023 | 0461 | 0.50 | 0.50 | 250.00 | $125.00 | Continued gathering docs RE motion for attorney fees. | | |
| 11/03/2023 | 0461 | 6.00 | 6.00 | 250.00 | $1,500.00 | Continued working on motion for attorney fees; conducted research; call with Ms. Lee; reviewed attorney time. | | |
| 11/06/2023 | 0461 | 5.00 | 5.00 | 250.00 | $1,250.00 | Continued working on motion for attorney fees. | | |
| 11/07/2023 | 0461 | 6.00 | 6.00 | 250.00 | $1,500.00 | Continued working on motion for attorney fees. | | |
| 11/08/2023 | 0461 | 8.00 | 8.00 | 250.00 | $2,000.00 | Continued working on motion for attorney fees; conducted research on interest. | | |
| 11/08/2023 | 0189 | 2.00 | 2.00 | 650.00 | $1,300.00 | Correspondence w/JHS; Research case law; Conference w/JHS; | | |
| 11/09/2023 | 0461 | 6.00 | 6.00 | 250.00 | $1,500.00 | Calculated interest; conducted research; continued working on motion for attorney fees. | | |
| 11/10/2023 | 0461 | 6.00 | 6.00 | 250.00 | $1,500.00 | Continued drafting Motion for atty fees. | | |

SOMMERS SCHWARTZ

**S2 Work in Process**

007845 - 000001

Poplar, Donna - Genesee County Road Commission

**Billing Timekeeper**
0189 Roumayah, Tad T
**Originating Timekeeper(s):**
Roumayah, Tad T

## FEES

| Date | Tkpr | Hours Worked | Hours to Bill | Rate | Amount | Narrative | Task Code | Activity Code |
|---|---|---|---|---|---|---|---|---|
| 11/10/2023 | 0189 | 0.50 | 0.50 | 650.00 | $325.00 | Correspondence w/JHS; | | |
| 11/13/2023 | 0461 | 5.00 | 5.00 | 200.00 | $1,000.00 | Completed drafting motion for attorney fees; gathered exhibits; sent to TTR for review. | | |
| 11/13/2023 | 0189 | 3.00 | 3.00 | 500.00 | $1,500.00 | Review and revise motion for attorney fees; Research case law; | | |
| 11/14/2023 | 0189 | 3.00 | 3.00 | 500.00 | $1,500.00 | Correspondence w/JHS; Telephone conference w/Julie Gafkay; Revise motion for attorney fees; | | |

| Timekeepers | HoursWorked | Hours toBill | Rate | Amount |
|---|---|---|---|---|
| 0189 Roumayah, Tad T | 193.30 | 193.30 | $643.88 | $124,745.00 |
| 0461 Sheena, Jenna H | 271.20 | 271.20 | $249.17 | $67,550.00 |
| **FEE TOTALS** | 464.50 | 464.50 | | $192,295.00 |

## EXPENSES

| Date | ExpCode | Amount | Narrative | Task Code | Budget Phase |
|---|---|---|---|---|---|
| 09/18/2023 | 205 | $88.10 | Subpeona ExpensesANTHONY BRANCH | | 0 |
| 09/18/2023 | 205 | $87.12 | Subpeona ExpensesJOHN MANDALERIS | | 0 |
| 09/18/2023 | 205 | $91.48 | Subpeona ExpensesDIANE ROBERTSON | | 0 |
| 09/18/2023 | 205 | $83.09 | Subpeona ExpensesCLOYCE DICKERSON | | 0 |
| 09/18/2023 | 205 | $84.98 | Subpeona ExpensesJOHN DALY | | 0 |
| 09/18/2023 | 205 | $93.82 | Subpeona ExpensesFRED PEIVANDI | | 0 |
| 09/20/2023 | 120 | $46.27 | Local travel TTR 9/18/23 Detroit | | 0 |
| 09/21/2023 | 205 | $41.36 | Subpeona ExpensesDR. SANTHI MEKALAJOHN DINGELL VA MEDICAL | | 0 |

SOMMERS SCHWARTZ

**S2 Work in Process**

007845 - 000001

Poplar, Donna - Genesee County Road Commission

**Billing Timekeeper**
0189 Roumayah, Tad T
**Originating Timekeeper(s):**
Roumayah, Tad T

## EXPENSES

| Date | ExpCode | Amount | Narrative | Task Code | Budget Phase |
|---|---|---|---|---|---|
| | | | CENTER4464 JOHN R STREETDETROIT, MI 48201 | | |
| 09/21/2023 | 205 | $85.30 | Subpeona ExpensesDR. K.V. MATHEW2503 LINDEN ROAD, SUITE 40FLINT, MI 48532 | | 0 |
| 10/03/2023 | 490 | $120.00 | Service feeJUST US PROCESS | | 0 |
| 10/03/2023 | 490 | $75.00 | Service feeJUST US PROCESS | | 0 |
| 10/03/2023 | 490 | $70.00 | Service feeJUST US PROCESS | | 0 |
| 10/03/2023 | 490 | $80.00 | Service feeJUST US PROCESS | | 0 |
| 10/03/2023 | 490 | $60.00 | Service feeJUST US PROCESS | | 0 |
| 10/03/2023 | 490 | $290.00 | Service feeJUST US PROCESS | | 0 |
| 10/04/2023 | 120 | $24.00 | Parking TTR Detroit 10/3/23 | | 0 |
| 10/04/2023 | 120 | $19.04 | Mileage TTR Detroit 10/3/23 | | 0 |
| 10/09/2023 | 490 | $405.00 | Service feeJUST US PROCESS SERVICE | | 0 |
| 10/25/2023 | 120 | $364.68 | Local travel JHS 10/4 & 10/11-10/20/23 Detroit | | 0 |
| 10/25/2023 | 120 | $347.66 | Local travel TTR 10/11 - 10/20/2023 Detroit | | 0 |
| 11/01/2023 | 490 | $80.00 | Service fee Just UsInv # 61019 | | 0 |

| Exp Code | | Amount |
|---|---|---|
| 120 | Local travel | $801.65 |
| 205 | Subpoena Expenses | $655.25 |
| 490 | Service fee | $1,180.00 |

