# EXHIBIT L

# Attorney Charis Lee’s Hours

| Date | Name | Description | Hours | Fee |
|---|---|---|---|---|
| 11/17/2023 | Charis | Review of Email from Atty Pricket and review of Motion for renewed JMOL | 2 | $900.00 |
| 11/18/2023 | Charis | Discussion with Client Poplar re: JMOL | 1 | $450.00 |
| 11/20/2023 | Charis | Review of Notice of Determination of Motion Without Oral Argument and notify client of the same | 1 | $450.00 |
| 12/11/2023 | Charis | Review and discussion of Draft Response to JMOL and discussion with client re: the same | 1 | $450.00 |
| 12/14/2023 | Charis | Emails between co-counsel TR re Response to JMOL | 0.5 | $225.00 |
| 1/12/2024 | Charis | Review of Reply and Discussion with Client re: the same | 1.5 | $675.00 |
| 5/6/2024 | Charis | Review of Attorney fee order and explanation to client of the same | 0.5 | $225.00 |
| 9/24/2024 | Charis | Review of Memorandum opinion and order Re JMOL and explanation to client of the same. | 2 | $900.00 |

# Attorneys Tad Roumayah, Jenna Sheena, and Ramona Howard’s Hours

## Billing Timekeeper: TTR Tad T Roumayah

## Prebill Information:

| | | | | |
|---|---|---|---|---|
| **Client** | 007845 | Poplar, Donna | **Prebill number** | 85707 |
| **Matter** | 000001 | Genesee County Road Commission | **For date range** | 1/1/1979 - 10/31/2024 |
| **Bill Format** | MOS2 | T500 No Rate or Amount; No Expense Recap-modfied | | |

| | | | |
|---|---|---|---|
| Amount of last bill | $0.00 | Date of last bill | 1/1/1900 |
| Payments applied since last bill | $0.00 | Date of last payment | 1/1/1900 |
| Account adjustments since last bill | $0.00 | Amount of last payment | $0.00 |
| Net balance brought forward | $0.00 | Date of last statement | 1/1/1900 |
| | | Trust funds remaining | $0.00 |

AGING OF NET BALANCE BROUGHT FORWARD

| 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121 & up |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Historical Information:

| | YEAR TO DATE | INCEPTION TO DATE |
|---|---|---|
| Expenses Entered | $38.40 | $4,050.50 |
| Expense Markdowns | $0.00 | $0.00 |
| Expenses Billed | $0.00 | $0.00 |
| Expense Adjustments | $0.00 | $0.00 |
| Expenses Received | $0.00 | $0.00 |
| Fees Entered | $21,220.00 | $257,042.50 |
| Fee Markdowns | $0.00 | $0.00 |
| Fees Billed | $0.00 | $0.00 |
| Fee Adjustments | $0.00 | $0.00 |
| Fees Received | $0.00 | $0.00 |
| Nonbillable Hours | 0.00 | 0.00 |
| Worked Hours | 19.00 | 647.60 |
| Worked Hours Billed | 0.00 | 0.00 |
| Billable Hours | 19.00 | 647.60 |
| Hours Billed | 0.00 | 0.00 |
| Markdowns | $0.00 | $0.00 |
| Adjustments | $0.00 | $0.00 |
| Total Amount Billed | $0.00 | $0.00 |

## Action to be taken on this bill:

- [ ] None
- [ ] Full Detail (bill fees and expenses showing their line item detail)
- [ ] Expense only (hold all fees)
- [ ] Summary bill (bill all fees and expenses but omit line item detail, replace with text as defined by Billing

DRAFT BILL FOLLOWS - THIS PAGE FOR INTERNAL USE ONLY

☐ Summary bill (bill all fees and expenses but omit FEE line item detail, replace with text as defined by

DRAFT BILL FOLLOWS - THIS PAGE FOR INTERNAL USE ONLY

SOMMERS SCHWARTZ

One Towne Square, Suite 1700
Southfield, MI 48076-3739
248-355-0300
Fax: 248-746-4001
www.sommerspc.com

October/07/2024

| | |
|---|---|
| Prebill # | 85707 |
| Client # | 007845 |
| Billing through | 10/31/2024 |

Donna Poplar
5277 Kimberly Woods Circle
Flint, MI 58076

**employment litigation**

PROFESSIONAL SERVICES

| | | | | HOURS | | |
|---|---|---|---|---|---|---|
| **Bill** | | | | | | |
| 0189 | 7/24/2023 | | 3.00 | 3.00 | 650.00 | $1,950.00 |
| 7/24/2023 | TTR | Summarize Fred Peivandi dep transcript; | | 3.00 | | |
| **Bill** | | | | | | |
| 0189 | 7/25/2023 | | 4.00 | 4.00 | 650.00 | $2,600.00 |
| 7/25/2023 | TTR | Telephone discussion w/co-counsel; Prepare dep summary of Fred Peivandi dep; | | 4.00 | | |
| **Bill** | | | | | | |
| 0461 | 7/26/2023 | | 2.00 | 2.00 | 250.00 | $500.00 |
| 7/26/2023 | JHS | Began summarizing deps. | | 2.00 | | |
| **Bill** | | | | | | |
| 0461 | 7/27/2023 | | 3.00 | 3.00 | 250.00 | $750.00 |
| 7/27/2023 | JHS | Reviewed case file; began summarizing dep. | | 3.00 | | |
| **Bill** | | | | | | |
| 0461 | 7/28/2023 | | 4.00 | 4.00 | 250.00 | $1,000.00 |
| 7/28/2023 | JHS | Continued summarizing deps. | | 4.00 | | |
| **Bill** | | | | | | |
| 0189 | 8/4/2023 | | 0.50 | 0.50 | 650.00 | $325.00 |
| 8/4/2023 | TTR | Summarize Peivandi dep transcript; | | 0.50 | | |
| **Bill** | | | | | | |
| 0461 | 8/8/2023 | | 0.20 | 0.20 | 250.00 | $50.00 |
| 8/8/2023 | JHS | Completed pre-settlement summary; sent to TTR for review. | | 0.20 | | |
| **Bill** | | | | | | |
| 0461 | 8/19/2023 | | 1.00 | 1.00 | 250.00 | $250.00 |
| 8/19/2023 | JHS | Continued summarizing dep. | | 1.00 | | |

