# EXHIBIT 1

**FIRST MOTION FOR ATTORNEY FEE AWARD (BASED ON R&R)**

**Attorney Fees (PageID.5516-5547)**

| Timekeeper | Claimed Value | Awarded Value | (Difference) | Percent of Claimed |
|---|---|---|---|---|
| Charis Lee | $ 212,243.00 | **$ 165,642.00** | $ 46,601.00 | 78% |
| Tad Roumayah | $ 152,295.00 | **$ 103,483.50** | $ 48,811.50 | 68% |
| Jenna Sheena | $ 78,800.00 | **$ 58,472.50** | $ 20,327.50 | 74% |
| Hon. Julie Gafkay | $ 42,300.00 | **$ 38,127.66** | $ 4,172.34 | 90% |
| Ramona Howard | $ 23,660.00 | **$ 22,477.00** | $ 1,183.00 | 95% |
| | | | | |
| **Total Attorney Fees:** | $ 509,298.00 | **$ 388,202.66** | $ 121,095.34 | 76% |

**Costs (PageID.5549-5550)**

| | Claimed Value | Awarded Value | (Difference) | |
|---|---|---|---|---|
| **Total:** | $ 7,239.34 | **$ 7,075.47** | $ 163.87 | 98% |

**Prejudgment Interest (PageID.5550-5552)**

| | Claimed Value | Awarded Value | (Difference) | |
|---|---|---|---|---|
| **Total:** | $ 162,208.92 | **$ 118,148.00** | $ 44,060.92 | 73% |

| | Total Claimed Value | Total Awarded Value | Grand Total (Difference) | Percent of Claimed |
|---|---|---|---|---|
| | $ 678,746.26 | $ 513,426.13 | $ 165,320.13 | 76% |

## ATTORNEY LEE BILLING REDUCTION ANALYSIS

**A.** Reduction in number of hours:

- Claimed Hours (PageID.5062) = 471.65
- LESS reduction of 24 hours (PageID.5523) = 447.65
- LESS reduction of 3 hours (PageIFD.5528) = 444.65

**B.** Reduced hourly rate:

- $450/hour reduced to $400/hour (PageID.5538)

**C.** Value of reduction in hours BEFORE deposition preparation reduction

- 444.65 hours * $400/hour = $177,860

**D.** Reduction for redundant deposition preparation (PageID.5528):

| Citation | Billing Description | Hours Billed | $400 Hourly Rate (R&R, PageID.5538) | Value after 25% reduction (R&R, PageID.5528) | Value of Reduction |
|---|---|---|---|---|---|
| **4/6/2022 (PageID.4910)** | Preparation for deposition of M. Lewis | 1 | $400.00 | $300.00 | $100.00 |
| **4/7/2022 (PageID.4910)** | Prepare for dep, meet with counsel, deposition of Michael lewis | 6 | $ 2,400.00 | $1,800.00 | $ 600.00 |
| **6/7/2022 (PageID.4911)** | Deposition prep | 4 | $1,600.00 | $ 1,200.00 | $ 400.00 |

| | | | | | |
|---|---|---|---|---|---|
| **7/10/22 (PageID.4911)** | prepare for depositions | 3 | $ 1,200.00 | $ 900.00 | $ 300.00 |
| **7/13/22 (PageID.4911)** | Deposition prep | 7 | $ 2,800.00 | $2,100.00 | $ 700.00 |
| **7/14/22 (PageID.4911)** | dep of Def R. Dellaposta, attend dep of Fred Peivandi, review notes and prepare beforehand, discuss with co-counsel after | 10 | $4,000.00 | $3,000.00 | $1,000.00 |
| **7/19/22 (PageID.4911)** | prepare for dep of Board member - JM; attend and conduct deposition | 4 | $1,600.00 | $ 1,200.00 | $400.00 |
| | | | | | |
| | | | | **Total Value of Dep. Prep. Reduction** | **$3,500** |

**E.** Subtotal of Reduced Hours at Reduced Rate AFTER Deposition Preparation Reductions

- $177,860-$3,500 = $174,360.00

**F.** 5-percent across-the-board reduction for rounding time entries (PageID.5526)

- 174,360 * (0.95) = $165,642

**G. LEE TOTAL FEE AWARD = $165,642.00**

## ATTORNEY ROUMAYAH BILLING REDUCTION ANALYSIS

**A.** Claimed hours (PageID.5062)

- 234.3 hours

**B.** Reduced hourly rate (PageID.5528)

- $475/hour

**C.** Awarded value BEFORE deposition summary reduction

- 234.3 hours * $475 = $111,293

**D.** Reductions for summarizing deposition testimony (PageID.5539):

| Citation | Description | Hours Billed | Value under Reduced Rate ($475) | Value under Reduced Rate ($250) | Value of Reduction |
|---|---|---|---|---|---|
| **7/24/23 (PageID.4918)** | Summarize Fred Peivandi dep transcript; | 3 | $1,425.00 | $750.00 | $675.00 |
| **7/25/23 (PageID.4918)** | Telephone discussion w/co-counsel; Prepare dep summary of Fred Peivandi dep; | 4 | $1,900.00 | $1,000.00 | $900.00 |
| **8/4/23 (PageID.4918)** | Summarize Peivandi dep transcript; | 0.5 | $237.50 | $125.00 | $112.00 |
| **8/24/23 (PageID.4918)** | Summarize Fred Peivandi Deposition Transcript; Correspondence w/co-counsel; Research case law; | 3 | $1,425.00 | $750.00 | $675.00 |
| | | | | | |
| | | | | **Total Value of Dep Summary Reduction** | $2,362.00 |

