UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA POPLAR,

Plaintiff,

v

GENESEE COUNTY ROAD COMMISSION

Defendant.

CASE NO: 2:21-cv-12568

HON. NANCY G. EDMUNDS

Charis Lee (P84127)
LEE LEGAL GROUP, PLLC
Attorney for Plaintiff
117 W. Flint Park Blvd.
Flint, MI 48505
(810) 513-9257
charis@leebusinesslaw.com

Tad T. Roumayah (P74081)
Jenna H. Sheena (P84645)
SOMMERS SCHWARTZ, P.C.
Co-Counsel for Plaintiff
One Towne Square, Suite 1700
Southfield, Michigan 48076
(248) 355-0300
troumayah@sommerspc.com
jsheena@sommerspc.com

Andrew A. Cascini (P76640)
Clayton J. Prickett (P86745)
HENN LESPERANCE PLC
Attorneys for Defendants
32 Market Ave., SW, Suite 400
Grand Rapids, MI 49503
(616) 551-1611
aac@hennlesperance.com
cjp@hennlesperance.com

**SECOND CORRECTED[1] STIPULATED CONSENT JUDGMENT TO RESOLVE ALL OUTSTANDING ISSUES IN THE LITIGATION**

[1] Upon entry, this Order shall supersede the prior stipulated consent judgments (ECF No. 118 & ECF No. 119).

Pursuant to the stipulation of the parties, Plaintiff Donna Poplar and Defendant Genesee County Road Commission ("GCRC") jointly request that the Court enter this Order to resolve all outstanding issues in the pending litigation. Therefore, this Court hereby **ORDERS** that:

1. Poplar's "Second Motion for Attorneys' Fees, Costs, and Interest" (ECF No. 104) is hereby **DENIED WITH PREJUDICE**;

2. Poplar's "Motion for Release of Cash Security to Plaintiff's Counsel, Sommers Schwartz, PC, Client Trust Account" (ECF No. 106) is hereby **DENIED WITH PREJUDICE;**

3. As to the Cash Security of $969,488.26 that was deposited with the Clerk pursuant to an Order of this Court (ECF No. 101), the Court hereby directs the Clerk to return the Cash Security of $969,488.26, plus one hundred percent (100%) of the interest accrued thereon, to the Michigan County Road Commission Self-Insurance Pool ("MCRCSIP") at the address listed below:

Michigan County Road Commission Self-Insurance Pool
c/o Gayle Cummings
1760 Abbey Road
Suite 100
East Lansing, MI 48823

The Court directs the Clerk to deduct from the Cash Security any fee authorized by the Judicial Conference of the United States. The GCRC shall serve a copy of this Order upon the Clerk within five business days following entry. <u>The Clerk shall</u>

return the Cash Security, plus one hundred percent (100%) of interest accrued thereon, to MCRCSIP at the address listed above forthwith.

**THIS IS A FINAL ORDER RESOLVING ALL OUTSTANDING ISSUES BEFORE THE COURT.**

**IT IS SO ORDERED.**

Nancy G. Edmunds
UNITED STATES DISTRICT JUDGE

AGREED TO:

| | |
|---|---|
| /s/*Tad T. Roumayah* | /s/*Andrew A. Cascini* |
| Tad T. Roumayah (P74081)<br>SOMMERS SCHWARTZ, P.C.<br>Counsel for Plaintiff | Andrew A. Cascini (P77640)<br>HENN LESPERANCE PLC<br>Counsel for Defendant |