**EXPENSE TOTALS** $2,636.90

SOMMERS SCHWARTZ

# S2 Work in Process

007845 - 000001

Poplar, Donna - Genesee County Road Commission

**Billing Timekeeper**
0189 Roumayah, Tad T
**Originating Timekeeper(s):**
Roumayah, Tad T

| Last Time Entered | Last Exp Entered | Last Bill Sent | Last Pmt Received |
|---|---|---|---|
| 11/14/2023 | 11/01/2023 | 01/01/1900 | 01/01/1900 |

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Bill Total |
|---|---|---|---|---|---|
| **Matter Totals** | 464.50 | 464.50 | $192,295.00 | $2,636.90 | $194,931.90 |

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Bill Total |
|---|---|---|---|---|---|
| **Client Totals** | 464.50 | 464.50 | $192,295.00 | $2,636.90 | $194,931.90 |

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Bill Total |
|---|---|---|---|---|---|
| **Report Totals** | 464.50 | 464.50 | $192,295.00 | $2,636.90 | $194,931.90 |

# Judge Julie Gafkay's Hours

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | MATTER |
|---|---|---|---|---|---|---|---|
| Time<br>review notes from co counsel attend hearing review briefs | NOT BILLABLE | 3/21/2023 | 5 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| Time<br>finalize for filing summary judgment brief | NOT BILLABLE | 1/22/2023 | 3 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| Time<br>judge's copy and highlight exhibits | NOT BILLABLE | 12/14/2022 | 3 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| Time<br>Motion to Strike | NOT BILLABLE | 12/11/2022 | 3 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| Time<br>review sj draft | NOT BILLABLE | 12/5/2022 | 2 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| Time<br>argument section for summary judgment brief | NOT BILLABLE | 12/4/2022 | 6 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| Time<br>review Motion for SJ and tc with cocounsel | NOT BILLABLE | 11/28/2022 | 3 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| Time<br>deposition of Mr. Daly - prep with coucounsel and attend | NOT BILLABLE | 9/23/2022 | 1.25 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | MATTER |
|---|---|---|---|---|---|---|---|
| Time<br>deposition of Monica Pearson | NOT BILLABLE | 9/16/2022 | 1.5 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| Time<br>several communications with co counsel and def counsel regarding DME stipulation, research DME issue | NOT BILLABLE | 8/12/2022 | 1.5 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| Time<br>draft stipulation language which is agreeable | NOT BILLABLE | 8/10/2022 | 0.5 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| Time<br>phone conf. with court regarding def motion for DME, discussion with counsel regarding motion | NOT BILLABLE | 8/3/2022 | 0.5 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| Time<br>PRE-MOTION CONFERENCE ON DEF MTN FOR DME WITH COURT | NOT BILLABLE | 8/3/2022 | 0.25 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| Time<br>review presettlement confidential statement and def email regarding settlement | NOT BILLABLE | 8/1/2022 | 1 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | MATTER |
|---|---|---|---|---|---|---|---|
| Time<br>pc with cocounsel and plaintiff, emails to def re: mental exam | NOT BILLABLE | 7/22/2022 | 2 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| Time<br>attend deposition dep of CD in Flint | NOT BILLABLE | 7/21/2022 | 3.5 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| Time<br>draft and review documents for RTP response | NOT BILLABLE | 7/20/2022 | 3 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| Time<br>prepare for dep of Board member - JM; attend and conduct deposition | NOT BILLABLE | 7/19/2022 | 4 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| Time<br>go over RTP and notes for dep of bd member | NOT BILLABLE | 7/18/2022 | 1 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| Time<br>dep of Def FP, attend dep of RD, review notes and prepare beforehand, discuss with cocounsel after | NOT BILLABLE | 7/14/2022 | 10 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| Time<br>dep prep | NOT BILLABLE | 7/13/2022 | 6 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | MATTER |
|---|---|---|---|---|---|---|---|
| Time<br>prepare for depositions | NOT BILLABLE | 7/10/2022 | 2 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| Time<br>review int. | NOT BILLABLE | 7/6/2022 | 0.75 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| Time<br>pc with co counsel | NOT BILLABLE | 6/25/2022 | 0.5 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| Time<br>plaintiff's dep in flint | NOT BILLABLE | 6/10/2022 | 10 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| Time<br>dep prep | NOT BILLABLE | 6/7/2022 | 4 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| Time<br>prepare for dep, meet with cocounsel, deposition of Michael lewis | NOT BILLABLE | 4/7/2022 | 6 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| Time<br>review first set of discovery | NOT BILLABLE | 3/21/2022 | 0.75 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| Time<br>tc with cocounsel | NOT BILLABLE | 3/21/2022 | 0.5 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| Time<br>status conference with Court and tc with CL | NOT BILLABLE | 2/22/2022 | 1 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | MATTER |
|---|---|---|---|---|---|---|---|
| Time<br>amend complaint | NOT BILLABLE | 2/14/2022 | 3 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| Time<br>review file, draft first amended complaint | NOT BILLABLE | 2/9/2022 | 3 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| Time<br>appearance, review disclosures, communications with co counsel | NOT BILLABLE | 2/8/2022 | 1.5 | $0.00 | $0.00 | JG | co-counsel with Charis Lee |
| | | | 94.00 | | $0.00 USD | | |