**Bill**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0189 | 8/22/2023 | | 0.30 | 0.30 | 650.00 | $195.00 |

8/22/2023 TTR Correspondence w/court; 0.30

**Bill**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0189 | 8/23/2023 | | 2.00 | 2.00 | 650.00 | $1,300.00 |

8/23/2023 TTR Research case law on elements of claims; 2.00

**Bill**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0461 | 8/23/2023 | | 0.40 | 0.40 | 250.00 | $100.00 |

JHS Researched federal jury instructions for TTR. 0.40

**Bill**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0189 | 8/24/2023 | | 3.00 | 3.00 | 650.00 | $1,950.00 |

8/24/2023 TTR Summarize Fred Peivandi Deposition Transcript; Correspondence w/co-counsel; Research case law; 3.00

**Bill**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0189 | 8/28/2023 | | 0.50 | 0.50 | 650.00 | $325.00 |

8/28/2023 TTR Correspondence w/co-counsel; Review documents; 0.50

**Bill**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0189 | 8/30/2023 | | 1.00 | 1.00 | 650.00 | $650.00 |

8/30/2023 TTR Correspondence w/co-counsel; Review pretrial order requirements; 1.00

**Bill**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0461 | 8/30/2023 | | 0.20 | 0.20 | 250.00 | $50.00 |

JHS Attention to TTR email RE agenda. 0.20

**Bill**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0189 | 9/1/2023 | | 4.00 | 4.00 | 650.00 | $2,600.00 |

9/1/2023 TTR Attend trial prep meeting w/co-counsel; 4.00

**Bill**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0461 | 9/1/2023 | | 5.50 | 5.50 | 250.00 | $1,375.00 |

JHS Prepared for meeting; attended meeting with co-counsel RE trial prep. 5.50

**Bill**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0461 | 9/5/2023 | | 5.00 | 5.00 | 250.00 | $1,250.00 |

9/5/2023 JHS Drafted JFPO; sent to TTR for review. 5.00

**Bill**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0189 | 9/6/2023 | | 4.00 | 4.00 | 650.00 | $2,600.00 |

9/6/2023 TTR Review medical records; Revise JFPO; Revise motion in limine; Correspondence w/JHS; Correspondence w/co-counsel; 4.00