**E.** Subtotal of Claimed Hours at Reduced Rate AFTER Deposition Summary Reductions

- $111,293 - $2,362.50 = $108,930.00

**F.** 5-percent across-the-board reduction for rounding time entries (PageID.5526)

- $108,930.00 * (0.95) = $103,483.50

**G. ROUMAYAH TOTAL FEE AWARD = $103,483.50**

## ATTORNEY SHEENA BILLING REDUCTION ANALYSIS

**A.** Claimed hours (PageID.5062)
- 315.2 hours

**B.** Undisputed hourly rate (PageID.5528)
- $250/hour

**C.** Reduction to Claimed Hours (PageID.5532)
- 315.2 – 69 = 246.2 hours

**D.** Subtotal: Value AFTER reduction in hours:
- 246.2 hours * $250/hour = $61,550.00

**E.** 5-percent across-the-board reduction for rounding time entries (PageID.5526)
- $61,550.00 * (0.95) = 58,472.50

**F. SHEENA TOTAL FEE AWARD = $58,472.50**

# JUDGE GAFKAY BILLING REDUCTION ANALYSIS

**A.** Claimed Hours:

- 94 hours (PageID.4903)

**B.** Hourly rate:

- $450/hour (*Id.*)

**C.** Value of Attorney Time BEFORE deposition preparation reduction

- 94 hours * $450/hour = $42,300.00

**D.** Reduction for redundant deposition preparation:

| Citation | Billing Description | Hours Billed | $450 Hourly Rate | Value after 25% reduction (R&R, PageID.5528) | Value of Reduction |
|---|---|---|---|---|---|
| **7/10/22 (PageID.4931)** | prepare for depositions | 2 | $900.00 | $675.00 | $225.00 |
| **7/13/22 (PageID.4930)** | dep prep | 6 | $2,700.00 | $2,025.00 | $675.00 |
| **7/14/22 (PageID.4930)** | Dep of Def FP, attend dep of RD, review notes and prepare beforehand, discuss with cocounsel after | 10 | $4,500.00 | $3,375.00 | $1,125.00 |
| **9/23/22 (PageID.4928)** | Deposition of Mr. Daly - prep with coucounsel and attend | 1.25 | $562.50 | $421.88 | $140.63 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | **Total Value of Dep. Prep. Reduction** | **$2,165.63** |

**E.** Subtotal AFTER Deposition Preparation Reductions

- $42,300 - $2,165.63 = $40,134.38.

**F.** 5-percent across-the-board reduction for rounding time entries (PageID.5526)

- $40,134.38 * (0.95) = $38,127.66

**G. JUDGE GAFKAY TOTAL FEE AWARD = $38,127.66**

## ATTORNEY HOWARD BILLING REDUCTION ANALYSIS

**A.** Claimed Hours (PageID.5062)

- 67.6 Hours

**B.** Undisputed Hourly Rate (PageID.5062)

**C.** Subtotal: Claimed hours at claimed rate

- 67.6 hours * $350.00 = 23,660.00

**D.** 5-percent across-the-board reduction for rounding time entries (PageID.5526)

- $23,660 * (0.95) = $22,477.00

**E. ATTORNEY HOWARD TOTAL FEE AWARD = 22,477.00**

**CALCULATION OF PREJUDGMENT INTEREST**

# Judgment Summary

## Poplar2

by

**Start date:** 03/07/2022 **End date:** 08/26/2025

| | |
|---|---|
| **Starting amount** | $707,075.47 |
| **Payments** | $0.00 |
| **Interest** | + $118,148.52 |
| **Result** | $825,223.99 |

# Judgment Details

| Start Date | End Date | Start Amount | # Of Days | Interest Rate | Change | End |
|---|---|---|---|---|---|---|
| 03/07/2022 | 06/30/2022 | $707,075.47 | 116 | 2.05% | +$4,563.72 | $711,639.19 |
| 07/01/2022 | 12/31/2022 | $711,639.19 | 184 | 3.46% | +$12,300.80 | $723,939.99 |
| 01/01/2023 | 06/30/2023 | $723,939.99 | 181 | 4.74% | +$16,828.27 | $740,768.26 |
| 07/01/2023 | 12/31/2023 | $740,768.26 | 184 | 4.76% | +$17,577.54 | $758,345.80 |
| 01/01/2024 | 06/30/2024 | $758,345.80 | 182 | 5.39% | +$20,120.59 | $778,466.39 |
| 07/01/2024 | 12/31/2024 | $778,466.39 | 184 | 5.36% | +$20,758.24 | $799,224.63 |
| 01/01/2025 | 06/30/2025 | $799,224.63 | 181 | 5.02% | +$19,634.59 | $818,859.22 |
| 07/01/2025 | 08/26/2025 | $818,859.22 | 57 | 5.08% | +$6,364.77 | $825,223.99 |