**Bill**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0461 | 9/6/2023 | | | 0.50 | 0.50 | 250.00 | $125.00 |
| | | JHS | Reviewed TTR edits to JFPO. | | 0.50 | | |
| Bill | | | | | | | |
| 0189 | 9/7/2023 | | | 2.00 | 2.00 | 650.00 | $1,300.00 |
| 9/7/2023 | | TTR | Review edits to JFPO; Attend conference w/counsel; | | 2.00 | | |
| Bill | | | | | | | |
| 0461 | 9/7/2023 | | | 2.00 | 2.00 | 250.00 | $500.00 |
| | | JHS | Reviewed edits to JFPO; attended conference with OC; discuss case with TTR throughout day. | | 2.00 | | |
| Bill | | | | | | | |
| 0189 | 9/8/2023 | | | 2.00 | 2.00 | 650.00 | $1,300.00 |
| 9/8/2023 | | TTR | Correspondence w/JHS; Correspondence w/co-counsel; Review JFPO; | | 2.00 | | |
| Bill | | | | | | | |
| 0461 | 9/8/2023 | | | 3.00 | 3.00 | 250.00 | $750.00 |
| | | JHS | Reviewed JFPO; combined def JFPO; made edits to exhibits; made further edits; sent back to TTR for review; prepared in draft form and sent to OC. | | 3.00 | | |
| Bill | | | | | | | |
| 0189 | 9/10/2023 | | | 0.50 | 0.50 | 650.00 | $325.00 |
| 9/10/2023 | | TTR | Reviev and revise JFPTO; Correspondence w/co-counsel; | | 0.50 | | |
| Bill | | | | | | | |
| 0189 | 9/11/2023 | | | 2.50 | 2.50 | 650.00 | $1,625.00 |
| 9/11/2023 | | TTR | Correspondence w/co-counsel; Telephone conference w/co-counsel; Review and revise JFPO; | | 2.50 | | |
| Bill | | | | | | | |
| 0189 | 9/12/2023 | | | 1.00 | 1.00 | 650.00 | $650.00 |
| 9/12/2023 | | TTR | Correspondence w/co-counsel; Research trial subpoenas; | | 1.00 | | |
| Bill | | | | | | | |
| 0189 | 9/13/2023 | | | 4.00 | 4.00 | 650.00 | $2,600.00 |
| 9/13/2023 | | TTR | Correspondence w/co-counsel; Correspondence w/JHS; Review and revise motion in limine; | | 4.00 | | |
| Bill | | | | | | | |
| 0461 | 9/13/2023 | | | 1.50 | 1.50 | 250.00 | $375.00 |
| | | JHS | Continued summarizing deps. | | 1.50 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Bill** | | | | | | |
| 0189 | 9/14/2023 | | 1.00 | 1.00 | 650.00 | $650.00 |
| 9/14/2023 | TTR | Correspondence w/co-counsel; Review trial subpoena; Correspondence w/JHS; | | 1.00 | | |
| **Bill** | | | | | | |
| 0461 | 9/14/2023 | | 5.00 | 5.00 | 250.00 | $1,250.00 |
| | JHS | Continued summarizing dep; looked into subpoena issue. | | 5.00 | | |
| **Bill** | | | | | | |
| 0461 | 9/15/2023 | | 4.00 | 4.00 | 250.00 | $1,000.00 |
| 9/15/2023 | JHS | Continued summarizing deps. | | 4.00 | | |
| **Bill** | | | | | | |
| 0461 | 9/16/2023 | | 6.00 | 6.00 | 250.00 | $1,500.00 |
| 9/16/2023 | JHS | Continued summarizing deps; began drafting chronology. | | 6.00 | | |
| **Bill** | | | | | | |
| 0461 | 9/17/2023 | | 3.00 | 3.00 | 250.00 | $750.00 |
| 9/17/2023 | JHS | Continued summarizing deps; completed chronology. | | 3.00 | | |
| **Bill** | | | | | | |
| 0189 | 9/18/2023 | | 5.00 | 5.00 | 650.00 | $3,250.00 |
| 9/18/2023 | TTR | Correspondence w/client; Travel to and attend final pretrial conference; | | 5.00 | | |
| **Bill** | | | | | | |
| 0461 | 9/18/2023 | | 6.00 | 6.00 | 250.00 | $1,500.00 |
| | JHS | Added documents to timeline; attended final pre-trial conference; finalized subpoenas and had them sent out. | | 6.00 | | |
| **Bill** | | | | | | |
| 0189 | 9/19/2023 | | 2.50 | 2.50 | 650.00 | $1,625.00 |
| 9/19/2023 | TTR | Correspondence w/JHS; Telephone conference w/client; Correspondence w/co-counsel; | | 2.50 | | |
| **Bill** | | | | | | |
| 0461 | 9/19/2023 | | 0.40 | 0.40 | 250.00 | $100.00 |
| | JHS | Call with TTR RE settlement discussions. | | 0.40 | | |
| **Bill** | | | | | | |
| 0461 | 9/19/2023 | | 2.00 | 2.00 | 250.00 | $500.00 |
| | JHS | Discuss case with TTR throughout day; calculated subpoena fees; reviewed jury instructions. | | 2.00 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Bill** | | | | | | | |
| 0189 | 9/20/2023 | | | 1.00 | 1.00 | 650.00 | $650.00 |
| 9/20/2023 | TTR | Correspondence w/co-counsel; Correspondence w/client; Review trial subpoenas; | 1.00 | | | | |
| **Bill** | | | | | | | |
| 0461 | 9/20/2023 | | | 4.00 | 4.00 | 250.00 | $1,000.00 |
| | JHS | Discuss case with TTR; attention to emails and notices from court; began summarizing John M. dep; looked at instructions for jury instructions | 4.00 | | | | |
| **Bill** | | | | | | | |
| 0189 | 9/21/2023 | | | 3.00 | 3.00 | 650.00 | $1,950.00 |
| 9/21/2023 | TTR | Correspondence w/client; Correspondence w/co-counsel; Correspondence w/JHS; | 3.00 | | | | |
| **Bill** | | | | | | | |
| 0461 | 9/21/2023 | | | 4.00 | 4.00 | 250.00 | $1,000.00 |
| | JHS | Discuss case with TTR throughout day; drafted additional subpoenas; continued summarizing deps. | 4.00 | | | | |
| **Bill** | | | | | | | |
| 0189 | 9/22/2023 | | | 3.00 | 3.00 | 650.00 | $1,950.00 |
| 9/22/2023 | TTR | Telephone conference w/Seon Thompson; Correspondence w/client; | 3.00 | | | | |
| **Bill** | | | | | | | |
| 0461 | 9/22/2023 | | | 4.00 | 4.00 | 250.00 | $1,000.00 |
| | JHS | Attention to emails regarding case; discuss case with TTR; continued summarizing deps; finalized additional subpoenas. | 4.00 | | | | |
| **Bill** | | | | | | | |
| 0189 | 9/25/2023 | | | 6.00 | 6.00 | 650.00 | $3,900.00 |
| 9/25/2023 | TTR | Prepare Peivandi cross exam; Correspondence w/co-counsel; Correspondence w/opposing counsel; Review and revise responses to MIL; | 6.00 | | | | |
| **Bill** | | | | | | | |
| 0461 | 9/25/2023 | | | 6.00 | 6.00 | 250.00 | $1,500.00 |
| | JHS | Continued summarizing deps; began drafting jury instructions; discuss case with TTR; attention to emails about case. | 6.00 | | | | |
| **Bill** | | | | | | | |
| 0189 | 9/26/2023 | | | 5.00 | 5.00 | 650.00 | $3,250.00 |
| 9/26/2023 | TTR | Correspondence w/client; Review opposing counsel correspondence; Prepare Peivandi cross exam outline; Telephone conference w/JHS; | 5.00 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Bill** | | | | | | | |
| 0461 | 9/26/2023 | | | 6.00 | 6.00 | 250.00 | $1,500.00 |
| | JHS | Completed summarizing dep; continued working on jury instructions. | 6.00 | | | | |
| **Bill** | | | | | | | |
| 0189 | 9/27/2023 | | | 2.00 | 2.00 | 650.00 | $1,300.00 |
| 9/27/2023 | TTR | Telephone conference w/client; Telephone conference w/process server; Correspondence w/client; | 2.00 | | | | |
| **Bill** | | | | | | | |
| 0461 | 9/27/2023 | | | 5.00 | 5.00 | 250.00 | $1,250.00 |
| | JHS | Completed drafting jury instructions; discuss case with TTR throughout day. | 5.00 | | | | |
| **Bill** | | | | | | | |
| 0189 | 9/28/2023 | | | 6.00 | 6.00 | 650.00 | $3,900.00 |
| 9/28/2023 | TTR | Review and revise pre-trial jury instructions; Correspondence w/co-counsel; Correspondence w/JHS; Prepare doc question outline; Correspondence w/VA attorney RE subpoena; Correspondence w/process server; Research case law; | 6.00 | | | | |
| **Bill** | | | | | | | |
| 0461 | 9/28/2023 | | | 5.00 | 5.00 | 250.00 | $1,250.00 |
| | JHS | Discuss case with TTR throughout day; drafted verdict form; continued summarizing deps. | 5.00 | | | | |
| **Bill** | | | | | | | |
| 0189 | 9/29/2023 | | | 5.00 | 5.00 | 650.00 | $3,250.00 |
| 9/29/2023 | TTR | Prepare doc question outline; Review Def's MIL Response; Review Pl's MIL Reply; Correspondence w/lead counsel; Review FREs; | 5.00 | | | | |
| **Bill** | | | | | | | |
| 0189 | 10/2/2023 | | | 3.00 | 3.00 | 650.00 | $1,950.00 |
| 10/2/2023 | TTR | Correspondence w/co-counsel; Review and revise jury instructions and opening instruction; Correspondence w/witness Dr. Mekala; Prepare doc question outline; | 3.00 | | | | |
| **Bill** | | | | | | | |
| 0461 | 10/2/2023 | | | 4.00 | 4.00 | 250.00 | $1,000.00 |
| | JHS | Continued summarizing deps; reviewed proposed J/I. | 4.00 | | | | |
| **Bill** | | | | | | | |
| 0189 | 10/3/2023 | | | 6.00 | 6.00 | 650.00 | $3,900.00 |
| 10/3/2023 | TTR | Travel to and attend settlement conference and MIL hearing; Revise opening jury instruction; Telephone | 6.00 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | conference w/KV Mathew; Telephone conference w/Donna Robertson; | | | | |
| **Bill** | | | | | | | |
| 0461 | 10/3/2023 | | | 5.00 | 5.00 | 250.00 | $1,250.00 |
| | | JHS | Traveled to and attended motion in liminie hearing/pre-trial conference; conducted further preparations for trial. | | 5.00 | | |
| **Bill** | | | | | | | |
| 0189 | 10/4/2023 | | | 4.00 | 4.00 | 650.00 | $2,600.00 |
| 10/4/2023 | | TTR | Correspondence w/co-counsel; Conference w/JHS; Revise jury instructions; Research case law; | | 4.00 | | |
| **Bill** | | | | | | | |
| 0461 | 10/4/2023 | | | 4.00 | 4.00 | 250.00 | $1,000.00 |
| | | JHS | Traveled to court RE technology meeting; continued preparing for trial. | | 4.00 | | |
| **Bill** | | | | | | | |
| 0189 | 10/5/2023 | | | 4.00 | 4.00 | 650.00 | $2,600.00 |
| 10/5/2023 | | TTR | Correspondence w/co-counsel; Prepare jury instructions; Telephone conference w/Dr. Mekala; | | 4.00 | | |
| **Bill** | | | | | | | |
| 0461 | 10/5/2023 | | | 4.00 | 4.00 | 250.00 | $1,000.00 |
| | | JHS | Continued preapring for trial. | | 4.00 | | |
| **Bill** | | | | | | | |
| 0189 | 10/6/2023 | | | 5.00 | 5.00 | 650.00 | $3,250.00 |
| 10/6/2023 | | TTR | Correspondence w/co-counsel; Review co-counsel's opening outline; Review voir dire questions; Prepare jury instructions; | | 5.00 | | |
| **Bill** | | | | | | | |
| 0461 | 10/6/2023 | | | 6.00 | 6.00 | 250.00 | $1,500.00 |
| | | JHS | Prepared for trial; continued working on exhibits; prepared direct exams; calls with lead counsel and TTR throughout day; attention to emails throughout day. | | 6.00 | | |
| **Bill** | | | | | | | |
| 0461 | 10/7/2023 | | | 2.00 | 2.00 | 250.00 | $500.00 |
| 10/7/2023 | | JHS | Continued working on exhibits; continued working on dep summaries. | | 2.00 | | |
| **Bill** | | | | | | | |
| 0189 | 10/8/2023 | | | 3.00 | 3.00 | 650.00 | $1,950.00 |
| 10/8/2023 | | TTR | Prepare witness exam outlines; | | 3.00 | | |
| **Bill** | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0461 | 10/8/2023 | | | 2.00 | 2.00 | 250.00 | $500.00 |
| | | JHS | Continued working on exhibits; continued working on dep summaries. | 2.00 | | | |
| **Bill** | | | | | | | |
| 0189 | 10/9/2023 | | | 6.00 | 6.00 | 650.00 | $3,900.00 |
| 10/9/2023 | | TTR | Prepare witness examinations; Review trial exhibits; Revise jury instructions; Correspondence w/co-counsel; Correspondence w/opposing counsel; | 6.00 | | | |
| **Bill** | | | | | | | |
| 0461 | 10/9/2023 | | | 8.00 | 8.00 | 250.00 | $2,000.00 |
| | | JHS | Continued preparing for trial; calls with witnesses; continued working on exhibits; completed direct exam; attention to email and calls throughout the day. | 8.00 | | | |
| **Bill** | | | | | | | |
| 0461 | 10/9/2023 | | | 2.00 | 2.00 | 250.00 | $500.00 |
| | | JHS | Continued summarizing deps. | 2.00 | | | |
| **Bill** | | | | | | | |
| 0189 | 10/10/2023 | | | 6.00 | 6.00 | 650.00 | $3,900.00 |
| 10/10/2023 | | TTR | Correspondence w/opposing counsel; Review and revise jury instructions; Correspondence w/lead counsel; Review and provide suggested changes to opening statement; Revise witness examinations; Review trial exhibits; | 6.00 | | | |
| **Bill** | | | | | | | |
| 0461 | 10/10/2023 | | | 8.00 | 8.00 | 250.00 | $2,000.00 |
| | | JHS | Prepared for trial. | 8.00 | | | |
| **Bill** | | | | | | | |
| 0189 | 10/11/2023 | | | 11.00 | 11.00 | 650.00 | $7,150.00 |
| 10/11/2023 | | TTR | Prepare for, travel to, and attend trial day 1; Prepare cross-exam of Peivandi; | 11.00 | | | |
| **Bill** | | | | | | | |
| 0461 | 10/11/2023 | | | 10.00 | 10.00 | 250.00 | $2,500.00 |
| | | JHS | Traveled to and from court house; attended day one of trial; continued prepping exams. | 10.00 | | | |
| **Bill** | | | | | | | |
| 0189 | 10/12/2023 | | | 9.00 | 9.00 | 650.00 | $5,850.00 |
| 10/12/2023 | | TTR | Travel to and attend trial day 2; Prepare witness examinations; Prepare jury instructions; Correspondence w/co-counsel; Telephone conference w/opposing counsel; Correspondence w/opposing counsel; | 9.00 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Bill** | | | | | | | |
| 0461 | 10/12/2023 | | | 10.00 | 10.00 | 250.00 | $2,500.00 |
| | | JHS | Traveled to and from trial; attended day two of trial; conducted further drafting of direct exams. | 10.00 | | | |
| **Bill** | | | | | | | |
| 0189 | 10/13/2023 | | | 9.00 | 9.00 | 650.00 | $5,850.00 |
| 10/13/2023 | | TTR | Travel to and attend trial day 3; Prepare jury instructions; | 9.00 | | | |
| **Bill** | | | | | | | |
| 0461 | 10/13/2023 | | | 8.00 | 8.00 | 250.00 | $2,000.00 |
| | | JHS | Traveled to and from court house; attended day 3 of trial. | 8.00 | | | |
| **Bill** | | | | | | | |
| 0461 | 10/14/2023 | | | 2.00 | 2.00 | 250.00 | $500.00 |
| 10/14/2023 | | JHS | Continued trial prep. | 2.00 | | | |
| **Bill** | | | | | | | |
| 0461 | 10/15/2023 | | | 2.00 | 2.00 | 250.00 | $500.00 |
| 10/15/2023 | | JHS | Continued trial prep. | 2.00 | | | |
| **Bill** | | | | | | | |
| 0189 | 10/16/2023 | | | 9.00 | 9.00 | 650.00 | $5,850.00 |
| 10/16/2023 | | TTR | Correspondence w/opposing counsel; Travel to and attend trial day 4; Prepare jury instructions; | 9.00 | | | |
| **Bill** | | | | | | | |
| 0461 | 10/16/2023 | | | 8.00 | 8.00 | 250.00 | $2,000.00 |
| | | JHS | Traveled to and from court; Attended day 4 of trial | 8.00 | | | |
| **Bill** | | | | | | | |
| 0189 | 10/17/2023 | | | 10.00 | 10.00 | 650.00 | $6,500.00 |
| 10/17/2023 | | TTR | Travel to and attend trial day 5; Review and research jury instructions; | 10.00 | | | |
| **Bill** | | | | | | | |
| 0461 | 10/17/2023 | | | 8.00 | 8.00 | 250.00 | $2,000.00 |
| | | JHS | Traveled to and from court house; attended day 5 of trial. | 8.00 | | | |
| **Bill** | | | | | | | |
| 0189 | 10/18/2023 | | | 11.00 | 11.00 | 650.00 | $7,150.00 |
| 10/18/2023 | | TTR | Travel to and attend trial; Review jury instructions and verdict form; Prepare closing argument outline; Correspondence w/co-counsel; | 11.00 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Bill** | | | | | | | |
| 0461 | 10/18/2023 | | | 10.00 | 10.00 | 250.00 | $2,500.00 |
| | JHS | Traveled to and from court house; attended day 6 of trial and post trial conference. | 10.00 | | | | |
| **Bill** | | | | | | | |
| 0189 | 10/19/2023 | | | 9.00 | 9.00 | 650.00 | $5,850.00 |
| 10/19/2023 | TTR | Travel to and attend trial; | 9.00 | | | | |
| **Bill** | | | | | | | |
| 0461 | 10/19/2023 | | | 10.00 | 10.00 | 250.00 | $2,500.00 |
| | JHS | Traveled to and from court house; attended day 7 of trial. | 10.00 | | | | |
| **Bill** | | | | | | | |
| 0189 | 10/20/2023 | | | 4.00 | 4.00 | 650.00 | $2,600.00 |
| 10/20/2023 | TTR | Travel to and attend trial; | 4.00 | | | | |
| **Bill** | | | | | | | |
| 0461 | 10/20/2023 | | | 5.00 | 5.00 | 250.00 | $1,250.00 |
| | JHS | Traveled to and from court house; attended day 8 of trial. | 5.00 | | | | |
| **Bill** | | | | | | | |
| 0189 | 10/23/2023 | | | 1.50 | 1.50 | 650.00 | $975.00 |
| 10/23/2023 | TTR | Review authorities RE motion for attorney fees; Correspondence w/JHS; | 1.50 | | | | |
| **Bill** | | | | | | | |
| 0461 | 10/23/2023 | | | 4.00 | 4.00 | 250.00 | $1,000.00 |
| | JHS | Discuss outcome of case; attention to emails RE verdict; began preparing draft RE motion for attorney fees. | 4.00 | | | | |
| **Bill** | | | | | | | |
| 0189 | 10/24/2023 | | | 0.50 | 0.50 | 650.00 | $325.00 |
| 10/24/2023 | TTR | Correspondence w/JHS re fee motion; Conference w/JHS; | 0.50 | | | | |
| **Bill** | | | | | | | |
| 0461 | 10/24/2023 | | | 6.00 | 6.00 | 250.00 | $1,500.00 |
| | JHS | Continued working on motion for attorney fees. | 6.00 | | | | |
| **Bill** | | | | | | | |
| 0461 | 10/25/2023 | | | 6.00 | 6.00 | 250.00 | $1,500.00 |
| 10/25/2023 | JHS | Continued working on motion for attorney fees. | 6.00 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Bill** | | | | | | |
| 0461 | 10/26/2023 | | 2.00 | 2.00 | 250.00 | $500.00 |
| 10/26/2023 | JHS | Reviewed invocies for motion; researched case law; discuss motion with TTR; call with Ms. Lee. | 2.00 | | | |
| **Bill** | | | | | | |
| 0461 | 11/1/2023 | | 4.00 | 4.00 | 250.00 | $1,000.00 |
| 11/1/2023 | JHS | Continued reserach on motion for attorney fees. | 4.00 | | | |
| **Bill** | | | | | | |
| 0461 | 11/2/2023 | | 0.50 | 0.50 | 250.00 | $125.00 |
| 11/2/2023 | JHS | Continued gathering docs RE motion for attorney fees. | 0.50 | | | |
| **Bill** | | | | | | |
| 0461 | 11/3/2023 | | 6.00 | 6.00 | 250.00 | $1,500.00 |
| 11/3/2023 | JHS | Continued working on motion for attorney fees; conducted research; call with Ms. Lee; reviewed attorney time. | 6.00 | | | |
| **Bill** | | | | | | |
| 0461 | 11/6/2023 | | 5.00 | 5.00 | 250.00 | $1,250.00 |
| 11/6/2023 | JHS | Continued working on motion for attorney fees. | 5.00 | | | |
| **Bill** | | | | | | |
| 0461 | 11/7/2023 | | 6.00 | 6.00 | 250.00 | $1,500.00 |
| 11/7/2023 | JHS | Continued working on motion for attorney fees. | 6.00 | | | |
| **Bill** | | | | | | |
| 0189 | 11/8/2023 | | 2.00 | 2.00 | 650.00 | $1,300.00 |
| 11/8/2023 | TTR | Correspondence w/JHS; Research case law; Conference w/JHS; | 2.00 | | | |
| **Bill** | | | | | | |
| 0461 | 11/8/2023 | | 8.00 | 8.00 | 250.00 | $2,000.00 |
| | JHS | Continued working on motion for attorney fees; conducted research on interest. | 8.00 | | | |
| **Bill** | | | | | | |
| 0461 | 11/9/2023 | | 6.00 | 6.00 | 250.00 | $1,500.00 |
| 11/9/2023 | JHS | Calculated interest; conducted research; continued working on motion for attorney fees. | 6.00 | | | |
| **Bill** | | | | | | |
| 0189 | 11/10/2023 | | 0.50 | 0.50 | 650.00 | $325.00 |
| 11/10/2023 | TTR | Correspondence w/JHS; | 0.50 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Bill** | | | | | | | |
| 0461 | 11/10/2023 | | | 6.00 | 6.00 | 250.00 | $1,500.00 |
| | | JHS | Continued drafting Motion for atty fees. | | 6.00 | | |
| **Bill** | | | | | | | |
| 0189 | 11/13/2023 | | | 3.00 | 3.00 | 650.00 | $1,950.00 |
| | 11/13/2023 | TTR | Review and revise motion for attorney fees; Research case law; | | 3.00 | | |
| **Bill** | | | | | | | |
| 0461 | 11/13/2023 | | | 5.00 | 5.00 | 250.00 | $1,250.00 |
| | | JHS | Completed drafting motion for attorney fees; gathered exhibits; sent to TTR for review. | | 5.00 | | |
| **Bill** | | | | | | | |
| 0189 | 11/14/2023 | | | 3.00 | 3.00 | 650.00 | $1,950.00 |
| | 11/14/2023 | TTR | Correspondence w/JHS; Telephone conference w/Julie Gafkay; Revise motion for attorney fees; | | 3.00 | | |
| **Bill** | | | | | | | |
| 0461 | 11/14/2023 | | | 3.00 | 3.00 | 250.00 | $750.00 |
| | | JHS | Incorporated TTR edits into motion for attorney fees; made further edits. | | 3.00 | | |
| **Bill** | | | | | | | |
| 0461 | 11/15/2023 | | | 4.00 | 4.00 | 250.00 | $1,000.00 |
| | 11/15/2023 | JHS | Finalized motion for attorney fees; finalized exhibits. | | 4.00 | | |
| **Bill** | | | | | | | |
| 0189 | 11/17/2023 | | | 2.00 | 2.00 | 650.00 | $1,300.00 |
| | 11/17/2023 | TTR | Correspondence w/co-counsel; Review court rules and case law; | | 2.00 | | |
| **Bill** | | | | | | | |
| 0461 | 11/17/2023 | | | 4.00 | 4.00 | 250.00 | $1,000.00 |
| | | JHS | Completed addendum to bill of costs. | | 4.00 | | |
| **Bill** | | | | | | | |
| 0189 | 11/20/2023 | | | 2.00 | 2.00 | 650.00 | $1,300.00 |
| | 11/20/2023 | TTR | Correspondence w/opposing counsel; Prepare and revise stip and order; Telephone conference w/RH; Correspondence w/JHS; | | 2.00 | | |
| **Bill** | | | | | | | |
| 0461 | 11/20/2023 | | | 2.00 | 2.00 | 250.00 | $500.00 |
| | | JHS | Drafted motion to amend bill of costs. | | 2.00 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Bill** | | | | | | |
| 0189 | 11/22/2023 | | 3.00 | 3.00 | 650.00 | $1,950.00 |
| 11/22/2023 | TTR | Review Def's Motion 50/59; Research case law; | 3.00 | | | |
| **Bill** | | | | | | |
| 0389 | 11/22/2023 | | 4.00 | 4.00 | 350.00 | $1,400.00 |
| | RCH | Begin reviewing materials w/notes. | 4.00 | | | |
| **Bill** | | | | | | |
| 0189 | 11/27/2023 | | 4.00 | 4.00 | 650.00 | $2,600.00 |
| 11/27/2023 | TTR | Correspondence w/opposing counsel; Research case law RE PWDCRA; | 4.00 | | | |
| **Bill** | | | | | | |
| 0389 | 11/27/2023 | | 7.00 | 7.00 | 350.00 | $2,450.00 |
| | RCH | Read trial transcripts w/notes w/ECF references | 7.00 | | | |
| **Bill** | | | | | | |
| 0461 | 11/27/2023 | | 1.00 | 1.00 | 250.00 | $250.00 |
| | JHS | Reviewed def's motion for new trial. | 1.00 | | | |
| **Bill** | | | | | | |
| 0189 | 11/28/2023 | | 3.00 | 3.00 | 650.00 | $1,950.00 |
| 11/28/2023 | TTR | Research case law; Review trial transcript; Prepare outline for response to defendant's Rule 50/59 motion; | 3.00 | | | |
| **Bill** | | | | | | |
| 0389 | 11/28/2023 | | 7.00 | 7.00 | 350.00 | $2,450.00 |
| | RCH | Continue reading transcipts w/notes and ECF References | 7.00 | | | |
| **Bill** | | | | | | |
| 0461 | 11/28/2023 | | 3.00 | 3.00 | 250.00 | $750.00 |
| | JHS | Conducted research for response to Def's motion. | 3.00 | | | |
| **Bill** | | | | | | |
| 0189 | 11/29/2023 | | 3.00 | 3.00 | 650.00 | $1,950.00 |
| 11/29/2023 | TTR | Prepare outline for response to Def's rule 50/59 motion; Meeting with JHS and RH; | 3.00 | | | |
| **Bill** | | | | | | |
| 0389 | 11/29/2023 | | 7.00 | 7.00 | 350.00 | $2,450.00 |
| | RCH | Continue reading trial transcripts wtih notes and ECF references, discuss palnt with Tad, beging doing some reserach | 7.00 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Bill** | | | | | | | |
| 0461 | 11/29/2023 | | | 2.00 | 2.00 | 250.00 | $500.00 |
| | JHS | Discuss case with Ramona and TTR; continued review and research in response to Def's motion. | 2.00 | | | | |
| **Bill** | | | | | | | |
| 0189 | 11/30/2023 | | | 2.00 | 2.00 | 650.00 | $1,300.00 |
| 11/30/2023 | TTR | Correspondence w/RH; Research case law RE present value; | 2.00 | | | | |
| **Bill** | | | | | | | |
| 0461 | 11/30/2023 | | | 3.00 | 3.00 | 250.00 | $750.00 |
| | JHS | Continued researching RE motion for new trial response. | 3.00 | | | | |
| **Bill** | | | | | | | |
| 0461 | 12/4/2023 | | | 3.50 | 3.50 | 250.00 | $875.00 |
| 12/4/2023 | JHS | Completed research RE motion for new trial response. | 3.50 | | | | |
| **Bill** | | | | | | | |
| 0189 | 12/5/2023 | | | 1.00 | 1.00 | 650.00 | $650.00 |
| 12/5/2023 | TTR | Research case law; Correspondence w/law clerk; Conference w/law clerk; | 1.00 | | | | |
| **Bill** | | | | | | | |
| 0389 | 12/5/2023 | | | 3.50 | 3.50 | 350.00 | $1,225.00 |
| | RCH | Prepare response to motion. | 3.50 | | | | |
| **Bill** | | | | | | | |
| 0189 | 12/6/2023 | | | 0.50 | 0.50 | 650.00 | $325.00 |
| 12/6/2023 | TTR | Review JHS research; Correspondence w/RH; | 0.50 | | | | |
| **Bill** | | | | | | | |
| 0389 | 12/6/2023 | | | 7.00 | 7.00 | 350.00 | $2,450.00 |
| | RCH | Work on brief contiued | 7.00 | | | | |
| **Bill** | | | | | | | |
| 0389 | 12/7/2023 | | | 6.60 | 6.60 | 350.00 | $2,310.00 |
| 12/7/2023 | RCH | Begin work on brief in insupport | 6.60 | | | | |
| **Bill** | | | | | | | |
| 0389 | 12/8/2023 | | | 5.00 | 5.00 | 350.00 | $1,750.00 |
| 12/8/2023 | RCH | Continue work on brief-- additional research | 5.00 | | | | |
| **Bill** | | | | | | | |
| 0389 | 12/9/2023 | | | 3.00 | 3.00 | 350.00 | $1,050.00 |
| 12/9/2023 | RCH | Continue work on brief | 3.00 | | | | |
| **Bill** | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0389 | 12/10/2023 | | 2.00 | 2.00 | 350.00 | $700.00 |
| 12/10/2023 | RCH | Continue work on brief | | 2.00 | | |
| **Bill** | | | | | | |
| 0389 | 12/11/2023 | | 5.00 | 5.00 | 350.00 | $1,750.00 |
| 12/11/2023 | RCH | continue work on brief | | 5.00 | | |
| **Bill** | | | | | | |
| 0189 | 12/12/2023 | | 0.50 | 0.50 | 650.00 | $325.00 |
| 12/12/2023 | TTR | Conference w/RH; | | 0.50 | | |
| **Bill** | | | | | | |
| 0389 | 12/12/2023 | | 10.00 | 10.00 | 350.00 | $3,500.00 |
| | RCH | Complete draft of brief opposing JMOL, new trial, remittitur | | 10.00 | | |
| **Bill** | | | | | | |
| 0189 | 12/13/2023 | | 6.00 | 6.00 | 650.00 | $3,900.00 |
| 12/13/2023 | TTR | Review and revise Response Brief to Motion for Rule 50/59; Research case law; Correspondence w/RH; Correspondence w/JHS; Correspondence w/law clerk; Conference w/law clerk; | | 6.00 | | |
| **Bill** | | | | | | |
| 0189 | 12/14/2023 | | 0.50 | 0.50 | 650.00 | $325.00 |
| 12/14/2023 | TTR | Correspondence w/co-counsel; Correspondence w/JHS; | | 0.50 | | |
| **Bill** | | | | | | |
| 0389 | 12/14/2023 | | 0.50 | 0.50 | 350.00 | $175.00 |
| | RCH | Identify all exhibits referenced in brief to be pulled as exhibits, verify who was working on other tasks identified by Tad. | | 0.50 | | |
| **Bill** | | | | | | |
| 0461 | 12/14/2023 | | 6.00 | 6.00 | 250.00 | $1,500.00 |
| | JHS | Made edits to response to Def's motion for new trial; updated exhibits; updated chart; sent to TTR for review. | | 6.00 | | |
| **Bill** | | | | | | |
| 0189 | 12/15/2023 | | 4.00 | 4.00 | 650.00 | $2,600.00 |
| 12/15/2023 | TTR | Revise and finalize Response Brief to Def's Rule 50/59 Motion; | | 4.00 | | |
| **Bill** | | | | | | |
| 0461 | 12/15/2023 | | 3.00 | 3.00 | 250.00 | $750.00 |
| | JHS | Finalized motion; finalized exhibits; sent to secretary for filing. | | 3.00 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Bill** | | | | | | |
| 0461 | 1/2/2024 | | 3.00 | 3.00 | 250.00 | $750.00 |
| 1/2/2024 | JHS | Began drafting reply RE motion for atty fees. | | 3.00 | | |
| **Bill** | | | | | | |
| 0461 | 1/5/2024 | | 1.50 | 1.50 | 250.00 | $375.00 |
| 1/5/2024 | JHS | Continued working on reply brief. | | 1.50 | | |
| **Bill** | | | | | | |
| 0461 | 1/6/2024 | | 4.00 | 4.00 | 250.00 | $1,000.00 |
| 1/6/2024 | JHS | Completed conducting reserach; completed drafting reply breif. | | 4.00 | | |
| **Bill** | | | | | | |
| 0189 | 1/8/2024 | | 3.00 | 3.00 | 650.00 | $1,950.00 |
| 1/8/2024 | TTR | Review and revise reply brief in support of attorney fee motion; Research case law; | | 3.00 | | |
| **Bill** | | | | | | |
| 0461 | 1/8/2024 | | 0.60 | 0.60 | 250.00 | $150.00 |
| | JHS | Proof read reply brief; made edits; sent to TTR for review. | | 0.60 | | |
| **Bill** | | | | | | |
| 0189 | 1/9/2024 | | 2.00 | 2.00 | 650.00 | $1,300.00 |
| 1/9/2024 | TTR | Correspondence w/JHS; Revise Reply Brief in support of Motion for Attorney Fees; | | 2.00 | | |
| **Bill** | | | | | | |
| 0461 | 1/9/2024 | | 0.40 | 0.40 | 250.00 | $100.00 |
| | JHS | Incorporated TTR edits into reply breif; made further edits; sent back to TTR for review. | | 0.40 | | |
| **Bill** | | | | | | |
| 0189 | 1/10/2024 | | 4.00 | 4.00 | 650.00 | $2,600.00 |
| 1/10/2024 | TTR | Revise, finalize, and file Reply brief in support of motion for attorney fees; | | 4.00 | | |
| **Bill** | | | | | | |
| 0189 | 5/6/2024 | | 0.50 | 0.50 | 650.00 | $325.00 |
| 5/6/2024 | TTR | Review order on attorney fee motion; | | 0.50 | | |

Total Fees $254,755.00

| FEE SUMMARY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Howard, Ramona C | 67.60 | 350.00 | $23,660.00 |
| Roumayah, Tad T | 234.30 | 650.00 | $152,295.00 |
| Sheena, Jenna H | 315.20 | 250.00 | $78,800.00 |
| | | Total Fees | $254,755.00 |

EXPENSES

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Bill** | | INV. 7845<br>DATE 9-18-23 | | | | | | |
| 205 | 9/18/2023 | | Cash | RUSH | 0189 | 88.10 | 1.00 | $88.10 |
| 9/18/2023 | 205 | Subpeona Expenses<br>ANTHONY BRANCH | | | | | | $88.10 |
| **Bill** | | INV. 7845<br>DATE 9-18-2023 | | | | | | |
| 205 | 9/18/2023 | | Cash | RUSH | 0189 | 87.12 | 1.00 | $87.12 |
| | 205 | Subpeona Expenses<br>JOHN MANDALERIS | | | | | | $87.12 |
| **Bill** | | INV. 7845<br>DATE 9-18-2023 | | | | | | |
| 205 | 9/18/2023 | | Cash | RUSH | 0189 | 91.48 | 1.00 | $91.48 |
| | 205 | Subpeona Expenses<br>DIANE ROBERTSON | | | | | | $91.48 |
| **Bill** | | INV. 7845<br>DATE 9-18-2023 | | | | | | |
| 205 | 9/18/2023 | | Cash | RUSH | 0189 | 83.09 | 1.00 | $83.09 |
| | 205 | Subpeona Expenses<br>CLOYCE DICKERSON | | | | | | $83.09 |
| **Bill** | | INV. 7845<br>DATE 9-18-2023 | | | | | | |
| 205 | 9/18/2023 | | Cash | RUSH | 0189 | 84.98 | 1.00 | $84.98 |
| | 205 | Subpeona Expenses<br>JOHN DALY | | | | | | $84.98 |
| **Bill** | | INV. 7845<br>DATE 9-18-2023 | | | | | | |
| 205 | 9/18/2023 | | Cash | RUSH | 0189 | 93.82 | 1.00 | $93.82 |
| | 205 | Subpeona Expenses<br>FRED PEIVANDI | | | | | | $93.82 |
| **Bill** | | Tad Roumayah Invoice # Mileage | | | | | | |
| 120 | 9/20/2023 | | Cash | | | 46.27 | 1.00 | $46.27 |
| 9/20/2023 | 120 | Local travel TTR 9/18/23 Detroit | | | | | | $46.27 |

**Bill** INV. 7845
DATE 9-21-2023
205 9/21/2023 Cash RUSH 0189 41.36 1.00 $41.36

9/21/2023 205 Subpeona Expenses $41.36
DR. SANTHI MEKALA
JOHN DINGELL VA MEDICAL CENTER
4464 JOHN R STREET
DETROIT, MI 48201

**Bill** INV. 7845
DATE 9-21-2023
205 9/21/2023 Cash RUSH 0189 85.30 1.00 $85.30

205 Subpeona Expenses $85.30
DR. K.V. MATHEW
2503 LINDEN ROAD, SUITE 40
FLINT, MI 48532

**Bill** INV. 60988
DATE 10-1-2023
490 10/3/2023 Cash 0186 120.00 1.00 $120.00

10/3/2023 490 Service fee $120.00
JUST US PROCESS

**Bill** INV. 60994
DATE 10-1-2023
490 10/3/2023 Cash 0186 75.00 1.00 $75.00

490 Service fee $75.00
JUST US PROCESS

**Bill** INV. 61011
DATE 10-1-2023
490 10/3/2023 Cash 0186 70.00 1.00 $70.00

490 Service fee $70.00
JUST US PROCESS

**Bill** INV. 6012
DATE 10-1-2023
490 10/3/2023 Cash 0186 80.00 1.00 $80.00

490 Service fee $80.00
JUST US PROCESS

**Bill** INV. 61013
DATE 10-1-2023
490 10/3/2023 Cash 0186 60.00 1.00 $60.00

490 Service fee $60.00
JUST US PROCESS

**Bill** INV. 61014
DATE 10-1-2023
490 10/3/2023 Cash 1855 290.00 1.00 $290.00

490 Service fee $290.00
JUST US PROCESS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Bill** | | Tad Roumayah Invoice # Mileage 10/3/2023 | | | | | |
| 120 | 10/4/2023 | Cash | | | 24.00 | 1.00 | $24.00 |
| 10/4/2023 | 120 | Parking TTR Detroit 10/3/23 | | | | | $24.00 |
| **Bill** | | Tad Roumayah Invoice # Mileage 10/3/2023 | | | | | |
| 120 | 10/4/2023 | Cash | | | 19.04 | 1.00 | $19.04 |
| | 120 | Mileage TTR Detroit 10/3/23 | | | | | $19.04 |
| **Bill** | | INV. 61039<br>DATE 10-06-2023 | | | | | |
| 490 | 10/9/2023 | Cash | | 0189 | 405.00 | 1.00 | $405.00 |
| 10/9/2023 | 490 | Service fee<br>JUST US PROCESS SERVICE | | | | | $405.00 |
| **Bill** | | Jenna Sheena Invoice # Mileage & Parking | | | | | |
| 120 | 10/25/2023 | Cash | | | 364.68 | 1.00 | $364.68 |
| 10/25/2023 | 120 | Local travel JHS 10/4 & 10/11-10/20/23 Detroit | | | | | $364.68 |
| **Bill** | | Tad Roumayah Invoice # Mileage & Parking | | | | | |
| 120 | 10/25/2023 | Cash | | | 347.66 | 1.00 | $347.66 |
| | 120 | Local travel TTR 10/11 - 10/20/2023 Detroit | | | | | $347.66 |
| **Bill** | | KEN URBANCZYK D/B/A JUST US PROCESS SERVICE LLC Invoice # 61 | | | | | |
| 490 | 11/1/2023 | Cash | | | 80.00 | 1.00 | $80.00 |
| 11/1/2023 | 490 | Service fee Just Us<br>Inv # 61019 | | | | | $80.00 |
| **Bill** | | INV. 23-1120<br>DATE 11-20 | | | | | |
| 410 | 11/20/2023 | Cash | RUSH | 0189 | 1375.20 | 1.00 | $1,375.20 |
| 11/20/2023 | 410 | Court reporter<br>DKM REPORTING SERVICES, INC. | | | | | $1,375.20 |
| **Bill** | | Bank of America Invoice # 4807073002478919 | | | | | |
| 495 | 2/29/2024 | Cash | | | 38.40 | 1.00 | $38.40 |
| 2/29/2024 | 495 | Publications & on line media | | | | | $38.40 |
| | | | | | Total Expenses | | $4,050.50 |

INVOICE SUMMARY

| | |
|---|---|
| Total fees | $254,755.00 |
| Total expenses | $4,050.50 |
| **Total balance now due** | **$258,805.50** |